MR. John F. Francis #79594
Name

EDCF
P.O. Box 311

EIDorado, KS. 67042
Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MR. John F. Francis , Plaintiff<br>*(Full Name)* | CASE NO. ___25-3024-JWL___<br>*(To be supplied by the Clerk)* |
| V. | |
| Warden Thomas Williams, Defendant (s)<br>etc; all. | CIVIL RIGHTS COMPLAINT<br>PURSUANT TO 42 U.S.C.<br>§1983 |

### A. JURISDICTION

1) MR. John F. Francis , is a citizen of ___Kansas___
      *(Plaintiff)*                                    *(State)*

   who presently resides at ___EDCF, PO Box 311, EIDorado, KS.___
                                    *(Mailing address or place*
   ___67042_____.
   *of confinement.)*

2) Defendant ___Thomas Williams_____ is a citizen of
              *(Name of first defendant)*

   ___EIDorado, KS._____, and is employed as
              *(City, State)*

   ___Warden_____. At the time the
              *(Position and title, if any)*

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

   On Feb.5. 2020 Petitioner was placed in ad-seg for an
   incident it is well documented that he had absolutely "NO"
   involvement in. And to date has remained in seg without a
   Meaningful review.

XE-2 8/82                  CIVIL RIGHTS COMPLAINT §1983                        1

3) Defendant ___Sam Cline_____ is a citizen of
                  *(Name of second defendant)*

___El Dorado, Ks._____, and is employed as
              *(City, state)*

___former Warden_____. At the time the
        *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes ☒  No ☐ . If your answer is "Yes", briefly explain:

___Same as stated for previous defendant._____

_____

(Use the additional pages to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331; 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## B.  NATURE OF THE CASE

1) Briefly state the background of your case:

On Feb.5, 2020 Petitioner was placed in seg for an incident that occurred in HCF the day prior. It's well documented that Petitioner was not involved, nor was present, when the incident occurred. Without exception, every inmate involved, or placed in seg for this incident, has long ago been released with some returning on multiple occasions. To date petitioner has remained in seg without any meaningful review and on multiple occasions went several years without any disciplinary infractions.

2

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8.5" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Petitioners ~~rights~~ constitutional right to due process was violated.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): " Please see attached pages."

B) (1) Count II: Petitioners constitutional right to equal protection was violated.

(2) Supporting Facts: " Please see attached pages "

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

C) (1) Count III: _Petitioner's consitutional right to be_
_free of cruel and unusual punishment was_
_violated._

(2) Supporting Facts: _" Please see attached pages "_

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts

involved in this action or otherwise relating to the conditions of your imprisonment?

Yes ☒ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than

one lawsuit, describe the additional lawsuits on another piece of paper, using the same

outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _Mr. John F. Francis_

        Defendants: _former warden San cline / warden Tommy williams_

    b) Name of court and docket number _Butler county court_
        _# 2021-CV-000006_

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still

        pending?) _Still pending_

    d) Issues raised _Due process_

4

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983

e)  Approximate date of filing lawsuit _____1 · 8 · 2021_____

f)  Approximate date of disposition _____Pending_____

1)  I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐ . If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____" Please see attached pages."_____

_____

_____

## 2)  REQUEST FOR RELIEF

1)  I believe that I am entitled to the following relief:

To be immediately released from segregation. "250 a day for each day Petitioner has been in seg. "15,000. from each defendant for emotional and mental damages. And "250,000. in punitive damages. Petitioner seeks to sue each defendant in their official and individual capacity.

_____
Signature of Attorney (if any)

_____
Signature of Plaintiff

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

4) Defendant Jeff Zmuda is a citizen of ~~Eldorado~~, Ks., and is employed as secretary of corrections. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Same as stated for previous defendants.

5) Defendant J. Bell is a citizen of Hutchinson, KS, and is employed as unit team manager. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Same as stated for previous defendants.

6) Defendant Maria G. Bos is a citizen of Eldorado, Ks, and is employed as ~~classification~~ classification Manager III. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Same as stated for previous defendants.

7) Defendant Cody W. Austin is a citizen of Eldorado, Ks, and is employed as CSII. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Same as previous defendants.

8) Defendant Kirbie R. Shearburn is a citizen of Eldorado, Ks and is employed as ~~classification~~ classification Manager II. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Same as stated for previous defendants.

9) Defendant John Mark·A Henke is a citizen of Eldorado, Ks, and is employed as unit team Manager. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: As the direct supervisor of UTS Abel, defendant could have immediately intervened to prevent the violation of my constitutionally protected right.

10) Defendant Gregory Abel is a citizen of ElDorado, Ks, and is employed as unit team supervisor. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Due to this defendants wanton and deliberate actions, Petitioner was unable to wash his hands after using the restroom or prior to eating and was unable to brush his teeth for two (2) weeks. Also during this time Petitioner had no access to the courts and no contact with his family.

11) Defendant Malty Martin is a citizen of ElDorado, Ks, and is employed as unit team Manager. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Defendant was complicit in violating Petitioners constitutionally protected right to due process by placing him is segregation for five (5) years, and counting, for an incident he had absolutely no involvement and not providing a meaningful review.

12) Defendant Matthew M. Moore is a citizen of ElDorado, Ks, and was employed as classification manager II. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Same as stated for previous defendants.

13) Defendant Dale R. Call is a citizen of ElDorado, Ks, and was employed as classification Manager. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of State law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Same as stated for previous defendants.

14) Defendant Phillip A. Patterson is a citizen of ElDordo, Ks, and is employed as TSC II. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Same as stated for previous defendants.

15) Defendant Reed is a citizen of ElDorado, Ks, and was employed as Behavior Health Provider. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: same as stated for previous defendants.

16) Defendant Bunyard is a citizen of ElDorado, Ks, and was employed as Behavior Health Provider. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: same as stated for previous defendants.

17) Defendant Linda Wildermuth is a citizen of Lansing, Ks, and is employed as unit team Manager. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: same as stated for previous defendants.

Petitioner humbly request that this honorable court allows him to amend his defendant list due to him not having all of the relevant information for some defendants currently listed as well as unlisted. Thank You!

A) (2) Supporting facts cont:

on Feb.5, 2020 Petitioner was removed from his cell in HCF general population and placed in segregation in EDCF for an incident that occurred in HCF chow hall. According to reports, an exchange between staff and inmates resulted in five (5) correctional officers receiving medical attention. The incident was completely random and petitioner was not present nor was he involved.
A report was written by UTM J. Bell of HCF (report #80538) that falsely and ambiguously included petitioner's involvement.
Petitioner's constitutional right to due process was violated based on the fact that petitioner never (1.) Provided with a full and fair opprotunity to challenge his placement in seg. (2.) challenge the accusations that placed him in seg. (3.) Never received a meaningful review that would allow his release from segregation. (4.) on several occasions was flat out denied the right to even attend seg. review. on 2.5.20 Petitioner started the initial process to contest his placement in seg. It was ignored by UTM P. Patterson. Denied by CMII M. Bos. Rubber stamped by then warden Sam Cline. All with the blessings of secretary of corrections Jeff Zmuda.

B) (2) supporting facts cont:

Petitioner has been housed in segregation for over five (5) years for an incident he had absolutely no involvement in. Despite having no involvement in the incident petitioner is being told that under no circumstances will he be released unless he completes a behavior program. This is a blatant violation of Petitioner's constitutional right to equal protection due to the fact that several inmates directly involved, or placed in seg for the incident, were

released from seg within a matter of months. Most never attending the program. To date Petitioner is the only one in seg related to the incident.

C) (2) supporting facts cont

On Oct. 9, 2023 I was placed in a suicide/observation cell and all of my property taken as a form of retaliation by unit team abel. Totally without justification or cause I was forced to live with out any legal materials (though I was in the middle of both criminal and civil appeals); writing materials or, even the basic hygiene essentials. For two (2) weeks I was unable to wash my hands or brush my teeth. Also, being that access to my tablet was shut off and I was in a cell with no phone I had absolutely no means to contact my family. These actions were approved by UTM J. Henke and rubber stamp approved by warden Tommy williams and secretary Jeff Zmuda.

Formal/Informal relief cont.

on Feb. 5, 2020 after being placed in segregation for an incident which he had absolutely no involvement in, Petitioner submitted a form 9 to begin the process of protesting his wrongful placement in Seg. Receiving no response in the allotted time for staff to respond, Petitioner proceeded with the grievance procedure. On March 6, 2020 petitioner received a response from CMII M. Bos denying said grievance. Petitioner, unsatisfied with the response, forwarded the grievance to the warden for his review. Sometime after March 13, 2020 petitioner received a response from then warden Sam Cline agreeing with CM II M. Bos' decision. Petitioner appealed that decision to Secretary of corrections Jeff Zmuda who agreed with both CMII M. Bos and warden Cline. Petitioner then sought relief with the Butler county District court, case # 2021-CV-000006. (Please see Attached documents.)

Petitioner was initially denied the right to attend seg. review upon arriving at both EDCF and LCF (in 2021). But once he was allowed to attend, he no longer attended after several months of being denied release and being given no justifiable reason for his continued retention in seg. The reasons for each facilities recommending petitioner's continued placement in segregation couldve literally been photo copied because the wording was the exact same from seg. review to seg. review. Therefore, making the review meaningless. (Please see attached documents.)