Attachment B, IMPP 20-105
Effective 07-08-14

# Kansas Department of Corrections
## Administrative Segregation Report

TO: <u>Secretary of Corrections</u>

Report Number: <u>80538</u>

FROM: <u>Hutchinson Correctional Facility</u>

| | | | |
|---|---|---|---|
| Date This Report Filed: | 02/05/2020 | Time of Report: | 11:35 am |
| Date of Segregation Placement: | 02/05/2020 | Time of Placement: | _____ am |

Offender Name: <u>Francis, John #79594</u>

Moved from Cell #: <u>C2-125</u> to Segregation Cell #: <u>EDCF</u>

Reason(s) For Segregation (Including Rule No. and Title):

IMPP 20-104 (I)(B)(13) Other Security Risk

☒    Pre-Segregation hearing conducted

☐    Pre-Segregation hearing NOT conducted (Explain) _____

Facts: <u>I/M Francis #79594 was placed into Restrictive Housing on OSR status, pending transfer to El Dorado Correctional Facility due to STG leadership involvement at Hutchinson Correctional Facility that resulted in their specific STG groups being involved in a large disturbance on February 4, 2020. During the disturbance, (5) correctional officers were assaulted, which resulted in hospital visits. The disturbance resulted in a level B emergency. The inmate was cleared by Corizon staff. Inmate was not present for the inventory of his property.</u>

☐    This placement is an Involuntary Protective Custody due to PREA Concerns (Respond to next two sections)

What is the basis for the facility's concern for the offender's safety?

_____

What is the reason no alternative means of separation can be arranged?

_____

Approved By:

J. Bell, UTM _____  Date  02/05/2020         PRICE _____ Date  2-5-2020
Signature and Title of Reporting Officer                    Shift Supervisor or Seg Unit Mgr. CSIT

_____ Date _____
Warden Authorization (if needed)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

OFFENDER ACKNOWLEDGMENT:
I received a copy of this report on:   Date: <u>2/5/2020</u>       Time: _____ am / pm

<u>Unavailable to Sign</u> # _____              _____
Offender Signature and Number                    Staff Witness and Title

Record this Document in Imaging
Original to Master File
Copy to: Warden
        Offender
        PCM
        EAI



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary

Laura Kelly, Governor

Sam Cline, Warden

**Date:**     MAR 1 3 2020

**TO:** Frances, John #79594 A1-236

**Re:** Grievance Concerning: K.A.R. 44-15-101a (d) (2) Grievance Procedures and Alternative K.A.R and/or I.M.P.P.

I have reviewed your complaint along with the response provided by CMII M. Bos. Based on my review, I feel no further action is necessary. According to KAR 44-15-101a (d) (2): The grievance procedure shall not be used in any way as a substitute for, or as part of; the offender disciplinary procedure, the classification-making process, or the property loss or personal injury claims procedure or the procedure for censorship of publications specified in the Secretary's Internal Management Policy and Procedure. The grievance system shall not challenge the decision of these other procedures.

> However, the correct procedures are:
> ➢ Disciplinary Reports-K.A.R. 44-13-701 et seq.
> ➢ ***Classification Decision Making- I.M.P.P. 11-106 section V.***
> ➢ Property Loss-K.A.R. 44-16-102 and I.M.P.P. 01-118
> ➢ Personal Injury-K.A.R. 44-16-104a and I.M.P.P. 01-118
> ➢ Censorship-I.M.P.P. 12-134
> ➢ Custody Classification Appeals – I.M.P.P. 11-106 section III B 3

Furthermore, as stated in K.A.R. 44-15-102 (G)(C)(1): "If the warden's answer is not satisfactory, the offender may appeal to the secretary's office by indicating on the grievance appeal form exactly what the offender is displeased with and what action the offender believes the secretary should take. The offender's appeal shall be made within three calendar days of receipt of the warden's decision or within three calendar days of the deadline for that decision, whichever is earlier.

Sam Cline, Warden
El Dorado Correctional Facility

Cc: Offender
    File
    UTM P. Patterson
    CMII M. Bos

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

### INMATE COMPLAINT

Inmate's Name MR. JOHN F. FRANCIS                Number # 79594

Facility EDCF                Housing Unit A1·236                Work Detail _____

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMEN-TATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

PlEASE SEE Attached pages.
- Body of grievance
- copy of Feb 5, 2020 form 9
    3 total attached

Date this report was given to Unit Team for informal resolution (to be completed by inmate). Undated _____

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

See attached response

_____  3/5/2020
Unit Team Signature                Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). 3·6·20

_____  3·6·20
Inmate Signature                Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received MAR 1 0 2020    Date of Final Answer MAR 1 3 2020    Date Returned to Inmate _____

_____    _____
Inmate's Signature          Date    Unit Team Signature          Date
If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number

Type of Complaint (Item 4: Code 01-75)

Cause of Complaint (Item 5: Code 01-30)

Type of Response (Item 6a: Code 01,02,08 or 09)

Classification Issue

**RECEIVED**
MAR 1 0 2020
WARDEN'S OFFICE

Continued from page one of grievance.
Feb. 29, 2020

On Feb 5, 2020 I was transferred here from HCF population and placed in segregation on OSR status for a disturbance that occurred on Feb 4, 2020 inwhich resulted in five correctional officers receiving medical treatment. I was not involved in the disturbance nor was I present when it occurred. According to my seg report (report #80538) my only involvement is in being an alleged STG leader. I'm not even a gang member so to be labeled as some sort of gang leader is absolutely absured! Despite my best efforts - which can be attested to by co mayfield - I attempted to attend seg. review on a couple of occasions to address this issue but each time I was denied.

I am not a gang member and was not involved or even present during the disturbance. My due process rights have been violated by first; Being placed in seg with no DR, no provocation and absolutely no rule infraction. Second; Despite policy and procedure I have constantly been denied the opprotunity to attend seg review.

On Feb 5, 2020 I submitted a form 9 to the unit team in an effort to resolve the issue (please see attached), but to date they have yet to respond. Per policy and procedure staff has ten (10) working days to respond. That time has expired so this grievance proceeds.

I request immediate release from segregation. Thank You!

J. Francis
2·29·20

Form 9
For Cellhouse Transfer
Work Assignment _____

Interview Requests

_Francks_
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

# __79594__

**Number**

## INMATE REQUEST TO STAFF MEMBER

To: __unit team__          Date: __2·5·20__

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

" Please see attached page. "

Work Assignment: _____ Living Unit Assignment: __A1·100__

Comment: _____ Unit Team Members Signature: _____

Disposition: _____

To: _____          Date: _____

(Name & Number)

Disposition: _____

_____
Employee's Signature

**To be returned to inmate.**

I-0009b

continued from page 1

on todays date I was transferred here from HCF population and placed in segregation on OSR status for a disturbance that occurred yesterday which resulted in five correctional officers being assaulted. My segregation report (report #80538) states that my placement is due to STG leadership.

I am "NOT" a gang member & I was "NOT" involved in the disturbance nor was I present when the disturbance occurred. I'm from Missouri with no gang ties. So to say that I have a leadership role over a group of guys from a state that I'm not even from is just a fabrication formulated by UTM J. Bell for the sole purpose of attempting to place me in long term segregation on OSR status.

I request immediate release from segregation. Thank You &

John Kramer

2·5·20

## PROGRAM CLASSIFICATION REVIEW

Review Date: 11 03 2016   Next Review: 11 2017   Period Covered: 11 2015 thru 11 2016
Inmate Name: FRANCIS,JOHN,F          Number: 0079594          Location: A 07 0L0224

Release Date: 02 13 2044   Type: PE   Guidelines Indic: I   Custody Class.: 7 High Medium
Program Credit Release Date: 00 00 0000   Pgm Status:
Controlling Sentence: O H40 I Min 999 99 Max 999 99

Offenses:   01 x Murder in the First Degree;

### PROGRAM ASSIGNMENT STATUS

| Primary Programs | RDU Assessed Need | Init. RDU Recommend ation | Amended Recommend ation | Date Entered Program | S T S | Date & Reason Terminated | App Pgm Crd |
|---|---|---|---|---|---|---|---|
| Literacy | No | No | | | | | |
| General Ed. (GED) | No | No | | | | | |
| Sex Offender Trt. | No | No | | | | | |
| Subs. Abuse Trt. | No | No | | | | | |
| Therapeutic Comm. | No | No | | | | | |
| Vocational Ed. | Yes | Yes | | | | | |
| Pre-Release Rein | Yes | Yes | | | | | |
| Work Release | No | No | | | | | |

Supplemental Programs/Services

Quarters Report: Satisfactory   Work Report: Unsatisfactory   Type: General
                                 Job: STUDENT-BMP
Current Health: Class 2   MH Level 3   Current MH Treatment 3   Housing Cons. 2
Incentive Level: 2   Good Time Award: N/A
SMI: N   KDOC SO: Not Managed as a Sex Offender (meets no criteria).

Detainers: N   No Detainers selected for this Offender.

Phone List: Current        ID Current: Current        Emergency Data: Current
Visiting List: Current     Deceased Body: Current     Central Monitoring: Current

Disciplinary Convictions (During last 6 months)
AGN ART SEC S1S2 Type Class  Violation Date  Description
44  12  0304 A    D    I       2016 08 12     Disobeying Orders

Comments/Recommendations
    Offender does not earn Good Time. Offender received one class 1
disciplinary reports during this review. Offender  is not  validated
as a STG member. Offender has one (LCF-C) central monitors. Offender
is not  managed as a Sex Offender. Offender has no detainers.   Goals
entered in TOADS. J. Wilkey CCI

Classification Committee Members

Member Signature _____   11/13/16   X Approve _ Disapprove
Comments:                                  Date

Member Signature _____   11/14/16   Approve _ Disapprove
Comments:                                  Date

Member Signature _____   _____   _ Approve _ Disapprove
Comments:                                  Date

Inmate Signature _____   Date __/__/____   Unit Team _____   Date __/__/____

El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042



Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Department of Corrections

Jeff Zmuda, Secretary

Laura Kelly, Governor

Sam Cline, Warden

**TO:**    Francis # 79594

DATE: 3/5/2020

**Subject:** Undated grievance

From:    M. Bos
Classification Administrator

**Findings of the facts:** You submitted a grievance disputing your placement in Restrictive housing.

**Conclusions made:** HCF sent you to EDCF due to the information they received regarding an incident in which staff were injured. Your placement is to prevent collaboration, possible intimidation or further disruption to the facility continues to exist in the judgement of the warden. You stated you did not receive a disciplinary report for this incident. You do not have to receive a disciplinary report to be placed in restrictive housing if there is information available that a security risk is present if you are living in general population.

You state you were not present during the incident and that you are not a gang member. Even though you were not physically present during the incident, HCF believes you played a part through you influence with other offenders.

I have spoken with your UTM regarding seg review and there should be no reason you have been denied the ability to attend Seg review. He will make sure it does not occur in the future-if you wish to participate. You can decline to participate if you wish.
You request to be released to general population. At this time, that request is denied due to the placement facts in the report.

**Actions Taken:** Nothing Further

M. Bos
Classification Administrator

## KANSAS DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION REVIEW

| ☐ INITIAL | ☐ WEEKLY | ☐ MONTHLY | ☐ 180 DAY | ☒ YEARLY | ☐ BMU |
|---|---|---|---|---|---|

| Name: | Francis, John | | DOC# | 79594 | Date: 2/12/2021 | |
|---|---|---|---|---|---|---|
| Date of placement: | 2/5/2020 | Location: | EDCF-C | | Current Cell Location: | A1-234 |
| IMPP Segregation Status: | | IMPP 20-104 IB (13)  OSR | | | Inmate Appeared?  Yes ☐  ☒ No | |

### SEGREGATION PLACEMENT/RETENTION FACTS:

| Date | Facts | Source | Location |
|---|---|---|---|
| 2/5/2020 | Facts: I/M Francis #79594 was placed into Restrictive Housing on OSR status, pending transfer to El Dorado Correctional Facility due to STG leadership involvement at Hutchinson Correctional Facility that resulted in their specific STG groups being involved in a large disturbance on February 4, 2020.  During the disturbance, (5) correctional officers were assaulted, which resulted in hospital visits.   The disturbance resulted in a level B emergency. The inmate was cleared by Corizon staff. Inmate was not present for the inventory of his property. | Adsegrep | File |
| 8/14/2020 | EAI does not support release to GP at this time. SRB is in agreement with that recommendation, despite offender's denial regarding his involvement.  Evidence shows otherwise. | EAI | FILE |
| 9/8/2020 | Convicted: Disobeying Orders (Refused to have cell searched ) | OMIS | FILE |
| 10/23/2020 | Conviction: Viol Statues (Envelope with K2) | OMIS | FILE |
| 12/11/2020 | Resident received a DR on 11/18/2020 for refusing order to restrain so his cell could be shaken down. | OMIS | File |
| 12/27/2020 | DR convictions for 44-12-305 Insub/Disrespect | OMIS | File |

### SUMMARY OF CURRENT BEHAVIOR:

| Date | Summary | Location |
|---|---|---|
| 3/6/2020 | Offender chose to attend RHRB; Weekly x4 | EDCF A |
| 4/17/2020 | Offender chose to attend RHRB | EDCF A |
| 5/8/2020 | Offender chose to attend RHRB | EDCF A |
| 6/5/2020 | Offender chose to attend RHRB | EDCF A |
| 7/17/2020 | Offender chose to attend RHRB | EDCF A |
| 8/14/2020 | Offender chose to attend RHRB | EDCF A |
| 9/4/2020 | Offender chose to attend RHRB | EDCF A |
| 10/9/2020 | Offender chose to ATTEND RHRB | EDCF A |
| 11/13/20 | Offender chose not to attend RHRB | EDCF A |
| 12/11/2020 | Resident chose not to attend RHRB | EDCF A |
| 1/15/2021 | Resident chose not to attend RHRB | EDCF A |
| 2/12/2021 | Resident chose not to attend RHRB | EDCF A |

**INMATE'S COMMENTS: None.**

| Return to General Population? | Transfer to other facility? | Programs recommended? | Change in status? |
|---|---|---|---|
| Yes ☐    No ☒ | Yes ☐    No ☒ | Yes ☐    No ☒ | Yes ☐    No ☒ |

**REASONS FOR RECOMMENDATIONS:** Retain due to placement facts. RHRB stated that we will consider release when behaviors are appropriate for general population. Resident needs to continue to work with MH to include medication compliance if recommended by MH to take.

| BHP Reed | CSI Austin | UTM Shearburn |
|---|---|---|
| Clinical Staff (Retain ☒ Release ☐) | Security Staff ( Retain ☒ Release ☐) | Classification Staff (Retain ☒ Release ☐) |
| Comments: Placement facts | Comments: Placement facts | Comments: Placement facts |

### PMC REVIEW/SIGNATURES

| PMC Member  (Retain ☒ Release ☐) | PMC Member (Retain ☒ Release ☐) | PMC Member (Retain ☐ Release ☐) |
|---|---|---|
| Comments: Placement facts | Comments: | Comments: Placement facts |

### DEPUTY SECRETARY REVIEW

Deputy Secretary, Facility Management        Retain ☐      Release ☐   Date_____

# KANSAS DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION REVIEW

| ☐ INITIAL | ☐ WEEKLY | ☒ MONTHLY | ☐ 180 DAY | ☐ YEARLY | ☐ BMU |
|---|---|---|---|---|---|

| Name: Francis, John | | DOC# | 79594 | Date: 3/12/2021 |
|---|---|---|---|---|

| Date of placement: | 2/5/2020 | Location: | EDCF-C | Current Cell Location: | A1-234 |
|---|---|---|---|---|---|

| IMPP Segregation Status: | IMPP 20-104 IB (13)  OSR | Inmate Appeared? Yes ☐  ☒ No |
|---|---|---|

## SEGREGATION PLACEMENT/RETENTION FACTS:

| Date | Facts | Source | Location |
|---|---|---|---|
| 2/5/2020 | Facts: I/M Francis #79594 was placed into Restrictive Housing on OSR status, pending transfer to El Dorado Correctional Facility due to STG leadership involvement at Hutchinson Correctional Facility that resulted in their specific STG groups being involved in a large disturbance on February 4, 2020. During the disturbance, (5) correctional officers were assaulted, which resulted in hospital visits. The disturbance resulted in a level B emergency. The inmate was cleared by Corizon staff. Inmate was not present for the inventory of his property. | Adsegrep | File |
| 8/14/2020 | EAI does not support release to GP at this time. SRB is in agreement with that recommendation, despite offender's denial regarding his involvement. Evidence shows otherwise. | EAI | FILE |
| 9/8/2020 | Convicted: Disobeying Orders (Refused to have cell searched ) | OMIS | FILE |
| 10/23/2020 | Conviction: Viol Statues (Envelope with K2) | OMIS | FILE |
| 12/11/2020 | Resident received a DR on 11/18/2020 for refusing order to restrain so his cell could be shaken down. | OMIS | File |
| 12/27/2020 | DR convictions for 44-12-305 Insub/Disrespect | OMIS | File |
| 2/24/2021 | Pending DR for 44-12-203 and 44-12-903B  ~dismissed / Not guilty | OMIS | File |

## SUMMARY OF CURRENT BEHAVIOR:

| Date | Summary | Location |
|---|---|---|
| 3/6/2020 | Offender chose to attend RHRB; Weekly x4 | EDCF A |
| 4/17/2020 | Offender chose to attend RHRB | EDCF A |
| 5/8/2020 | Offender chose to attend RHRB | EDCF A |
| 6/5/2020 | Offender chose to attend RHRB | EDCF A |
| 7/17/2020 | Offender chose to attend RHRB | EDCF A |
| 8/14/2020 | Offender chose to attend RHRB | EDCF A |
| 9/4/2020 | Offender chose to attend RHRB | EDCF A |
| 10/9/2020 | Offender chose to ATTEND RHRB | EDCF A |
| 11/13/20 | Offender chose not to attend RHRB | EDCF A |
| 12/11/2020 | Resident chose not to attend RHRB | EDCF A |
| 1/15/2021 | Resident chose not to attend RHRB | EDCF A |
| 2/12/2021 | Resident chose not to attend RHRB | EDCF A |
| 3/12/2021 | Resident chose not to participate in RHRB | EDCF A |

## INMATE'S COMMENTS: None.

| Return to General Population? | Transfer to other facility? | Programs recommended? | Change in status? |
|---|---|---|---|
| Yes ☐  No ☒ | Yes ☐  No ☒ | Yes ☐  No ☒ | Yes ☐  No ☒ |

**REASONS FOR RECOMMENDATIONS:** Retain due to placement facts. RHRB stated that we will consider release when behaviors are appropriate for general population and EAI support release. Resident needs to continue to work with MH to include medication compliance if recommended by MH to take.

| BHP Reed Clinical Staff (Retain ☒ Release ☐) | CSI Austin Security Staff ( Retain ☒ Release ☐) | UTM Shearburn Classification Staff (Retain ☒ Release ☐) |
|---|---|---|
| Comments: Placement facts | Comments: Placement facts | Comments: Placement facts |

## PMC REVIEW/SIGNATURES

| PMC Member (Retain ☒ Release ☐) | PMC Member (Retain ☒ Release ☐) | PMC Member (Retain ☒ Release ☐) |
|---|---|---|
| Comments: Placement facts | Comments: STG concerns | Comments: |

## DEPUTY SECRETARY REVIEW

Deputy Secretary, Facility Management     Retain ☐     Release ☐   Date

# KANSAS DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION REVIEW

| ☐ INITIAL | ☐ WEEKLY | ☒ MONTHLY | ☐ 180 DAY | ☐ YEARLY | ☐ BMU |
|---|---|---|---|---|---|

| Name: | Francis, John | | DOC# | 79594 | Date: 4/16/2021 | |
|---|---|---|---|---|---|---|
| Date of placement: | 2/5/2020 | Location: | EDCF-C | | Current Cell Location: | A1-234 |
| IMPP Segregation Status: | IMPP 20-104 IB (13)  OSR | | | | Inmate Appeared?  Yes ☐  ☒ No | |

## SEGREGATION PLACEMENT/RETENTION FACTS:

| Date | Facts | Source | Location |
|---|---|---|---|
| 2/5/2020 | Facts: I/M Francis #79594 was placed into Restrictive Housing on OSR status, pending transfer to El Dorado Correctional Facility due to STG leadership involvement at Hutchinson Correctional Facility that resulted in their specific STG groups being involved in a large disturbance on February 4, 2020. During the disturbance, (5) correctional officers were assaulted, which resulted in hospital visits. The disturbance resulted in a level B emergency. The inmate was cleared by Corizon staff. Inmate was not present for the inventory of his property. | Adsegrep | File |
| 8/14/2020 | EAI does not support release to GP at this time. SRB is in agreement with that recommendation, despite offender's denial regarding his involvement. Evidence shows otherwise. | EAI | FILE |
| 9/8/2020 | Convicted: Disobeying Orders (Refused to have cell searched ) | OMIS | FILE |
| 10/23/2020 | Conviction: Viol Statues (Envelope with K2) | OMIS | FILE |
| 12/11/2020 | Resident received a DR on 11/18/2020 for refusing order to restrain so his cell could be searched. | OMIS | File |
| 12/27/2020 | DR convictions for 44-12-305 Insub/Disrespect | OMIS | File |
| 2/24/2021 | DR for 44-12-203 and 44-12-903B dismissed, not guilty | OMIS | File |
| 4/16/2021 | DR free since 12/27/2020 | OMIS | FILE |

## SUMMARY OF CURRENT BEHAVIOR:

| Date | Summary | Location |
|---|---|---|
| 5/8/2020 | Offender chose to attend RHRB | EDCF A |
| 6/5/2020 | Offender chose to attend RHRB | EDCF A |
| 7/17/2020 | Offender chose to attend RHRB | EDCF A |
| 8/14/2020 | Offender chose to attend RHRB | EDCF A |
| 9/4/2020 | Offender chose to attend RHRB | EDCF A |
| 10/9/2020 | Offender chose to ATTEND RHRB | EDCF A |
| 11/13/20 | Offender chose not to attend RHRB | EDCF A |
| 12/11/2020 | Resident chose not to attend RHRB | EDCF A |
| 1/15/2021 | Resident chose not to attend RHRB | EDCF A |
| 2/12/2021 | Resident chose not to attend RHRB | EDCF A |
| 3/12/2021 | Resident chose not to participate in RHRB | EDCF A |
| 4/16/2021 | Resident chose not to participate in RHRB | EDCF A |

## INMATE'S COMMENTS: None.

| Return to General Population? | Transfer to other facility? | Programs recommended? | Change in status? |
|---|---|---|---|
| Yes ☐  No ☒ | Yes ☐  No ☒ | Yes ☐  No ☒ | Yes ☐  No ☒ |

**REASONS FOR RECOMMENDATIONS:** Retain due to placement facts. RHRB stated that we would consider release when behaviors are appropriate for general population and EAI support release. Resident needs to continue to work with MH to include medication compliance if recommended by MH.

| BHP Bunyard | CSI Austin | UTM Martin |
|---|---|---|
| Clinical Staff (Retain ☒ Release ☐ ) | Security Staff ( Retain ☒ Release ☐ ) | Classification Staff (Retain ☒ Release ☐ ) |
| Comments: Placement facts | Comments: Placement facts | Comments: Placement facts |

## PMC REVIEW/SIGNATURES

| PMC Member  (Retain ☐ Release ☐ ) | PMC Member (Retain ☐ Release ☐ ) | PMC Member (Retain ☐ Release ☐ ) |
|---|---|---|
| Comments: | Comments: | Comments: |

KANSAS DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION REVIEW (PURSUANT TO IMPP 20-105/106)

C-SEG

XXInitial                                  Weekly                      Monthly

Name: Francis, John                    Number: 79594        Date: 7-7-2021

Date placed in segregation: 6-7-2021           Recommended date of release: N/A

Did inmate appear before board? YES

1.    Present Status: __IMPP 20-104 1, B, (13) Other Security Risk (OSR)__

2.    Return to General Population?
            Yes              XXNo

3.    Transfer to another Kansas facility or another State or Federal facility?
            Yes              XXNo

4.    Medical or Psychological intervention?
            Yes              XXNo

5.    Continue  XX              Modify          program or treatment status?

6.    Inmate informed of right to submit written request for release to board?
            XXYes              No

7.    While in segregation inmate's behavior has been satisfactory?
            XXYes              No

8.    The placement was legal and proper?
            XXYes              No

9.    A pre-segregation placement hearing was held?
            XXYes              No

10.   Board Comments: Inmate Francis # 79594 was approved by the Deputy Secretary of Corrections,
      Security/Emergency Manager, EDCF Warden, and the Director of EAI for Long Term Restrictive
      Housing at Lansing Correctional Facility. Inmate Francis # 79594 was admitted on 6-7-2021. Since his
      admission, Inmate Francis has not received any Disciplinary Infractions or Unstafisfactory Behavior
      marks in his 486 forms. The Segregation Review Board agrees to continue Inmate Francis on OSR
      status for Long Term Restrictive Housing.

Approved: ___        Disapproved: ___

Approved: ___        Disapproved: ___                        EAI

Approved: ___        Disapproved: ___              Security Staff

Approved: ___        Disapproved: ___              Chairperson

                                                   Warden

Inmate acknowledgement
I received a copy of this review on: _____  20____  At _____


_____
Inmate signature and number


_____
Signature and Title of Staff

## KANSAS DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION REVIEW (PURSUANT TO IMPP 20-105/106)

### C-SEG

Initial                    Weekly              XX  Monthly

Name: Francis, John                  Number: 79594        Date: 8-18-2021

Date placed in segregation: 6-7-2021            Recommended date of release:  N/A

Did inmate appear before board? YES

1.    Present Status: __IMPP 20-104 1, B, (13) Other Security Risk (OSR)__

2.    Return to General Population?
           Yes          XXNo

3.    Transfer to another Kansas facility or another State or Federal facility?
           Yes          XXNo

4.    Medical or Psychological intervention?
           Yes          XXNo

5.    Continue  XX          Modify         program or treatment status?

6.    Inmate informed of right to submit written request for release to board?
           XXYes          No

7.    While in segregation inmate's behavior has been satisfactory?
           XXYes          No

8.    The placement was legal and proper?
           XXYes          No

9.    A pre-segregation placement hearing was held?
           XXYes          No

10.  Board Comments: Inmate Francis # 79594 was approved by the Deputy Secretary of Corrections, Security/Emergency Manager, EDCF Warden, and the Director of EAI for Long Term Restrictive Housing at Lansing Correctional Facility. Inmate Francis # 79594 was admitted on 6-7-2021. Since his admission, Inmate Francis has not received any Disciplinary Infractions or Unstafisfactory Behavior marks in his 486 forms. The Segregation Review Board agrees to continue Inmate Francis on OSR status for Long Term Restrictive Housing.

Approved: _____    Disapproved: _____

Approved: _____    Disapproved: _____                    EAI

Approved: _____    Disapproved: _____            Security Staff

Approved: _____    Disapproved: _____            Chairperson

                                                    by Warden

Inmate acknowledgement
I received a copy of this review on: _____  20____  At _____

_____
Inmate signature and number

_____
Signature and Title of Staff

## KANSAS DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION REVIEW (PURSUANT TO IMPP 20-105/106)

C-SEG

Initial                 Weekly              XX Monthly

Name: Francis, John                    Number: 79594        Date: 8-18-2021

Date placed in segregation: 6-7-2021              Recommended date of release: N/A

Did inmate appear before board? YES

1.    Present Status: __IMPP 20-104 1, B, (13) Other Security Risk (OSR)__

2.    Return to General Population?
            Yes         XXNo

3.    Transfer to another Kansas facility or another State or Federal facility?
            Yes         XXNo

4.    Medical or Psychological intervention?
            Yes         XXNo

5.    Continue XX          Modify          program or treatment status?

6.    Inmate informed of right to submit written request for release to board?
            XXYes         No

7.    While in segregation inmate's behavior has been satisfactory?
            XXYes         No

8.    The placement was legal and proper?
            XXYes         No

9.    A pre-segregation placement hearing was held?
            XXYes         No

10.   Board Comments: Inmate Francis # 79594 was approved by the Deputy Secretary of Corrections, Security/Emergency Manager, EDCF Warden, and the Director of EAI for Long Term Restrictive Housing at Lansing Correctional Facility. Inmate Francis # 79594 was admitted on 6-7-2021. Since his admission, Inmate Francis has not received any Disciplinary Infractions or Unstafisfactory Behavior marks in his 486 forms. The Segregation Review Board agrees to continue Inmate Francis on OSR status for Long Term Restrictive Housing.

Approved: _____    Disapproved: _____
Approved: _____    Disapproved: _____       EAI
Approved: _____    Disapproved: _____       Security Staff
Approved: _____    Disapproved: _____       Chairperson
                                              By Warden

Inmate acknowledgement
I received a copy of this review on: _____ 20____ At _____


_____
Inmate signature and number


_____
Signature and Title of Staff

KANSAS DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION REVIEW (PURSUANT TO IMPP 20-105/106)

C-SEG

XXInitial              Weekly              Monthly

Name: Francis, John          Number: 79594      Date: 8-18-2021

Date placed in segregation: 6-7-2021          Recommended date of release: N/A

Did inmate appear before board? YES

1.   Present Status:   IMPP 20-104 1, B, (13) Other Security Risk (OSR)

2.   Return to General Population?
         Yes          XXNo

3.   Transfer to another Kansas facility or another State or Federal facility?
             Yes          XXNo

4.   Medical or Psychological intervention?
             Yes          XXNo

5.   Continue  XX          Modify          program or treatment status?

6.   Inmate informed of right to submit written request for release to board?
         XXYes          No

7.   While in segregation inmate's behavior has been satisfactory?
         XXYes          No

8.   The placement was legal and proper?
         XXYes          No

9.   A pre-segregation placement hearing was held?
         XXYes          No

10.  Board Comments: Inmate Francis # 79594 was approved by the Deputy Secretary of Corrections, Security/Emergency Manager, EDCF Warden, and the Director of EAI for Long Term Restrictive Housing at Lansing Correctional Facility. Inmate Francis # 79594 was admitted on 6-7-2021. Since his admission, Inmate Francis has not received any Disciplinary Infractions or Unstafisfactory Behavior marks in his 486 forms. The Segregation Review Board agrees to continue Inmate Francis on OSR status for Long Term Restrictive Housing.

Approved: ____      Disapproved: ____

Approved: ____      Disapproved: ____                    _____
                                                          Security Staff
Approved: ____      Disapproved: ____                    _____
                                                          Chairperson
Approved: ____      Disapproved: ____                    _____
                                                          Warden

Inmate acknowledgement
I received a copy of this review on: _____ 20 ___ At _____


                                                    _____
                                                    Inmate signature and number


                                                    _____
                                                    Signature and Title of Staff

KANSAS DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION REVIEW (PURSUANT TO IMPP 20-105/106)

C-SEG

XXInitial                    Weekly                    Monthly

Name: Francis, John                    Number: 79594        Date: 8-18-2021

Date placed in segregation: 6-7-2021              Recommended date of release: N/A

Did inmate appear before board? YES

1.    Present Status: __IMPP 20-104 1, B, (13) Other Security Risk (OSR)__

2.    Return to General Population?
             Yes              XXNo

3.    Transfer to another Kansas facility or another State or Federal facility?
             Yes              XXNo

4.    Medical or Psychological intervention?
             Yes              XXNo

5.    Continue XX              Modify          program or treatment status?

6.    Inmate informed of right to submit written request for release to board?
             XXYes              No

7.    While in segregation inmate's behavior has been satisfactory?
             XXYes              No

8.    The placement was legal and proper?
             XXYes              No

9.    A pre-segregation placement hearing was held?
             XXYes              No

10.   Board Comments: Inmate Francis # 79594 was approved by the Deputy Secretary of Corrections,
      Security/Emergency Manager, EDCF Warden, and the Director of EAI for Long Term Restrictive
      Housing at Lansing Correctional Facility. Inmate Francis # 79594 was admitted on 6-7-2021. Since his
      admission, Inmate Francis has not received any Disciplinary Infractions or Unstafisfactory Behavior
      marks in his 486 forms. The Segregation Review Board agrees to continue Inmate Francis on OSR
      status for Long Term Restrictive Housing.

Approved: V           Disapproved: _____

Approved: L           Disapproved: _____
                                                   Security Staff

Approved: _____      Disapproved: _____
                                                   Chairperson

Approved: _____      Disapproved: _____
                                                   Warden

Inmate acknowledgement
I received a copy of this review on: _____ 20____ At _____

_____
Inmate signature and number

_____
Signature and Title of Staff



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Department of Corrections**

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary

Laura Kelly, Governor

Tommy Williams, Warden

Date:       DEC 2 6 2023

To:     Francis, John #79594 B2-133

Subject:  Grievance dated 11/30/23, CA23010

Findings of Facts:  Your grievance was received and a review into your allegations has been completed.

Conclusion Made:  After a review of the applicable documentation, it was determined the response provided by UTM J. Henke is appropriate regarding your issues.

Action Taken:  Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

Tommy Williams, Warden
El Dorado Correctional Facility

Cc: file
    Offender
    UTM J. Henke

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name MR. John F. Francis    Number #79594

Facility EDCF    Housing Unit B·2·133    Work Detail _____

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMEN-TATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

" Please see attached pages! "
x

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 11·30·23

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

See attach for response

UTM _____ 12-4-23
Unit Team Signature    Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

J. Francis _____    12·19·23
Inmate Signature    Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received DEC 2 2 2023    Date of Final Answer DEC 2 6 2023    Date Returned to Inmate _____

_____    _____
Inmate's Signature    Date    Unit Team Signature    Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

| | |
|---|---|
| Grievance Serial Number | CA23010 |
| Type of Complaint (Item 4: Code 01-75) | 54 |
| Cause of Complaint (Item 5: Code 01-30) | 03 |
| Type of Response (Item 6a: Code 01,02,08 or 09) | 08 |

RECEIVED

WARDENS OFFICE
UT

# cont. from page 1

on October 9, 2023 I was placed on MRA by unit team Abel because I refused to be placed in the cell with another inmate due to fear for my safety. There were absolutely no inquiries made into what those safety concerns were. unit team Abel made it absolutely clear that he could care less about my safety. He told me that I would either move into the cell with whoever he chose or he would take All of my property until I did.

For two (2) weeks I was placed in either suicide/ MRA cell without absolutely "ANY" property - with exception to the clothes I currently had on. I was without legal / writing materials or even basic hygiene essentials. I was unable to wash my hands or brush my teeth. Also, being that I'm currently engaged in legal situations - pertaining to both my freedom as well as my placement in segregation - that have time restraints and deadlines closely associated with them, I couldn't / cant afford to be two weeks without my legal materials.

unit team Abel went so far as to cut off my

cont. from page 2

tablet. Being in a cell with no phone and without writing materials - and then no tablet - I couldn't contact my family, lawyer or courts. To add insult to injury, I was in the process of filing a DR appeal that was due eleven (11) days after he ordered all of my property to be taken. I eventually filed the appeal but due to it being filed out of time it was dismissed. It was a DR in which I had a good chance of success on appeal.

By placing me on MRA and relieving me of all of my property without justification or following any sort of protocol or procedures, unit team Abel recklessly and with total disregard violated my constitutionally protected rights to equal protection, ~~xxxxxxxxxx~~ to be free from cruel and unusual punishment and access to the courts.

A form 9 regarding this issue was submitted on 10-9-23. (Please see copy attached). More than sufficient ~~xxxxxxx~~ time for a response has elapsed with no response so this grievance follows.

John Francis

11·30·23

INMATE REQUEST TO STAFF MEMBER

To: _____          Date: _____
         (Name and Title of Officer or Department)

_____
         Unit Team Member Signature                    To be retained by Inmate


Form 9                                                 Francis
For Cellhouse Transfer                                 _____
Work Assignment_____                        Last Name Only
Interview Requests

KANSAS DEPARTMENT OF CORRECTIONS            79594
                                            _____
                                                          Number
INMATE REQUEST TO STAFF MEMBER

To: unit team Manager _____  Date: ___10.9.23___
   (Name and Title of Officer or Department)
   State completely but briefly the problem on which you desire assistance. (Be specific.)

I have been placed in a suicide cell on MRA because I fear for my safety. Thus, I am being punished for fearing for my safety. Not including Death row inmates, there are numerous inmates that have been single cell since arriving here at EDCF. I request to be placed in a single cell, without being punished because I fear for my safety. The failure to do so is a direct violation of my right to equal protection. This serves as my informal resolution. Thank You!

Work Assignment: _____ Living Unit Assignment: B·1·266

Comment: _____ Unit Team Members Signature: _____

Disposition: _____
_____
_____
_____


To: _____          Date: _____
         (Name & Number)

Disposition: _____
_____
_____


_____                 To be returned to inmate.
         Employee's Signature

P-0009b

El Dorado
Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042



**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary                                    Laura Kelly, Governor
Tommy Williams, Warden

December 4, 2023

To: Francis, John #79594

Re: Grievance

Issue: Resident Frances #79594 claims that after refusing to take a cell mate, that he was punished by being placed on one of our signal main limited contact cells.

Fact: On 10/6/2023 was assigned to move form ACH into B1-230. However, when we brought him over to move into that cell, he refused to cell with the resident that was already in that cell. As a result, we had to move him into cell B1-266 which is a limited contact cell. Resident has continued to refuse to take a cell mate which creates a situation where we can't use that other bed.

Response: Due to your refusal to take a cell mate we had to move you into the only signal man cell that was available. Be advised it is the expectation of every resident in RHU to take a cell mate should a bed be needed. If a resident is refusing to take a cell mate it makes no since to house them in a normal cell which basically takes that other bed off line. This was not an act of punishment but a means by which we were able to appropriately house all resident assigned to BCH.

UTM J. Henke
Unit Team Manager of BCH