IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOHN F. FRANCIS,

    **Plaintiff,**

    v.                                                                                                                               CASE NO.  25-3024-JWL

THOMAS WILLIAMS, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff John F. Francis began this pro se action under 42 U.S.C. § 1983 by filing a complaint and a motion for leave to proceed in forma pauperis in February 2025. (Docs. 1 and 2.) Plaintiff failed to submit the required certified copy of this inmate trust fund account statement to support his motion to proceed IFP, however, so on February 11, 2025, the Court issued a notice of deficiency (NOD) informing Plaintiff that he was required to submit the statement within 30 days. (Doc. 3.) The NOD further advised Plaintiff that if he "fail[ed] to comply within the prescribed time, . . . this action may be dismissed without further notice for failure to comply with this court order." *Id.* at 1. As of the date of this order, the Court has received nothing further from Plaintiff.

The deadline set in the NOD has now passed and Plaintiff has not complied, nor has he filed anything further in this matter. Under Rule 41(b) of the Federal Rules of Civil Procedure, a district court may dismiss an action "if the plaintiff fails to prosecute or to comply with these rules or a court order." Fed. R. Civ. P. 41(b); *See also Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003) (noting that Rule 41(b) "has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure . . . to comply with the . . . court's orders"). Because Plaintiff has failed to comply with the NOD and has failed to file anything further in this matter, the Court concludes that this matter should be dismissed without prejudice under Rule 41(b).

**IT IS THEREFORE ORDERED THAT** this matter is **dismissed without prejudice** under Fed. R. Civ. P. 41(b) for failure to comply with a court order. The motion for leave to proceed in forma pauperis (**Doc. 2**) is therefore **denied as moot.**

**IT IS SO ORDERED**.

Dated on this 24th day of March, 2025, in Kansas City, Kansas.

<u>s/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
United States District Judge