MR. John F. Francis #19594
Name

EDCF

PO Box 311

El Dorado, Ks. 67042
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MR. John F. Francis , Plantiff
*(Full Name)*

CASE NO. 25-3024-JWL
*(To be supplied by the Clerk)*

V.

Warden Tommy Williams , Defendant (s)

Etc.; All

AMENDED
CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) MR. John F. Francis , is a citizen of Kansas
   *(Plaintiff)*                                    *(State)*

who presently resides at EDCF, PO Box 311 El Dorado, Ks. 67042
                          *(Mailing address or place*

*of confinement.)*

2) Defendant Tommy Williams is a citizen of
   *(Name of first defendant)*

EDCF, PO Box 311 El Dorado, Ks. 67042 , and is employed as
*(City, State)*

Warden . At the time the
*(Position and title, if any)*

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

Defendant Williams is aware that Plaintiff is being indefinitely held in

seg without penological justification or meaningful review.

3) Defendant ___Same cline_____ is a citizen of
(Name of second defendant)

___Eldorado, Ks._____ , and is employed as
(City, state)

___former warden_____ . At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain:

Defendant cline was aware that Plaintiff was being indefinitely held in seg without penological justification or meaningful review.

(Use the additional pages to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331; 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

on Feb 5,2020 Plaintiff was placed in seg for an incident that occurred in HcF two days prior. Its well documented that Plaintiff was not involved nor was he present, when the incident occurred. without exception every inmate involved, directly or not all, like Plaintiff has long ago been released. To date Plaintiff has remained in seg without any meaningful review and on Multiple occasions went several years without any disciplinary infractions.

_____

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8.5" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Plaintiffs constitutionl right to due process was Violated.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

"Please see attached pages."

B) (1) Count II: Plaintiffs constitutional right to equal protection was violated.

Plaintiff has been in seg for well over five (5) years. Has been told

(2) Supporting Facts: that he will not be released without excepting a celly and attending a program he has previously completed. During this time inmates directly involved and those like Plaintiff, not involved, have been released. Some never completing the program.

XE-2 8/82                                    CIVIL RIGHTS COMPLAINT §1983                                    3

C) (1) Count III: Plaintiffs constitutional right to be free of cruel and unusual punishment. was violated.

_____

(2) Supporting Facts: "Please see attached pages"

_____

_____

_____

## D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a)  Parties to previous lawsuit:

        Plaintiffs: Mr. John F. Francis

        Defendants: former warden Sam Cline / warden Tommy Williams

    b)  Name of court and docket number Butler County Courthouse # 2021-CV-000006

    c)  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still pending

    d)  Issues raised Due process

e) Approximate date of filing lawsuit ___1·8·2021___

f) Approximate date of disposition ___Pending___

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [X] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

___"Please see attached pages"___

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

To be immediately released from seg. $250 a day for each day Plaintiff has been in seg. $15,000. from each defendant. $250,000. in punitive damages. Plaintiff seeks to sue each defendant in their official and individual capacities.

_____
Signature of Attorney (if any)

_____
Signature of Plaintiff

_____

_____
(Attorney's full address and telephone number)

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

5