IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOHN F. FRANCIS,

    **Plaintiff,**

    v.                                                    CASE NO. 25-3024-JWL

THOMAS WILLIAMS, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff and Kansas prisoner John F. Francis, who is currently housed at El Dorado Correctional Facility (EDCF) in El Dorado, Kansas, filed this pro se civil rights action under 42 U.S.C. § 1983 in February 2025. (Doc. 1.) This matter comes now before the Court on Plaintiff's amended complaint (Doc. 15) and the report filed at the Court's request by Interested Party Kansas Department of Corrections (KDOC) (Doc. 16). In the report, the KDOC asks to be terminated as an interested party to this action. The Court has reviewed the report and the request will be granted.

With his amended complaint, Plaintiff filed a motion to amend, in which he seeks the Court's leave to file the amended complaint. (Doc. 15-1.) Because Plaintiff filed the amended complaint in response to previous orders of this Court (Docs. 10 and 14), there is no need for Plaintiff to seek further permission. The amended complaint has been filed and is now the controlling pleading in this matter. The Court will begin the statutorily required screening of the amended complaint (Doc. 15) and will issue further orders as necessary.

**IT IS THEREFORE ORDERED BY THE COURT** that the clerk is directed to terminate the Kansas Department of Corrections' status as an interested party in this matter. The Court will begin screening the amended complaint (Doc. 15) and will issue furthers orders as necessary.

**IT IS SO ORDERED**.

**Dated August 4, 2025, in Kansas City, Kansas.**

<u>S/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**