# Names

| Name Type | Name |
|---|---|
| Conviction | FRANCIS, JOHN F |
| True | FRANCIS, JOHN FREDDIE |
| Alias | FRANNY, FRANCIS |
| Alias | FRANCIS, JOHN F |
| Alias | LEFTY, |



([/kasper/search/image?](/kasper/search/image?kdocNumber=0079594&imageNumber=1)
[kdocNumber=0079594&imageNumber=1)](/kasper/search/image?kdocNumber=0079594&imageNumber=1)

**FRANCIS, JOHN F**

**Approx Picture Date**
2017-09-26

# Identification

| Athena # | OMIS # | SID Num | FBI Num |
|---|---|---|---|
| 2000048709 | 0079594 | 1013852 | 874708PA3 |

# Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | ███████ | 51 |

# Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Brown | Black | 5'-11" | 221 | Male | Black |

# Current Status reported by Dept. of Corrections

**Work or Program Participation** Not Working

**Earliest Possible Release Date (1)** Feb 13, 2044

**Current Status** Incarcerated

**Admission Date** Oct 09, 2006

Current Location (2)  **El Dorado CF-Central (http://www.doc.ks.gov/facilities/edcf)**

Custody Level  SPM Special Mgmt

**(1) This date could be affected by a parole board decision or good time and/or program credit.**
**(2) Click on Location for the Facility web site.**

# Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|--------|-----------------|--------------|-----------------|-----|-------------------------------|--------|---------------------|------------------|-------|
| Johnson | 2001CR000786 | Feb 18, 1998 | Feb 27, 2004 | N/A | Murder in the first degree | 1 | Unknown | Active | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

# KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|----------|---------------|-----------------|
| El Dorado CF-Central | Oct 17, 2022 | Inter-Facility Movement |
| Lansing CF-Central | Jun 07, 2021 | Inter-Facility Movement |
| El Dorado CF-Central | Feb 05, 2020 | Inter-Facility Movement |
| Hutchinson CF-Central | Jul 05, 2017 | Inter-Facility Movement |
| Larned Correctional Mental Health Facility | Jun 30, 2017 | Inter-Facility Movement |
| Hutchinson CF-Central | Mar 29, 2017 | Inter-Facility Movement |
| El Dorado CF-Central | Mar 22, 2016 | Returned From Court Appearance |
| Johnson County | Mar 15, 2016 | Released For Court Appearance |
| El Dorado CF-Central | Jun 18, 2015 | Returned From Court Appearance |
| Johnson County | Jun 15, 2015 | Released For Court Appearance |
| El Dorado CF-Central | Jul 01, 2013 | Inter-Facility Movement |
| Lansing CF-Central | Mar 29, 2012 | Inter-Facility Movement |

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-Central | Feb 23, 2012 | Inter-Facility Movement |
| Hutchinson CF-Central | Jan 19, 2011 | Returned From Court Appearance |
| Johnson County | Oct 22, 2010 | Released For Court Appearance |
| Hutchinson CF-Central | Oct 13, 2010 | Inter-Facility Movement |
| El Dorado CF-Central | Aug 03, 2010 | Returned From Court Appearance |
| Johnson County | Jul 27, 2010 | Released For Court Appearance |
| El Dorado CF-Central | Jan 20, 2009 | Inter-Facility Movement |
| Ellsworth CF | Aug 28, 2008 | Inter-Facility Movement |
| El Dorado CF-Central | Jul 15, 2008 | Inter-Facility Movement |
| Lansing CF-Central | Nov 09, 2006 | Inter-Facility Movement |
| El Dorado CF-RDU | Oct 10, 2006 | Inter-Facility Movement |
| Lansing CF-Central | Oct 09, 2006 | New Court Commitment |
| Out-of-State | Mar 12, 2004 | Unknown |

# KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| May 09, 2025 | 1 | El Dorado Correctional Facility - Central | Dangerous Contraband (no weapon)(3rd tobacco viol) |
| Apr 02, 2025 | 1 | El Dorado Correctional Facility - Central | Disobeying Orders |
| Dec 25, 2024 | 1 | El Dorado Correctional Facility - Central | Interf W/Cell Oper/Visibility |
| Dec 05, 2024 | 1 | El Dorado Correctional Facility - Central | Dangerous Contraband (no weapon)(3rd tobacco viol) |
| Dec 05, 2024 | 1 | El Dorado Correctional Facility - Central | Possession UnAuth Commo Device |
| Dec 05, 2024 | 2 | El Dorado Correctional Facility - Central | Viol Statute (Misd Crim Off) |

Exhibit 1

11/7/25, 3:45 PM

Kansas Department of Corrections

| Date | Class | Location | Type of report |
|---|---|---|---|
| Nov 19, 2024 | 1 | El Dorado Correctional Facility - Central | Disobeying Orders |
| Nov 03, 2024 | 1 | El Dorado Correctional Facility - Central | Responsibility for Counts |
| Oct 02, 2024 | 1 | El Dorado Correctional Facility - Central | Dangerous Contraband (weapon) |
| Dec 14, 2023 | 1 | El Dorado Correctional Facility - Central | Possession UnAuth Commo Device |
| Dec 14, 2023 | 1 | El Dorado Correctional Facility - Central | Disobeying Orders |
| Dec 14, 2023 | 1 | El Dorado Correctional Facility - Central | Viol Statutes (Felony Crime) |
| Sep 04, 2023 | 1 | El Dorado Correctional Facility - Central | Possession UnAuth Commo Device |
| Sep 04, 2023 | 1 | El Dorado Correctional Facility - Central | Viol Statutes (Felony Crime) |
| Dec 27, 2020 | 2 | El Dorado Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Nov 18, 2020 | 1 | El Dorado Correctional Facility - Central | Disobeying Orders |
| Oct 23, 2020 | 1 | El Dorado Correctional Facility - Central | Viol Statutes (Felony Crime) |
| Sep 08, 2020 | 1 | El Dorado Correctional Facility - Central | Disobeying Orders |
| Sep 25, 2019 | 1 | Hutchinson Correctional Facility - Central | Possession UnAuth Commo Device |
| Aug 19, 2019 | 1 | Hutchinson Correctional Facility - Central | Possession UnAuth Commo Device |
| Aug 19, 2019 | 1 | Hutchinson Correctional Facility - Central | Disobeying Orders |
| Feb 13, 2019 | 1 | Hutchinson Correctional Facility - Central | Possession UnAuth Commo Device |
| Jan 25, 2019 | 2 | Hutchinson Correctional Facility - Central | Unauthorized Dealing or Trade |
| May 03, 2018 | 2 | Hutchinson Correctional Facility - Central | Regis. & Use of Pers. Property |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Mar 09, 2018 | 2 | Hutchinson Correctional Facility - Central | Taking W/O Permission |
| Jun 16, 2017 | 1 | Hutchinson Correctional Facility - Central | Dangerous Contraband (no weapon)(3rd tobacco viol) |
| Jun 06, 2017 | 1 | Hutchinson Correctional Facility - Central | Disobeying Orders |
| Dec 14, 2016 | 1 | El Dorado Correctional Facility - Central | Viol Statutes (Felony Crime) |
| Nov 07, 2016 | 1 | El Dorado Correctional Facility - Central | Interfering W/Official Duties |
| Nov 07, 2016 | 1 | El Dorado Correctional Facility - Central | UnAuthzd Use Inmate Telephone |
| Nov 04, 2016 | 1 | El Dorado Correctional Facility - Central | Inmate Activity; Limitations |
| Aug 12, 2016 | 1 | El Dorado Correctional Facility - Central | Disobeying Orders |
| Oct 12, 2015 | 1 | El Dorado Correctional Facility - Central | Dangerous Contraband (weapon) |
| Sep 28, 2015 | 1 | El Dorado Correctional Facility - Central | Inmate Activity; Limitations |
| Jan 10, 2015 | 1 | El Dorado Correctional Facility - Central | UnAuthzd Use Inmate Telephone |
| Dec 26, 2014 | 1 | El Dorado Correctional Facility - Central | Dangerous Contraband (weapon) |
| Jan 23, 2013 | 2 | Lansing Correctional Facility - Central | Regis. & Use of Pers. Property |
| Jan 23, 2013 | 1 | Lansing Correctional Facility - Central | Possession UnAuth Commo Device |
| Jan 23, 2013 | 1 | Lansing Correctional Facility - Central | Battery |
| Jan 23, 2013 | 1 | Lansing Correctional Facility - Central | Viol Statutes (Felony Crime) |
| Dec 18, 2012 | 1 | Lansing Correctional Facility - Central | Viol Statutes (Felony Crime) |
| Dec 18, 2012 | 2 | Lansing Correctional Facility - Central | Sex Explicit Mtrl, n/SexOfndr |
| Dec 18, 2012 | 1 | Lansing Correctional Facility - Central | Possession UnAuth Commo Device |

| Date | Class | Location | Type of report |
|------|-------|----------|----------------|
| Sep 24, 2012 | 1 | Lansing Correctional Facility - Central | Theft |
| Aug 06, 2012 | 1 | Lansing Correctional Facility - Central | Violation of Published Orders |
| Feb 18, 2012 | 1 | Hutchinson Correctional Facility - Central | Dangerous Contraband (weapon) |
| Feb 18, 2012 | 1 | Hutchinson Correctional Facility - Central | Disobeying Orders |
| Feb 18, 2012 | 1 | Hutchinson Correctional Facility - Central | Avoiding an Officer |
| Nov 02, 2011 | 2 | Hutchinson Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Jun 29, 2011 | 2 | Hutchinson Correctional Facility - Central | Regis. & Use of Pers. Property |
| Jun 29, 2011 | 2 | Hutchinson Correctional Facility - Central | Regis. & Use of Pers. Property |
| Nov 21, 2008 | 1 | Ellsworth Correctional Facility | UnAuthzd Use Inmate Telephone |
| Nov 21, 2008 | 1 | Ellsworth Correctional Facility | Viol Statutes (Felony Crime) |
| Sep 24, 2008 | 2 | Ellsworth Correctional Facility | Work Performance |
| Apr 19, 2008 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Apr 19, 2008 | 1 | Lansing Correctional Facility - Central | UnAuthzd Use Inmate Telephone |
| Apr 04, 2008 | 1 | Lansing Correctional Facility - Central | Theft |
| Mar 04, 2008 | 1 | Lansing Correctional Facility - Central | Use of Stimulants |
| Nov 15, 2007 | 1 | Lansing Correctional Facility - Central | Theft |
| Sep 08, 2007 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Sep 08, 2007 | 3 | Lansing Correctional Facility - Central | Improper Use of Food |

Exhibit 1

11/7/25, 3:45 PM

Kansas Department of Corrections

| Date | Class | Location | Type of report |
|------|-------|----------|----------------|
| Sep 08, 2007 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Aug 18, 2007 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Aug 03, 2007 | 2 | Lansing Correctional Facility - Central | Lying |
| Aug 01, 2007 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Aug 01, 2007 | 1 | Lansing Correctional Facility - Central | Interf W/Cell Oper/Visibility |
| Jan 19, 2007 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband (no weapon)(3rd tobacco viol) |