Attachment B, IMPP 11-119
Effective: 12-11-13

# DISCIPLINARY REPORT

_____EDCF- Central_____
(FACILITY)

Case No. 23-09-043    Date of Alleged Violation: 09/04/2023 | Time: 1645    P.M.

Date This Report Written: 09/04/2023 | Time: 1755    P.M.

Name of Inmate: Francis          John                    No. 79594 Cell No: A1-202
LAST              FIRST              MI

Duty Assignment:_____N/A_____

**Alleged Violation of Law or Rule** (_Identify by Code No., Short Title, and Class_) 44-12-1001a Violations of felony statutes
K.S.A. 21-5914 Traffic contraband into a correctional institution, 44-12-211 Telephones or other communication
devices both class I offenses.

FACTS: On 09/04/2023 at approximately 1645 I SST Kurnes while conducting a cell search of A1-202 found a Samsung
smart phone with a white charging cord in a mac and cheese box that was sitting on the shelf area for the bottom bunk. The
phone and charging cord were both turned over to TEL#6 and I am charging resident Francis #79594 with 44-12-1001a
Violations of felony statutes K.S.A. 21-5914 Traffic contraband into a correctional institution, 44-12-211 Telephones or other
communication devices both class I offenses.

(Attach Additional Sheet(s) if necessary)

Staff Witnesses:_____ (Signature)    _____
_____                          COI Kurnes    1500-2300    S/S
_____                  Printed Name and Title of Employee Writing Report

                                        Approved by:_____
                                        (Shift Supervisor, Unit Team Manager & Title)

_I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct._

_Executed on:_ 09/04/2023    Signature_____

I received a copy of this report on  **SEP 0 5 2023**    , Refused to Sign - Copy Given
                    (Date)      (Time)              (Inmate Signature & No)
I served a copy of this report  **SEP 0 5 2023**  1059  _____
                    (Date)      (Time)        (Signature of Officer or Unit Team Manager & Title)

_Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial
prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error._



Exhibit 2

PHOTO ID LABEL                          P-1030

CASE #              PICTURE #        |    OF  |

INMATE NAME(S) AND NUMBER(S)
Francis   79514
Harris   62624

DESCRIPTION OF PHOTO
Samsung Phone w/ Charger

PLACE PHOTO TAKEN
A1   202

DATE AND TIME OF PHOTO
9-4-23      4:44 pm

PHOTO TAKEN BY
CoII Gump

Page 1 of 3, Attachment D1, IMPP 11-119
Effective: 07/2007

## KANSAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY OFFICE
## INMATE DISCIPLINARY SUMMONS

**INMATE NAME:** FRANCIS, JOHN        **KDOC NUMBER:** 79594        **DATE:** 09-06-2023

**CASE NUMBER:** 23-09-043
**KAR:** Charge #1- 1001A, Charge #2- 211B,

**RESTITUTION AMOUNT:**

**HOUSING UNIT/CELL:** A1 202

---

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE A HEARING OFFICER AS DEFENDANT IN THE ABOVE REFERENCED CASE.

TIME: **6:00 A.M. - 3:00 P.M.**

DATE: **THURSDAY SEPTEMBER 07, 2023**

LOCATION: **Phone- by calling (316) 322-2010**

FAILURE TO REPORT WHEN DIRECTED WILL RESULT IN THE CASE BEING PLACE INTO A CONTINUANCE PER K.A.R. 44-13-402(C). THIS CASE WILL BE CONTINUED UNTIL THE NEXT TIME SPOT IS AVAILABLE.

**BE PREPARED TO PROCEED WHEN CALLED.**

---

INMATE SIGNATURE: *Refused to sign*

STAFF SIGNATURE: Lt.

SERVED: 09-06-23    DATE        1073    TIME

---

PLEASE RETURN ORIGINAL SUMMONS TO THE DISCIPLINARY ADMINISTRATOR'S OFFICE. GIVE THE INMATE THE COPY FOR HIS RECORDS.

211- @ 15 D/S, 30 rest, $20

Attachment.K, IMPP 11-119
Effective: 12-11-13

PLEA OF: ☐ GUILTY  ☐ NO CONTEST BY INMATE

CASE # 23-09-043

NAME: Francis, John          NUMBER: 79594

HEARING DATE: 09-11-23    HEARING OFFICER: Lt. McCollough

RULE VIOLATION(S): 211

### WAIVER:

(To be read to inmate)
☑ YES  ☑ NO

Inmate's Initials

| | | | | |
|---|---|---|---|---|
| ☒ | ☐ | 1. | Do you understand the charges against you? | |
| ☒ | ☐ | 2. | Do you understand the penalty or penalties the Hearing Officer may set for the rule violation(s) you are pleading to? (If answer is "NO", read the penalties for each violation from rule book.) | |
| ☒ | ☐ | 3. | Do you understand that with your plea, that you may be able to appeal under limited circumstance per 44-13-703(d)(1)(2)(3)? | |
| ☒ | ☐ | 4. | Do you understand that with your plea that you are waiving your right to a full hearing before a Hearing Officer? | |
| ☒ | ☐ | 5. | You waive your right to be confronted with the evidence against you? | |
| ☒ | ☐ | 6. | You waive your right to cross-examine the witness(es) against you? | |
| ☒ | ☐ | 7. | You waive your right to remain silent and to be presumed innocent until proven guilty by preponderance of the evidence? | |
| ☐ | ☒ | 8. | Have any promises, threats or inducements been made to you in exchange for your plea? | |

Hearing Officer/Unit Manager Signature          Date 09-11-23

Inmate Signature          Number          Date 9-11-23

Exhibit 2

Attachment I, IMPP 11-119
Effective: 12-11-13

## ACKNOWLEDGMENTS/INMATE WAIVER OF RIGHTS

INMATE NAME/NUMBER: _Francis, John   79594_         CASE NO: _23-09-043_

### ACKNOWLEDGMENTS

☒   I received a copy of the Disciplinary Report and was advised of the charge within 48 hours after issuance of the report.

☐   I submitted request for Witness Form within 48 hours after receipt of the Disciplinary report.

☒   I received at least 24 hour notice of the time of the hearing.

☐   I was advised at the beginning of the hearing of the amount of restitution proposed and had opportunity to submit contrary evidence regarding value.

☒   I was advised as to the possible penalty involved with a plea or a finding of guilty.

### WAIVERS

**Inmate's Initials**

☐   Waive time limits or other procedure(s) as stated below:

Time limits Waiver or other procedure(s): _____

_____

☐   I Waive reporting officer/reporting staff member testifying.  Class I cases.  **Inmate's Initials**

Inmate Signature: _Signed under duress A.l_       No: _79594_       Date: _9-11-23_
Advised & Acknowledged

Hearing Officer: _H. _____       Date: _09-11-23_

Exhibit 2

Attachment I, IMPP 11-119
Effective: 12-11-13

## ACKNOWLEDGMENTS/INMATE WAIVER OF RIGHTS

INMATE NAME/NUMBER:    FRANCIS, JOHN  #79594                 CASE NO:    23-09-043

---

### ACKNOWLEDGMENTS

☒    I received a copy of the Disciplinary Report and was advised of the charge within 48 hours after issuance of the report.

☒    I submitted request for Witness Form within 48 hours after receipt of the Disciplinary report.

☒    I received at least 24 hour notice of the time of the hearing.

☐    I was advised at the beginning of the hearing of the amount of restitution proposed and had opportunity to submit contrary evidence regarding value.

☒    I was advised as to the possible penalty involved with a plea or a finding of guilty.

---

### WAIVERS

**Inmate's Initials**

☐    Waive time limits or other procedure(s) as stated below:

Time limits Waiver or other procedure(s): _____
_____

---

☐    I Waive reporting officer/reporting staff member testifying.  Class I cases.    **Inmate's Initials**

---

Inmate Signature: _____ No:_____ Date:_____
       _Advised & Acknowledged_

Hearing Officer:    ____Lt. McCollough____             Date:__09/11/23____

Exhibit 2

Attachment J,
Page 1 of 3, Attachment L, IMPP 11-119
Effective: 12-11-13

## DISPOSITION AND HEARING RECORD

**INMATE NAME & NO: FRANCIS, JOHN    #79594**

| | |
|---|---|
| **FACILITY:** EDCF | **CASE NO:** 23-09-043 |
| **CHARGING** EDCF | **HEARING DATE** 09/11/23 |
| **HEARING** EDCF | **TIME:** 0956 |

| Violation | Class | Amended Violation | Amended Class | Plea | Finding |
|---|---|---|---|---|---|
| **1001A** | 1 | ____ | ____ | ☐G ☒N/G ☐NC | ☒G ☐N/G ☐DISM. |
| Reason: Testimony provided | | | | | |
| **211B** | 1 | ____ | ____ | ☐G ☒N/G ☐NC | ☒G ☐N/G ☐DISM. |
| Reason: Pled Guilty | | | | | |
| — | | ____ | ____ | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |
| Reason: | | | | | |
| ____ | | ____ | ____ | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |
| Reason: | | | | | |
| ____ | | ____ | ____ | ☐G ☐N/G ☐NC | ☐G ☐N/G ☐DISM. |
| Reason: | | | | | |

☐ Reporting Officer Sworn In / Affirmed     ☒ Testimony Read into the Record

**Staff Testimony / Cross Examination (Attach Testimony)**

☒ Inmate Sworn In / Affirmed

☐ Hearing held in absentia     Reason: _____

Staff Assistant Assigned: _____

☐ Inmate Not Sworn In/Affirmed     Explain: _____

**Inmate Testimony / Cross Examination (Attach Testimony)**

Exhibit 2

# DISPOSITION OF DISCIPLINARY CASE

| INMATE NAME & NO  # FRANCIS, JOHN    #79594 | CASE NO.  23-09-043 |
|---|---|

## *TESTIMONY*

Date & Time:  09/11/23    0956 hrs.                    Hearing Officer: Lt. McCollough

Hearing begins:  In Person

H/O reads report into record, reviews summons, time limits of receipt, and witness list, all of which are in order to proceed with hearing.

Offender sworn in, acknowledges that he received a copy of the DR and Summons

H/O asks offender for plea to charges Offender plead: Not Guilty

H/O receives any motions from offender: None presented written or verbal.

H/O reviews charges or amendments to charges:  Charges stand as written

H/O reviews evidence and/or video:  None

Statement: I didn't traffic anything I'm just accepting responsibility for the phone

Defendant pleas guilty to the charge of 211b

Defendant waives R/O testimony.

Defendant states he has nothing further to ad in his defense

Due to the defendants testimony stating he was in possession of the cell phone the H/O believes it more likely than not that he was involved in the movement of contraband inside of a correctional facility and therefore find him guilty of 1001a

Defendant advised of sanctions and right to appeal

Sanctions- 211b- 15 D/S, 30 Rest., $20.00 Fine Imposed C.S.

        1001a- 30 Rest., $20.00 Fine Imposed C.S.

Page 2 of 3, Attachment L, IMPP 11-119

Effective:  12-11-13

| INMATE NAME & NO  # 79594    FRANCIS, JOHN | CASE NO. 23-09-043 |
|---|---|

☐ Witness(es) Sworn In/Affirmed    _____    _____

_____    _____    _____

Witness(es) Testimony / Cross Examination (Attach Testimony)

Closing Statement(s):  (Attach Arguments)

If applicable include inmate's testimony/ arguments on restitution

Sanction(s):___ 1001A- 30 Days Rest, $20.00 Fine, Imposed C/S _____
___ 211B- 15 D/S, 30 Rest., $20.00 Fine Imposed C.S. _____

_____    -    _____

_____    -    _____

Reason for Sanctions: _____ Sentence Guidelines _____

Disposition of Evidence: _____ N/A _____

☒  Inmate advised of right to Appeal,    Inmate Initial __Advised_____

| HEARING OFFICER SIGNATURE    Lt. McCollough | DATE:_____ 09/11/23 _____ |
|---|---|

*Rec 9/29/2023*

FINAL ACTION BY FACILITY WARDEN:

☒ APPROVED

☐ REINSTATE DISMISSED CHARGES; REMAND NEW HEARING

☐ AMEND THE CHARGE

☐ DISAPPROVE/DISMISS

☐ REDUCE THE PENALTY

☐ SUSPEND ALL OR PART OF SENTENCE

☐ REMAND NEW HEARING

☐ CLARIFICATION OF RECORD

☐ REDUCE TO SUMMARY JUDGMENT
- restriction from privileges up to 10 days
- fine not to exceed $10.00
- extra work w/o incentive pay for no more
  than 2 hrs/day no more than 5 days
- work w/o incentive pay not to exceed 5 days
- restitution not less than $3.00 or more than
  $20.00

Comments: _____

_____    __10/2/2023__

WARDEN/DESIGNEE SIGNATURE    DATE

I received a Copy of the Hearing Record and understand I have 15 days to Appeal this decision.

Refused to Sign - Copy Given    OCT 0 5 2023

INMATE SIGNATURE    DATE

I served a copy of the Hearing Record

OCT 0 5 2023

STAFF SIGNATURE    DATE

Technical and clerical errors in the writing and/or processing of the Disciplinary Report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to prove. Pursuit to K.A.R 44-13-707. Harmless error; Plain error.