Exhibit 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

JOHN F. FRANCIS,                          )
                                          )
           Plaintiff,                  )
                                          )
  v.                                      )
                                          )     **Case No: 25-3024-JWL**
                                          )
SAM CLINE, et al.,                        )
                                          )
           Defendants.                 )

## AFFIDAVIT OF KIRBIE SHEARBURN

Pursuant to 28 U.S.C. §1746, Kirbie Shearburn, states under oath as follows:

1. My name is Kirbie Shearburn, and I am currently employed as Corrections Manager II (CMII) by the Kansas Department of Corrections (KDOC) at the El Dorado Correctional Facility (EDCF).

2. I have been employed by KDOC since October 2015, and served as the EDCF Classification Administrator from June 2022-July 2025.

3. As the Classification Administrator and now CMII overseeing all living units and Re-Entry, I am responsible for overseeing the operations of all central living units, resident programing and release services.

4. Resident, John Francis, has been housed at the EDCF since October 17, 2022.

5. On October 5, 2023, Mr. Franics received a disciplinary conviction for possession of a cell phone, attached as *Exhibit A*. Mr. Francis was removed from the facility step down process, which allows residents to work toward placement in general population cellhouse. And then on October 6, 2023, Mr. Francis was moved from the A Cell House to the B Cell House. Both A and B cell houses are designated as restrictive housing units (RHU).

6. When a resident is moved between cells, his personal property is packed out by staff. If a resident is not in compliance with property limits, that resident's property is held and inventoried by the facility property room before being provided back to the resident.

7. As of October 6, 2023, Mr. Francis was found to be out of property compliance, such that his personal property was inventoried and held by the property officer until Mr. Francis was able to come into property compliance by his choosing to send out, donate, or destroy property in excess of what is allowed. Property room documentation, attached as *Exhibit B*, indicates that Mr. Francis was brought into compliance on October 17, 2023, and his property returned to him.

8. Mr. Francis was initially designated to be moved into cell B1-230 with another resident on October 6, 2023, but he refused to take a cellmate.

9. Due in part to a high RHU population in October of 2023, there were not enough beds for Mr. Francis to singularly occupy a standard double cell.

10. On October 6, 2023, Mr. Francis was placed in the only available single occupancy cell in B cellhouse, cell B1-266, an observation cell, also known as a suicide cell. *Exhibit C*.

11. Observation cells are intended for crisis level residents who need to be single celled. Observation cells have only a mattress on the floor, a toilet and sink. There are no

Exhibit 3

electrical outlets in this cell, and the resident does not control the lights the control center does.

12. On October 11, 2023, a different type of single cell, a limited contact cell, became available and Mr. Francis was moved there, to B2-131. *Exhibit C.*

13. A limited contact cell is a single occupancy cell, but less restrictive than an observation cell because it has the capabilities for a resident to live and shower in cell with minimal staff contact. This cell offers a bunk for residents to sleep on, electrical outlets, control of lights and a shower.

14. When a resident is in an RHU cell without a phone, the resident can request a legal call through his unit team. Residents in an RHU who do not have access to the facility library, may request to use a shared tablet designated for legal research. There is no facility documentation which shows that Mr. Francis requested a legal call or use of the legal tablet between October 6, 2023 and October 18, 2023.

15. On October 18, 2023, after some RHU cell moves and facility transfers of residents, space became available for Mr. Francis, who continued to refuse a cell mate, to be moved into B2-133, a standard double cell. *Exhibit C.*

16. I am familiar with resident, John Francis, through my work for the KDOC and EDCF. I do not personally know Mr. Francis. All communication I have had with Mr. Francis was within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity.

Exhibit 3

Pursuant to 28 U.S.C. § 1746, the above statements are true and based upon my personal knowledge to which I am competent to testify at trial. I declare, certify, verify, and state under penalty of perjury under the laws of the United States that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.



NOTARY PUBLIC - State of Kansas
MALTY MARTIN
My Appt Expires 11/27

Kirbie Shearburn,
El Dorado Correctional Facility
Kansas Department of Corrections

Subscribed and sworn before me this 10 day of December, 2025.

Notary Public

My appointment expires:

11/22

Attachment B, IMPP 11-119
Effective: 12-11-13

# DISCIPLINARY REPORT

EDCF- Central
(FACILITY)

| Case No. 23-09-043  Date of Alleged Violation: 09/04/2023 | Time: 1645    P.M. |
|---|---|
| Date This Report Written: 09/04/2023 | Time: 1755    P.M. |

Name of Inmate: Francis _____ John _____ MI _____ No. 79594 Cell No: A1-202
       LAST                FIRST                MI

Duty Assignment:_____N/A_____

**Alleged Violation of Law or Rule** *(Identify by Code No., Short Title, and Class)* 44-12-1001a Violations of felony statutes K.S.A. 21-5914 Traffic contraband into a correctional institution, 44-12-211 Telephones or other communication devices both class I offenses.

FACTS: On 09/04/2023 at approximately 1645 I SST Kurnes while conducting a cell search of A1-202 found a Samsung smart phone with a white charging cord in a mac and cheese box that was sitting on the shelf area for the bottom bunk. The phone and charging cord were both turned over to TEL#6 and I am charging resident Francis #79594 with 44-12-1001a Violations of felony statutes K.S.A. 21-5914 Traffic contraband into a correctional institution, 44-12-211 Telephones or other communication devices both class I offenses.

(Attach Additional Sheet(s) if necessary)

Staff Witnesses:_____ (Signature) _____

_____    COI Kurnes    1500-2300    S/S
_____    Printed Name and Title of Employee Writing Report

                                          Approved by: _____
                                                      (Shift Supervisor, Unit Team Manager & Title)

*I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.*

*Executed on:* 09/04/2023        Signature_____

I received a copy of this report on **SEP 0 5 2023** , ~~Refused to Sign - Copy Given~~
                          (Date)      (Time)        (Inmate Signature & No)
I served a copy of this report **SEP 0 5 2023**  10:59  _____
                          (Date)      (Time)        (Signature of Officer or Unit Team Manager & Title)

*Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*

Exhibit A3



PHOTO ID LABEL                    P-1030

CASE #            PICTURE #        |    OF  |

INMATE NAME(S) AND NUMBER(S)
Francis  79594
Harris  62624

DESCRIPTION OF PHOTO
Samsung Phone w/Charger

PLACE PHOTO TAKEN
A1  202

DATE AND TIME OF PHOTO
9-4-23      4:44 pm

PHOTO TAKEN BY
COII Gump

## KANSAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY OFFICE
## INMATE DISCIPLINARY SUMMONS

**INMATE NAME:** FRANCIS, JOHN          **KDOC NUMBER:** 79594          **DATE:** 09-06-2023

**CASE NUMBER:** 23-09-043
**KAR:** Charge #1- 1001A, Charge #2- 211B,

**RESTITUTION AMOUNT:**

**HOUSING UNIT/CELL:** A1 202

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE A HEARING OFFICER AS DEFENDANT IN THE ABOVE REFERENCED CASE.

TIME: **6:00 A.M. - 3:00 P.M.**

DATE: **THURSDAY SEPTEMBER 07, 2023**

LOCATION: **Phone- by calling (316) 322-2010**

FAILURE TO REPORT WHEN DIRECTED WILL RESULT IN THE CASE BEING PLACE INTO A CONTINUANCE PER K.A.R. 44-13-402(C). THIS CASE WILL BE CONTINUED UNTIL THE NEXT TIME SPOT IS AVAILABLE.

BE PREPARED TO PROCEED WHEN CALLED.

INMATE SIGNATURE: *Refused to sign*

STAFF SIGNATURE: Lt.

SERVED: 09-06-23          1079
              DATE                              TIME

PLEASE RETURN ORIGINAL SUMMONS TO THE DISCIPLINARY ADMINISTRATOR'S OFFICE. GIVE THE INMATE THE COPY FOR HIS RECORDS.

211-@ 15 D/S, 30 rest, $20

Attachment K, IMPP 11-119
Effective: 12-11-13

PLEA OF: ☐ GUILTY  ☐ NO CONTEST BY INMATE

CASE # 23-09-043

NAME: Francis, John                                    NUMBER: 79594

HEARING DATE: 09-11-23    HEARING OFFICER: Lt. McCollough

RULE VIOLATION(S): ☒ 211

WAIVER:

(To be read to inmate)                                              Inmate's
☒ YES  ☒ NO                                                        Initials

| | | | | |
|---|---|---|---|---|
| ☒ | ☐ | 1. | Do you understand the charges against you? | |
| ☒ | ☐ | 2. | Do you understand the penalty or penalties the Hearing Officer may set for the rule violation(s) you are pleading to? (If answer is "NO", read the penalties for each violation from rule book.) | |
| ☒ | ☐ | 3. | Do you understand that with your plea, that you may be able to appeal under limited circumstance per 44-13-703(d)(1)(2)(3)? | |
| ☒ | ☐ | 4. | Do you understand that with your plea that you are waiving your right to a full hearing before a Hearing Officer? | |
| ☒ | ☐ | 5. | You waive your right to be confronted with the evidence against you? | |
| ☒ | ☐ | 6. | You waive your right to cross-examine the witness(es) against you? | |
| ☒ | ☐ | 7. | You waive your right to remain silent and to be presumed innocent until proven guilty by preponderance of the evidence? | |
| ☐ | ☒ | 8. | Have any promises, threats or inducements been made to you in exchange for your plea? | |

Hearing Officer/Unit Manager Signature                              09-11-23
                                                                   Date

Inmate Signature        Number                                     9-11-23
                                                                   Date

Attachment I, IMPP 11-119
Effective: 12-11-13

## ACKNOWLEDGMENTS/INMATE WAIVER OF RIGHTS

INMATE NAME/NUMBER: *Francis, John 79594*    CASE NO: 23-09-043

### ACKNOWLEDGMENTS

☒ I received a copy of the Disciplinary Report and was advised of the charge within 48 hours after issuance of the report.

☐ I submitted request for Witness Form within 48 hours after receipt of the Disciplinary report.

☒ I received at least 24 hour notice of the time of the hearing.

☐ I was advised at the beginning of the hearing of the amount of restitution proposed and had opportunity to submit contrary evidence regarding value.

☒ I was advised as to the possible penalty involved with a plea or a finding of guilty.

### WAIVERS

Inmate's Initials

☐ Waive time limits or other procedure(s) as stated below:

Time limits Waiver or other procedure(s): _____

☐ I Waive reporting officer/reporting staff member testifying.  Class I cases.  Inmate's Initials

Inmate Signature: *Signed under duress All* No: 79594 Date: 9-11-23
Advised & Acknowledged

Hearing Officer: *lt.* _____ Date: 09-11-23

Attachment I, IMPP 11-119
Effective: 12-11-13

## ACKNOWLEDGMENTS/INMATE WAIVER OF RIGHTS

INMATE NAME/NUMBER:  FRANCIS, JOHN  #79594          CASE NO:     23-09-043

### ACKNOWLEDGMENTS

☒    I received a copy of the Disciplinary Report and was advised of the charge within 48 hours after issuance of the report.

☒    I submitted request for Witness Form within 48 hours after receipt of the Disciplinary report.

☒    I received at least 24 hour notice of the time of the hearing.

☐    I was advised at the beginning of the hearing of the amount of restitution proposed and had opportunity to submit contrary evidence regarding value.

☒    I was advised as to the possible penalty involved with a plea or a finding of guilty.

### WAIVERS

**Inmate's Initials**

☐    Waive time limits or other procedure(s) as stated below:

Time limits Waiver or other procedure(s): _____

_____

☐    I Waive reporting officer/reporting staff member testifying.  Class I cases.    **Inmate's Initials**

Inmate Signature: _____ No:_____ Date:_____
                        Advised & Acknowledged

Hearing Officer:    _____Lt. McCollough_____          Date:__09/11/23_____

Attachment J,
Page 1 of 3, Attachment L, IMPP 11-119
Effective: 12-11-13

## DISPOSITION AND HEARING RECORD

**INMATE NAME & NO: FRANCIS, JOHN    #79594**

| FACILITY: | EDCF | CASE NO: | 23-09-043 | HEARING: DATE | 09/11/23 |
|---|---|---|---|---|---|
| CHARGING | EDCF | | | TIME: | 0956 |
| HEARING | EDCF | | | | |

| Violation | Class | Amended Violation | Amended Class | Plea | Finding |
|---|---|---|---|---|---|
| **1001A** | **1** | _____ | _____ | ☐ G  ☒ N/G  ☐ NC | ☒ G  ☐ N/G  ☐ DISM. |
| Reason: | Testimony provided | | | | |
| **211B** | **1** | _____ | _____ | ☐ G  ☒ N/G  ☐ NC | ☒ G  ☐ N/G  ☐ DISM. |
| Reason: Pled Guilty | | | | | |
| — | | _____ | _____ | ☐ G  ☐ N/G  ☐ NC | ☐ G  ☐ N/G  ☐ DISM. |
| Reason: | | | | | |
| _____ | | _____ | _____ | ☐ G  ☐ N/G  ☐ NC | ☐ G  ☐ N/G  ☐ DISM. |
| Reason: | | | | | |
| _____ | | _____ | _____ | ☐ G  ☐ N/G  ☐ NC | ☐ G  ☐ N/G  ☐ DISM. |
| Reason: | | | | | |

☐ Reporting Officer Sworn In / Affirmed          ☒ Testimony Read into the Record

**Staff Testimony / Cross Examination (Attach Testimony)**

☒ Inmate Sworn In / Affirmed

☐ Hearing held in absentia    Reason: _____

Staff Assistant Assigned: _____

☐ Inmate Not Sworn In/Affirmed          Explain: _____

**Inmate Testimony / Cross Examination (Attach Testimony)**

# DISPOSITION OF DISCIPLINARY CASE

| INMATE NAME & NO  # FRANCIS, JOHN    #79594 | CASE NO.  23-09-043 |
|---|---|

## *TESTIMONY*

| |
|---|
| Date & Time:  09/11/23    0956 hrs.                    Hearing Officer: Lt. McCollough |
| Hearing begins:  In Person |
| H/O reads report into record, reviews summons, time limits of receipt, and witness list, all of which are in order to proceed with hearing. |
| Offender sworn in, acknowledges that he received a copy of the DR and Summons |
| H/O asks offender for plea to charges Offender plead: Not Guilty |
| H/O receives any motions from offender: None presented written or verbal. |
| H/O reviews charges or amendments to charges:  Charges stand as written |
| H/O reviews evidence and/or video:  None |
| Statement: I didn't traffic anything I'm just accepting responsibility for the phone |
| Defendant pleas guilty to the charge of 211b |
| Defendant waives R/O testimony. |
| Defendant states he has nothing further to ad in his defense |
| Due to the defendants testimony stating he was in possession of the cell phone the H/O believes it more likely than not that he was involved in the movement of contraband inside of a correctional facility and therefore find him guilty of 1001a |
| Defendant advised of sanctions and right to appeal |
| Sanctions- 211b- 15 D/S, 30 Rest., $20.00 Fine Imposed C.S. |
|           1001a- 30 Rest., $20.00 Fine Imposed C.S. |

Page 2 of 3, Attachment L, IMPP 11-119
Effective:  12-11-13

| INMATE NAME & NO  # 79594    FRANCIS, JOHN | CASE NO. 23-09-043 |
|---|---|

☐ Witness(es) Sworn In/Affirmed    _____    _____

_____    _____    _____

Witness(es) Testimony / Cross Examination (Attach Testimony)

Closing Statement(s):  (Attach Arguments)

If applicable include inmate's testimony/ arguments on restitution

Sanction(s):   1001A- 30 Days Rest, $20.00 Fine, Imposed C/S    _____
   211B- 15 D/S, 30 Rest., $20.00 Fine Imposed C.S.

_____    -    _____

_____    -    _____

Reason for Sanctions:    _____  Sentence Guidelines    _____

Disposition of Evidence: _____  N/A  _____

☒   Inmate advised of right to Appeal,        Inmate Initial  Advised  _____

HEARING OFFICER SIGNATURE    Lt. McCollough    DATE:_____ 09/11/23  _____

FINAL ACTION BY FACILITY WARDEN:                                           *Rec 9/29/2023*

☒ APPROVED                                    ☐ REDUCE TO SUMMARY JUDGMENT
☐ REINSTATE DISMISSED CHARGES; REMAND NEW HEARING   - restriction from privileges up to 10 days
☐ AMEND THE CHARGE                            - fine not to exceed $10.00
☐ DISAPPROVE/DISMISS                          - extra work w/o incentive pay for no more
☐ REDUCE THE PENALTY                            than 2 hrs/day no more than 5 days
☐ SUSPEND ALL OR PART OF SENTENCE             - work w/o incentive pay not to exceed 5 days
☐ REMAND NEW HEARING                          - restitution not less than $3.00 or more than
☐ CLARIFICATION OF RECORD                       $20.00

Comments:  _____

_____  *M Bo*  _____    _____  *10/2/2023*  _____
WARDEN/DESIGNEE SIGNATURE                          DATE

I received a Copy of the Hearing Record and understand I have 15 days to Appeal this decision.

Refused to Sign - Copy Given                     OCT 0 5 2023
INMATE SIGNATURE                                  DATE

I served a copy of the Hearing Record

_____                                  OCT 0 5 2023
STAFF SIGNATURE                                   DATE

Technical and clerical errors in the writing and/or processing of the Disciplinary Report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to prove. Pursuit to K.A.R 44-13-707. Harmless error; Plain error.

1 of 5

Page 2 of 3, Attachment D, IMPP 12-120A
Effective 08-09-2021
P-0724a

**Kansas Department of Corrections**
**Resident Personal Property Inventory**

PART II

RESIDENT NAME & NUMBER: Francis # 79594          DATE: 10/9/23

REASON FOR INVENTORY: NEW COMMITMENT____ TRANSFER____ STORAGE____ OTHER (SPECIFY) X Refused to move

FACILITY WHERE INVENTORY TAKEN: EDCF-central

SECTION III: OTHER REGISTERED PROPERTY

| ITEM | DESCRIPTION: MODEL/SERIAL. # | CONDITION | DECLARED VALUE |
|---|---|---|---|
| 11 socks | white, various brands | | |
| 4 washcloths | yellowish white | | |
| 12 boxers | various colors and brands | | |
| 1 religious cap | black, knitted | | |
| 5 shirts | 5 pro, heavy duty, white | | |
| 1 pair thermal top and bottoms | Indera brand | | |
| 2 shorts | gray w/ name engraved | | |
| 1 | Box envelopes | | |
| 1 | Websters Dictionary | | |

(use page 3 if necessary)

SECTION ... which is not registered when received, e.g. canteen items, but which must be recorded when inventory is taken

| ITEM | DESCRIPTION | AMOUNT | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 1 | 7- Religious texts (Books) | | 10 | 2- cups w/ lids | |
| 2 | 6- Deodorants | | 11 | 1- coffee cup | |
| 3 | 3- Baby Oil | | 12 | 2- Yellow Spoons | |
| 4 | 7- Shampoo's | | 13 | 4- island flavor packets | |
| 5 | 1- Hand soap | | 14 | 2- Cocoa Butters | |
| 6 | 3- Mouthwash | | 15 | 1- Vaseline | |
| 7 | 1- Baby Powder | | 16 | 2- Skin creams | |
| 8 | 6- Oils | | 17 | 2- Flossers | |
| 9 | 1- Tumbler | | 18 | 2- Bottles vitamins | |

I certify the above is a correct inventory of my property.

| Signature of Resident | Number | Date | Officer Signature | Date |
|---|---|---|---|---|

I certify that all property shown on this inventory was returned to me this date.

| Signature of Resident | Number | Date | Officer Signature | Date |
|---|---|---|---|---|
| | | X | CM | 10/17/23 |

Was the resident present ...

If resident was not present ...          Offender removed to move in RHU

Officer Signature

2 of 5

**SECTION III:** OTHER REGISTERED PROPERTY (Page 2)

RESIDENT NAME & NUMBER: _Francis # 79594_     DATE: _10-9-23_

| ITEM | DESCRIPTION; MODEL/SERIAL # | CONDITION | DECLARED VALUE |
|---|---|---|---|
| 1 | 2- Bags cough drops | | |
| 2 | 1-Ziploc Bag Pencils etc. | | |
| 3 | 1- Ziploc Bag 4 Headphones etc | | |
| 4 | 1- Deck cards | | |
| 5 | 1- Calculator | | |
| 6 | 1- Koss CL20 Head Phones | | |
| 7 | 1- Koss CL5 Head Phones | | |
| 8 | 2- Address Books | | |
| 9 | 1- Cotton Swabs | | |
| 10 | 1- glasses Case | | |
| 11 | 3- Mirrors | | |
| 12 | 1-Ziploc Bag shower Puffs | | |
| 13 | 4- tooth Paste | | |
| 14 | 16- Bars Soap | | |
| 15 | 2- soap dishes | | |
| 16 | 1- Laundry detergent | | |
| 17 | 1- Lip Balm | | |
| 18 | 1- TV Remote | | |
| 19 | 1- Radio | | |
| 20 | 1- Crossword Puzzle | | |
| 21 | 2- Jars Folgers coffee | | |
| 22 | 1- Fan | | |
| 23 | 1- Lamp | | |
| 24 | 1- Surge Protector | | |
| 25 | 1- coaxial cable | | |
| 26 | 1- Hot Pot | | |
| 27 | 1- Sangean 2 Band Radio | | |
| 28 | 1- Tablet w/charger RLP | | |
| 29 | 1- Purex Laundry detergent | | |
| 30 | 1- coffee creamer | | |

I certify the above is a correct inventory of my property.

| Signature of Resident | Number | Date | Officer Signature | Date |
|---|---|---|---|---|

I certify that all property shown on this inventory was returned to me this date.

_X_

| Signature of Resident | Number | Date | Officer Signature | Date |
|---|---|---|---|---|

_Cm 10/17/23_

Was the resident present when property was inventoried? Yes____ No _X_

If resident was not present, explain why _offender Refused to move in RHU_

_CS1 Petty_ Petty

Officer Signature

Exhibit B

3 of

**SECTION III:** OTHER REGISTERED PROPERTY (Page 2)

RESIDENT NAME & NUMBER: _Francis # 79594_            DATE: _10-9-23_

| ITEM | DESCRIPTION: MODEL/SERIAL # | CONDITION | DECLARED VALUE |
|---|---|---|---|
| 31 | 1 - Barbecue Sauce | | |
| 32 | 2 - Sweet & Hot Sauce | | |
| 33 | 2 - Bowls | | |
| 34 | 1 - Opened Box Tea Bags | | |
| 35 | 2 - Stress balls | | |
| 36 | 1 - Honey | | |
| 37 | 1 - Box Island Punch | | |
| 38 | 1 - Uno cards | | |
| 39 | 1 - Raisins | | |
| 40 | 1 - Jalapeno wheels | Near empty | |
| 41 | 1 - Paprika Spice | | |
| 42 | 1 - Mackerel filet | | |
| 43 | 1 - Salt shaker | | |
| 44 | 1 - Crest mouthwash | | |
| 45 | 1 - Grape Jelly | Near empty | |
| 46 | 1 - Lemon wedge | | |
| 47 | 1 - Grape Drink Mix | | |
| 48 | 1 - Blue cooler (6 Pack) | | |
| 49 | 1 - Pepper shaker | | |
| 50 | 3 - Garlic Powder | | |
| 51 | 2 - Garlic Salt | | |
| 52 | 2 - Vegetable Flakes | | |
| 53 | 1 - Minced onion | | |
| 54 | 2 - Seasoning Salt | | |
| 55 | 1 - Peanut butter | | |
| 56 | 2 - Pickles | | |
| 57 | 1 - Bag chess Pieces | | |
| 58 | 1 - Hot Salsa | | |
| 59 | Misc. Paperwork | | |
| 60 | 2 - Notebooks | | |

I certify the above is a correct inventory of my property.

| Signature of Resident | Number | Date | Officer Signature | Date |
|---|---|---|---|---|

I certify that all property shown on this inventory was returned to me this date.

| Signature of Resident | Number | Date | Officer Signature | Date |
|---|---|---|---|---|
| X | | | CM | 10/17/23 |

Was the resident present when property was inventoried? Yes____ No _X_

If resident was not present, explain why _Offender Refused to Move In RHU_

_CSI R. Petty_
Officer Signature

4 of 5

Page 3, Attachment D, IMPP 12-120A
Effective 08-09-2021
P-0724b

**SECTION III:** OTHER REGISTERED PROPERTY (Page 2)

RESIDENT NAME & NUMBER: _Francis # 79594_     DATE: _10-9-23_

| ITEM | DESCRIPTION: MODEL/SERIAL # | CONDITION | DECLARED VALUE |
|---|---|---|---|
| 61 | 2 - Catalogs | | |
| 62 | 1 - Beaders bible | | |
| 63 | 1 - Book Dark Portal Saga | | |
| 64 | 1 - Chess mat board | | |
| 65 | 80 - USA Forever stamps | | |
| 66 | 1 - Copy Ticket | | |
| 67 | 1 - Picture ticket | | |
| 68 | 1 - Ziploc Bag Dominoes & 2 Deck cards | | |
| 69 | 6 - Bags various cereals | | |
| 70 | 2 - Velveeta cheese | | |
| 71 | 1 - Mozzarella cheese | | |
| 72 | 1 - Chipotle Mini cubes | | |
| 73 | 3 - Habanero cheese spreads | | |
| 74 | 1 - Sharp cheddar cheese | | |
| 75 | 1 - Mayonnaise | | |
| 76 | 2 - Jalapeno wheels | | |
| 77 | 1 - Peanut butter | | |
| 78 | 3 - Honeys (Jars) | | |
| 79 | 1 - Brown Sugar oatmeal | | |
| 80 | 1 - Fruit & cream variety oatmeal | | |
| 81 | 1 - Chewy chocolate chip bar | | |
| 82 | 1 - Nesto Drinkmix | | |
| 83 | 1 - Box Skittles | | |
| 84 | 1 - Town House crackers | | |
| 85 | 3 - Refried beans | | |
| 86 | 2 - Rice whit | | |
| 87 | 1 - Spicy cheese Rice | | |
| 88 | 1 - Dried Milk | | |
| 89 | 1 - Chicken chili w/ beans | | |
| 90 | 3 - cream cheese | | |

I certify the above is a correct Inventory of my property.

| Signature of Resident | | Number | Date | Officer Signature | Date |
|---|---|---|---|---|---|

I certify that all property shown on this inventory was returned to me this date.

X _[signature]_

| Signature of Resident | | Number | Date | Officer Signature _CM_ | Date _10/17/23_ |
|---|---|---|---|---|---|

Was the resident present when property was inventoried?  Yes____  No _X_

If resident was not present, explain why _Offender Refused to move in RHU_

_CS1 Petty_  Petty
Officer Signature

5 of 5

Page 3 of 3, Attachment D, IMPP 12-120A
Effective 08-09-2021
P-0724b

**SECTION III:** OTHER REGISTERED PROPERTY (Page 2)

RESIDENT NAME & NUMBER: _Francis # 79594_        DATE: _10-9-23_

| ITEM | DESCRIPTION: MODEL/SERIAL # | CONDITION | DECLARED VALUE |
|---|---|---|---|
| 81 | 1- Soy Sauce | | |
| 82 | 1- Bag Variety candy | | |
| 83 | 1- Atomic Fireballs | | |
| 84 | 1- Butterscotch | | |
| 85 | 1- ProMax Protein bar | | |
| 86 | 12- chocolate Mix (Swiss Miss) | | |
| 87 | 5 - coffee singles | | |
| 88 | 3- Taco Filling w/chicken | | |
| 89 | 2- carnede cerdo | | |
| 90 | 3- Pollo Deshebrado | | |
| 91 | 1- CSD crystals | | |
| 92 | 1- 7.8oz Tortillas | | |
| 93 | 6- Hidden Valley ranch Packets | | |
| 94 | 7- Taco seasoning mix | | |
| 95 | 2 - Refried beans (cheesy) | | |
| 96 | 1- mixed vegetables bag | | |
| 97 | 2- Fish steaks | | |
| 98 | 2- Mackeral Filets in oil | | |
| 99 | 1- Sardines in oil | | |
| 100 | 1- Yellowfin tuna | | |
| 101 | 1- Light tuna w/ Jalapenos | | |
| 102 | 2- Light tuna in Water | | |
| 103 | 2- whole Mackeral in brine | | |
| 104 | 12- Notebooks | | |
| 105 | 1- Bag Letters | | |
| 106 | 3- Boxes Legal work | | |
| 107 | 1- TV Clear Tunes | | |

I certify the above is a correct inventory of my property.

| Signature of Resident | Number | Date | Officer Signature | Date |

I certify that all property shown on this inventory was returned to me this date.

| Signature of Resident | Number | Date | Officer Signature _CM_ | Date _10/17/23_ |

Was the resident present when property was inventoried? Yes___ No _X_

If resident was not present, explain why _Offender Refused to move in RHU_

_CS1 Petty_ Petty
Officer Signature
CO1 Queen

Attachment F, IMPP 12-120A
Effective 08-09-2021
P-0724d

## Kansas Department of Corrections
### Request/Authorization to Remove Personal Property

Facility: __EDCF__

Date: __10/11/23__

Resident Name: __Francis__

Number: __79594__

I hereby request that the below described personal property be removed from the facility by the means specified.

X __N. Francis__

Resident Signature          Date

__B__ (Staff Signature)          __10/11/23__

Staff Signature          Date

| ITEM | DESCRIPTION |
|------|-------------|
| 2 Boxers / Cup / 7 Pairs Socks / ~~illegible~~ | |
| ~~illegible~~ | |
| T-Shirt - Altered | |
| MP Charger - Excess | |
| | |

**Method of Removal (Check One)**

☐ Picked up by visitor or other authorized person.

☐ Donated to charitable organization.

☒ Destroyed. Of no value to resident.

☐ Delivered to the local address shown by facility staff.

☐ Shipped or mailed to person/address indicated.

Removed via furlough.

Receiving Party

_____
Name

_____
Address

_____
City          State          Zip

_____
Relationship

_____
Signature of Person Picking Up Items

- If items are to be picked up or shipped, the resident must indicate the name and address of the receiving party.

- If donation to charitable organization is indicated, staff member must indicate the name and address of the organization at the time of disposition.

- If items are to be shipped, the resident must be provided with and complete the actual shipping label used.

The above described property was removed from the facility as specified on this date.

__BD__

Staff Signature

__11-8-23__

Date

RECEIVED ON __10/11/23__
WILL BE DESTROYED BY __11/11/23__

Exhibit B

Attachment F, IMPP 12-120A
Effective 08-09-2021
P-0724d

**Kansas Department of Corrections**
**Request/Authorization to Remove Personal Property**

Facility: __E D C F__                     Date: __12·11·23__

Resident Name: __MR· John F. Francis__     Number: __#79594__

I hereby request that the below described personal property be removed from the facility by the means specified.

__J. Francis__   __12·11·23__           __C M__
Resident Signature    Date              Staff Signature                    Date

| ITEM | DESCRIPTION |
|---|---|
| ~~57~~ 48 | stamps |
| 5 | note books |
|  |  |
|  | Total postage 11.35        18 stamps used |
|  |                                    to mail |

**Method of Removal (Check One)**          Receiving Party

30 extra stamps returned.

☐ Picked up by visitor or other    __Louise G. Francis__
authorized person.                 Name

☐ Donated to charitable            __7711 E· 48th st.__
organization.                      Address

☐ Destroyed. Of no value           __Kansas city        MO.    64129__
to resident.                       City                State    Zip

☐ Delivered to the local address   __Mother__
shown by facility staff.           Relationship

☒ Shipped or mailed to person/address
indicated.                         _____
                                   Signature of Person Picking Up Items
☐ Removed via furlough.

- If items are to be picked up or shipped, the resident must indicate the name and address of the receiving party.

- If donation to charitable organization is indicated, staff member must indicate the name and address of the organization at the time of disposition.

- If items are to be shipped, the resident must be provided with and complete the actual shipping label used.

The above described property was removed from the facility as specified on this date.

_____        _____
Staff Signature                          Date

```
11/05/2025                  KANSAS DEPARTMENT OF CORRECTIONS              TODD1
13:50:20             Information Systems and Communications              QPADE
                        ** Display Movement Records **                   ISR03
-----------------------------------------------------------------------------
Commitment Name FRANCIS,JOHN,F               KDOC#/Suffix 0079594 A

"X" P Number  S Movement    Sq MoveCde SI  Phy Loc Cde Rsn Leju  M I  Prior
    r         u Date        #           *
    1 0079594 A 2025 08 22  1 2102000     A 07 AB2209  PS        I  A07
    1 0079594 A 2024 12 24  1 2102000     A 07 AB2257  OS        I  A07
    1 0079594 A 2024 12 05  2 2102000     A 07 AB1148  OS        I  A07
    1 0079594 A 2024 12 05  1 2102000     A 07 ANF114  OS        I  A07
    1 0079594 A 2024 01 16  1 2102000     A 07 AB1148  OS        I  A07
    1 0079594 A 2023 10 18  1 2102000     A 07 AB2133  OS        I  A07
    1 0079594 A 2023 10 11  1 2102000     A 07 AB2131  OS        I  A07
    1 0079594 A 2023 10 06  1 2102000     A 07 AB1266  OS        I  A07
    1 0079594 A 2023 08 03  1 2102000     A 07 AA1202  OS        I  A07
    1 0079594 A 2022 10 17  2 2102000     A 07 AB1106  OS        I  A07
```