

**Kansas**
**Department of Corrections**

# INTERNAL MANAGEMENT POLICY & PROCEDURE

**Applicability:  X ADULT Operations Only    _ JUVENILE Operations Only  _ DEPARTMENT-WIDE**

**IMPP #:  12-120A**                                                    **PAGE #:  1 of 14**

**SECURITY AND CONTROL: Control of Resident Personal Property**

**Original Date Issued: 04-09-21   Replaces IMPP Issued: 03-14-23  CURRENT EFFECTIVE DATE:  03-21-24**

**Approved By:** _____  **Secretary**        **Next Scheduled Review:**  07/2025

---

## POLICY

Residents incarcerated at a Department of Corrections correctional facility are permitted to possess and obtain a reasonable amount of personal property. The allowable personal property a resident can possess must not constitute a threat to the safety, order and security of the facility, staff, residents and public.

## DEFINITIONS

Admission Property:  That personal property which may be brought with the resident at the time of admission to KDOC custody.

Canteen:  A store through which residents are provided an opportunity to purchase allowable hygiene, snack and property items. Such a store is managed by Kansas Correctional Industries in partnership with a contracted vendor. Local department stores may be designated to serve as canteens for residents in Work Release Centers only.

Canteen Price (CP):  The current cost to the resident of an approved item of personal property available through the canteen or through a local vendor approved by the Warden.

Consumable Limitation (CL):  A $150.00 combined value of all items for which a consumable limitation is indicated on Attachment B but does not include consumable handicraft items.

Consumable Property:  That personal property which does not require registration upon receipt but must be recorded on property inventory forms any time a resident's property is inventoried. All such property is subject to the consumable limitation.

Intake Property:  That personal property which may be possessed by a resident while on Intake Level pursuant to IMPP 11-101A.

Inventory:  A detailed listing of property that is actually in a resident's possession. To make a detailed listing of any resident's property.

Legal Material:  That material concerning a pending or anticipated case, wherein the resident is or may be a party, and includes pleadings, transcripts, books, notes, drafts, and correspondence to and from attorneys, courts, and public officials.

Post-Release Supervision:   Refers only to the supervision of residents released as the result of Sentencing Guidelines.

Publication: An item to include book, magazine, journal, periodical, newspaper, calendar, intended for public access through mass distribution and or available for public purchase. Personal correspondence and personal photographs are not considered publications.

Register:  The action of recording an item of property at the time it is received.

Registered Property:  That property which must be recorded in the resident's property record upon receipt.

Soft Metal Cans:  Containers with tops that are manufactured with a means for removing the top without the use of a mechanical can opener; i.e., tops may be removed with a pull-tab, twist-top, or other device that is attached to the can.

Work Release Program:  For purposes of this policy, refers to a traditional program of non-prison-based employment within a community setting utilizing residents with not more than a minimum custody classification. This does not include resident employment with Kansas Correctional Industries or any private industry employment program, as defined by IMPP 10-109A.

## PROCEDURES

I.    **Related Policies**

A.    Residents seeking compensation for damage/loss of personal property or personal injury must be in accordance with IMPP 01-118D Resident Claims Procedure for Property Damage/Loss or Personal Injury.

B.    Gifts and/or donations accepted and received on behalf of the Department of Corrections (DOC) must be in accordance with IMPP 01-122D Donations to the Department of Corrections.

C.    Canteen services are to be made available to all DOC correctional facilities in accordance with IMPP 04-108D Canteen/Package Program, Canteen/Package Program Items and Canteen/Package Program Funds.

D.    All information regarding a resident's commitment, incarceration, and post-release supervision history must be contained in the records established and maintained for each resident committed into the custody of the DOC in accordance with IMPP 05-103D Establishment, Maintenance, Disposition, and Audit of Resident and Offender Records.

E.    Residents are to be provided routine, regularly established work assignments in accordance with IMPP 10-109A Resident Work Assignments.

F.    The practice of religion by residents must be in accordance with IMPP 10-110D Religious Programs.

G.    The establishment of resident handicraft programs must be in accordance with IMPP 10-133D Resident Handicraft Programs.

H.    The earning of privileges by residents must be in accordance with IMPP 11-101A Resident Privileges and Incentives.

I.    The issuance and purchasing of personal hygiene items must be in accordance with IMPP 12-127D Issue of Resident Hygiene Items, Writing Supplies, and Postage and Copying Services.

J.    The operation and maintenance of restrictive housing units must be in accordance with IMPP 20-101A Minimum Standards for the Operation of Restrictive Housing Units.

II.    **General Procedures**

A.    Access to Personal Property

1.    Residents are permitted to retain, purchase, or receive hygiene and/or personal property items while incarcerated in a KDOC facility. In accordance with K.A.R. 44-16-105, a resident

is permitted to own property at his or her own risk.

2. Consistent with considerations for facility order, safety, and security the Deputy Secretary of Facilities Management is to establish:

　　a. The type and amount of property residents may possess as determined by each resident's privileges and incentives and custody level or the housing facility's security designation; and,

　　b. Specifications and/or descriptions and value of allowable property items.

　　　　(1) Whenever specifications call for certification by Underwriter's Laboratories (UL), a certification by Intertek's ETL Semko division (ETL) is to be considered equivalent with regards to ensuring that the product meets appropriate quality and/or safety standards.

3. Allowable resident personal property that is categorized as appliances can be obtained by the resident through the canteen or special purchase orders.

4. The Canteen Vendor is authorized to stock over the counter medications in canteen locations that can be included in the resident property allowance.

　　a. The purchase and possession of such medications are subject to the "consumable limitation" provision of this IMPP.

　　b. In accordance with the provisions of IMPP 04-108D, these canteen items may be made available after consultation with the Health Authority and consistent with security and operational concerns at the discretion of the Warden.

　　c. The medication items, purchased through the canteen, can be transferable between facilities as allowable personal property unless there is a documented security reason to deny such items.

B. Safeguarding and Control of Personal Property

1. Any property which, in the original state or through alterations or additions, displays graphics, depicts, or mentions the glorification of drugs, alcohol, sexually explicit materials, or symbols associated with unsanctioned group related activity is prohibited.

2. Personal property is to be controlled through a formal system of acquisition, inventory, registration and identification, storage, and disposal.

　　a. Unauthorized and unregistered property items are considered contraband.

　　b. Each facility is to establish and maintain an area for the secure storage of resident property that is received, abandoned, or confiscated due to disciplinary or other administrative actions.

3. Resident assumes the responsibility for the care and control of all properly inventoried and registered personal property.

　　a. The Department is to take reasonable measures to prevent damage to resident property but must not assume liability for the loss or damage of allowable property possessed by resident.

**III.    Allowable Property**

A. Admission Property

1.     All residents delivered to KDOC custody by a Kansas county sheriff are permitted to retain only that personal property specified on the Admission Property List (Attachment H) during their orientation to the receiving facility.

    a.     Any personal property in such residents possess upon admission that is not authorized, is to be returned to the sheriff or agent delivering the resident.

    b.     Any item returned to the sheriff or agent delivering a resident is to be recorded on the Request/Authorization to Remove Personal Property form (Attachment F) and signed by the party receiving said property.

    c.     The Warden, or designee, overseeing facilities with male and female Reception and Diagnostic Units (RDU's) are responsible for providing each county Sheriff with a current copy of Attachment H and any subsequent revisions.

2.     Residents delivered to KDOC custody by any agent or agency other than a Kansas county Sheriff may be permitted to retain any personal property so long as it is an authorized post intake item and conforms with the specifications shown in Post Intake Property List (Attachment B).

    a.     Authorized property which cannot be in the resident's possession due to incentive level, security/custody considerations, or limitations required by the facility placement is to be stored by the receiving facility.

    b.     Any such property that does not conform is to be removed in accordance with the provisions of Section XI. of this policy.

3.     Residents refusing evaluation or who were convicted of a class I or II disciplinary violation while at RDU are to have their property limited to admission property only.

B.     Post Intake Property

1.     Upon completion of Intake Level per IMPP 11-101A, residents are permitted to possess items of personal property in accordance with the specifications, quantity limits and value limits set out in Attachment A and a fan, hot pot, and tennis shoes, with the following exceptions:

    a.     Residents transferred to a Reception and Diagnostic Unit from another KDOC facility are limited to only the Admission Property List (Attachment H).

    b.     Residents in disciplinary restrictive housing are only to have access to the following:

        (1)     The basic personal hygiene items as allowed by IMPPs 12-127D and 20-101A,

        (2)     Legal material in accordance with section III. C. of this IMPP, and

        (3)     Religious material in accordance with IMPP 10-110D, Attachment A, unless there is a documented safety, security, medical, or behavioral health reason to prohibit the material.

    c.     Residents in administrative restrictive housing are allowed only the property listed in Attachment J.

    d.     Residents in administrative restrictive housing as a suicide or special security risk are limited to only those items specified in facility general orders for residents in that status.

    e.     Residents in disciplinary or administrative restrictive housing are not permitted access to either personal or facility owned typewriters.

(1)     All correspondence and/or legal material drafted by restrictive housing residents are to be prepared using the writing instruments and paper ordinarily provided to residents within their particular restrictive housing status.

(2)     Any typewriter possessed by a resident as an item of personal property is to be removed from his/her possession prior to placement in restrictive housing, stored by the facility, and returned to the resident upon his/her removal from restrictive housing.

2.     Except as provided in Section III.B.3. below, it is the responsibility of the Director of Kansas Correctional Industries to determine which items of allowable personal property are stocked in the canteen, based upon space available and historical demand for a particular item by the facility population.

a.     If a Warden determines residents may purchase a padlock from the canteen, in light of the inclusion of one (1) padlock in the list of allowable post intake property (see Attachment B), the following is to apply:

(1)     Only "Master" brand series 51 combination padlocks with key are to be sold in the canteen.

3.     Postage stamps are only permitted as a canteen purchase item, and any allowable personal property, which is categorized as an "appliance" in Attachment B may be either stocked in the canteen or made available for purchase by special purchase order.

4.     Work Release Facilities may utilize local merchants as a source for such personal property items as are listed in Attachment B as canteen purchase items.

5.     Post-release supervision conditions violators with no new sentence are not permitted to possess appliances or items of personal clothing identified in Attachment B.

6.     The Warden may provide storage for some items of resident property that are determined unnecessary for the resident's use while at a particular facility but which the resident wishes to retain on the property inventory.

C.     Legal Material

1.     Residents are permitted to possess that quantity of legal material/documents that fits in one (1) box.

a.     The box is not to exceed 18" (L) x 12" (W) x 6" (D) in size.

b.     The box is in addition to the property that must fit within a transfer/storage box as specified in Section V.A.1.

c.     Upon request of the resident, the facility is to provide the resident with a document storage box.

2.     Residents who possess legal materials in such a quantity that it cannot be contained in the legal material/document box may utilize space within the personal property storage box to retain the excess.

a.     All personal property and excess legal materials must be contained within the transport/storage box.

(1)     In the event the resident has chosen to retain legal materials in such an amount that personal property items and legal material combined exceed the space available in the transport/storage box:

(a)     It is left to the resident to choose which legal materials or personal property is to be removed to achieve compliance with the above policy.

      i.     The resident is to be directed by the facility Property Officer to identify the legal materials or personal property to be removed per Section XI. The resident is to be advised that the Warden or designee determines which items are to be removed if the resident refuses to make a choice or makes a choice that does not accomplish compliance.

(b)     In the event the selection becomes the responsibility of the Warden or designee, the selection is to concentrate on items of personal property of combined dimensions so that the amount removed is no greater mass than that of the excess legal materials.

(c)     If all of a resident's personal property items have been removed from the facility to provide space for legal materials, and, an excess of legal materials remain, the Property Officer can advise the resident of the need to identify a quantity of legal materials to be removed in accordance with Section XI.

      i.     The resident is to be advised that his/her failure to make an appropriate choice of a sufficient quantity of material to comply with this policy that requires the Warden with facility legal counsel or designee with facility legal counsel to make such a determination per subsection (a), above.

      ii.     The legal material selected for removal shall not be read by any staff member facilitating the reduction excess items.

(d)     Residents who have been required to reduce their legal material amount to the maximum quantity contained in both the transport/storage box and the legal material/document box may continue to receive legal materials in the mail.

      i.     If new legal material is received the resident is to be notified by the facility Property Officer that an equal amount of legal materials must be removed from the facility within five (5) working days (excluding weekends and holidays) of the resident's receipt of new legal material.

      ii.     The resident is to be provided the opportunity to determine which legal materials are to be removed.

      iii.     Failure of the resident to make a choice may result in the Warden or designee making the determination, per Section III.C II.2.a.(c)i. above.

b.     The legal material/document box is to be utilized for legal materials only and may not be utilized for resident personal property.

3.     The possession of legal materials by residents in restrictive housing may be limited, but access is to be permitted upon request, on a reasonable time and manner consistent with the security and order of the facility.

D.     Religious Material

1.     Residents are permitted to possess religious items and materials as specified in Attachment B and/or in accordance with provisions of IMPP 10-110D.

2.  Any religious item included in the list of allowable personal property must be approved by, obtained, and received through the facility Chaplain.

    a.  At those facilities that do not employ a Chaplain, the Warden or designee are to approve the receipt of any religious items.

3.  Any approved religious item that the Chaplain can obtain for no cost and is given to a resident, is to be considered the personal property of the resident.

    a.  Any such item is to be counted as part of the volume of a resident's personal property.

4.  Any approved religious item that the Chaplain can obtain at some cost and is given to a resident for his/her use as religious material, is to remain the property of the State of Kansas, Department of Corrections, and is not to be considered part of the personal property of the resident.

    a.  Any such item is to be clearly marked as property of the State of Kansas, Department of Corrections.

    b.  Any such item is to remain at the facility upon the resident's departure from the facility, either by release, transfer or otherwise.

    c.  Any such item is not to be counted as part of the volume of a resident's personal property.

    d.  The Chaplain is to make reasonable accommodations and efforts to obtain religious items for residents whose religious beliefs make use of items that cannot be obtained without charge by the facility, consistent with provisions of IMPP 01-122D.

E.  Clothing

1.  All items of personal clothing must fit the resident properly and is to be maintained in proper state of repair by the resident.

2.  Items of clothing that would otherwise be permitted but, when worn, are considered immodest or provocative are not allowed.

3.  The Warden is responsible for determining the appropriateness or inappropriateness of any item of clothing and his/her decision is final.

## IV.  Property Specifications

A.  Containers

1.  No glass containers are permitted.

2.  No aerosol containers are permitted.

3.  No metal containers are permitted except soft metal containers such as aluminum soda cans and potted meat/fish cans.

B.  Waiting Periods

1.  For residents convicted of crimes committed prior to July 1, 1993, certain items of property may not be possessed until after progressing beyond Intake Level, per IMPP 11-101A.

2.     On or after January 1, 1996, any resident returned to Incentive Level I and who meets the conditions specified in appropriate procedures of IMPP 11-101A, is to have all unauthorized property removed in accordance with the provisions of this IMPP.

C.     Security/Custody Limitations

     1.     Some property items may be permitted for medium and minimum-security female residents only. When such a limitation is applicable, it is to be so stated in the property specification section of Attachment B.

     2.     Some items of property may be permitted only at work release facilities. When such a limitation is applicable, it is to be so stated in the property specification section of Attachment B.

D.     Gender Specific Property

     1.     Some items of property are permitted only for residents of a specific gender. When such a limitation is applicable, it is to be so stated in the property specification section of Attachment B as, "female only" or "male only".

E.     Clear View Appliances

     1.     To the extent that they are available, all fans, radios, televisions, alarm clocks, calculators, and other appliances (as they become available) must have clear external cases that permit a clear view of the interior of the appliance.

F.     Basic, plain gray sweat suits, as described within Attachment B, obtained by non-work release male and female residents are subject to the following identification procedures:

     1.     The Property Officer is responsible for marking sweat suits when received, with the resident's name and number on the outside of the garment, in the following manner:

          a.     Sweat suit pants or shorts are to be marked with a two (2)-inch capital blocked number/letter stencil, with horizontal letter orientation, in permanent marker, vertically down the side of the right leg, with the resident's number directly next to the name.

          b.     Sweat suit shirts are to be marked with the same two (2)-inch lettering, with the name centered horizontally across the back between the shoulder blade area of the shirt, and the resident's number centered directly below the name.

     2.     The Unit Team Manager or designee is responsible to ensure that existing items of sweat clothing are properly marked in accordance with this policy.

     3.     Any alterations to the name or number is prohibited. Violation may result in disciplinary action in accordance with K.A.R. 44-12-1002.

     4.     Upon the effective date of this policy, existing markings on sweatshirts, pants and shorts are to be approved by the resident's respective Unit Team Manager or designee."

## V.     Quantity of Property

A.     The total amount of personal property that a resident is allowed to possess is limited to that which fits in one (1) standard transport/storage box, excluding legal material (see I.C.1.).

     1.     The standard transport/storage box used by all facilities is 15" (L) x 13¾" (W) x 21" (D) in size, and of the type purchased on state contract.

     2.     Stereos, televisions, typewriters, and fans are not to be included in the volume limit.

3.      Personal clothing permitted at work release may be considered exempt from this limitation.

B.      At any point in time, a resident may be required to pack personal property in a standard transport/storage box to show that the quantity of property possessed is within the established limit.

1.      Whenever a resident's personal property is inventoried, all items of property must be recorded including those, which the resident is wearing or has physical possession of at the time the inventory is taken.

2.      Any excess personal property is to be handled in accordance with the procedures in Section III.C.2. and Section XI.

C.      Unless a specific quantity limit is shown in Attachment B for an item, the resident may possess as many of an item as desired within the volume limit.

D.      Certain items are subject to a consumable limitation. When the consumable limitation is applicable, the letters "CL" appear in the quantity column in Attachment B.

## VI.      Value of Property

A.      Value limits for items of personal property must be as established in the value column of Attachment B.

B.      Residents may not declare any property value in excess of the maximum established value limit.

C.      In the event a property claim is filed in accordance with IMPP 01-118D, the department's liability must not exceed the established value limit, except that the Department's liability for publications including religious texts, books, magazines, and newspapers must not exceed $150.

D.      Items listed on the Special Property Inventory Form (Attachment G) must be valued according to prior applicable versions of IMPP 12-120/12-120A, as of April 15, 1991 concerning discretionary property values.

## VII.      Creation and Organization of Property File

A.      Upon a resident's admission to the Department, a property file is to be created.

B.      This file folder is to be green in color and organized as follows:

1.      Left side: Resident Personal Property Inventory forms (Attachment D, Parts I and II); and Special Property Inventory Forms (Attachment G).

2.      Right side: Resident Property Receipt forms (Attachment E); Request/Authorization to Remove Personal Property forms (Attachment F); and, any miscellaneous documents regarding the resident's property that comes into existence.

C.      The property file is to be forwarded to the receiving facility with all other resident files at the time of the resident's transfer.

D.      Any time the resident's records are transferred to the inactive resident records repository in accordance with IMPP 05-103D, the resident property file is to be included among those records transferred.

## VIII.      Registration of Personal Property

A.      At the time of admission to any Department of Corrections facility, the resident's property must be inventoried and registered using the Resident Personal Property Inventory form (Attachment D).

B.      Any time a registerable item of property is acquired, that item must be recorded on a Resident Property Receipt form (Attachment E).

C.     Any time a registerable item of property is removed, that item must be recorded on the Request/Authorization to Remove Personal Property form (Attachment F).

D.     Until such time as a reason develops to complete a new Resident Personal Property Inventory form, the resident's complete property listing must consist of those items shown on the existing Resident Personal Property Inventory, those items shown on all Resident Property Receipts completed after the date of the last inventory, and less any items shown on the Request/Authorization To Remove Personal Property form. These documents are to be placed in the resident property file in accordance with Sections V.B.1. and 2. above.

     1.     In the event property is removed at the direction of the Warden or designee, and against the wishes of the resident, the Request/Authorization to Remove Personal Property (Attachment F) is to be signed by the Warden or designee.

     2.     At any time, the resident can be required to produce all items of property listed on the Inventory or Property Receipt forms, if directed to do so.

     3.     At any time the resident's property is inventoried the property listed on the new inventory list must be checked against the resident's prior inventory, property receipt record, and removal record.

          a.     Before signing the inventory, the resident is responsible for noting any discrepancies.

          b.     Property that has not been properly registered is to be confiscated.

E.     All items of resident property, except items identified as consumable, are to be registered on the Resident Personal Property Inventory form (Attachment D).

     1.     All non-consumable intake property must be registered at the time of the resident's admission.

     2.     All property received after the resident's admission must be registered at the time of receipt, using the Resident Property Receipt form (Attachment E).

F.     For items of property received after the intake period, residents are required to provide evidence of the item's value. This evidence may be in the form of:

     1.     A receipt from the store where the item was purchased; or

     2.     The resident's declaration of value, Attachment E, as witnessed by the Property Officer on duty.

          a.     When an item's declared value is clearly excessive or inaccurate, the resident may be required to produce other proof of value before being allowed to receive the property.

G.     Any property of value in excess of $15.00 must be engraved with the resident's number.

     1.     If the item cannot be engraved, it must be marked in indelible ink.

     2.     Small items, such as jewelry and prosthetic devices, which cannot be marked, are subject only to recording on the resident's property record.

          a.     The description and value of such an item must be recorded on the resident's property record.

**IX.     Inventory of Resident Property**

A.      Any time a resident's property is taken into the custody of an employee for storage, transfer, or any other reason, a complete inventory record of the property must be made.

    1.      All items of the resident's property must be recorded on the Resident Personal Property Inventory form, Attachment D.

        a.      Whenever a resident's personal property is inventoried all items of property must be recorded on the Resident Personal Property Inventory form, including those, which the resident is wearing or has physical possession of at the time the inventory is taken.

    2.      Unless precluded for security reasons, the resident must be present at the time of the inventory.

        a.      If the resident is not present at the time the inventory is taken, the reason must be documented in the resident's property file on the inventory form.

        b.      Residents must not be used to pack or assist in the packing of property belonging to another resident.

    3.      The resident must sign the completed inventory form attesting to its accuracy. Any discrepancies are to be noted on the inventory.

    4.      The inventory must be checked against the previous Resident Personal Property Inventory form to ensure that all items of registered property are present. The resident must be required to account for any discrepancies at this time.

    5.      The resident must sign each page of the inventory form, Attachment D.

    6.      The resident must receive a copy of the completed inventory form.

    7.      The property must be packed into the box prescribed in Section V.A.1. and sealed in the presence of the resident, if possible.

    8.      Staff must complete a KDOC Electronics Checklist (Attachment I) for electronic items.

B.      When the property is returned to the resident, he/she must sign the original inventory verifying that all property has been returned.

    1.      It is the responsibility of the resident to report any discrepancies at the time the property is returned.

    2.      Discrepancies are to be noted by the resident on the inventory form and witnessed by the Property Officer.

    3.      Staff must complete a KDOC Electronic Checklist (Attachment I) for electronic items.

C.      Each facility must maintain a secure property storage area.

    1.      Access to this area must be strictly controlled.

    2.      Residents must not have access to this area unless under continuing supervision of staff.

X.      **Transfer of Resident Personal Property**

A.      Allowable property items are transferable between all KDOC facilities consistent with the security level of the receiving facility and the incentive level per IMPP 11-101A and security/custody status of the resident in accordance with Section III.C.

1.    Upon transfer between KDOC facilities, residents are permitted to retain property listed in Attachment B.

a.    All property transferred must be inventoried and packed in accordance with Section VIII.

B.    Upon transfer from any KDOC facility to Larned State Security Hospital for any reason, only that property which is listed in Attachment C can be transferred with the resident.

1.    All other property, except food items, must be stored at the sending facility until such time as the resident returns or is otherwise released from the custody of the Secretary of Corrections.

2.    All food items must be removed from the resident's property and disposed of pursuant to Section IX.

C.    Upon a resident's removal from a work release program, the resident's property must be packed and inventoried.

1.    Property listed in Attachment B as permissible only in work release must be separated and recorded on a property removal form.

2.    Property items listed in Attachment B as permissible only to medium and minimum female residents must be separated and recorded on a property removal form if a female resident is to be transferred to the maximum facility and her security classification status is revised to maximum.

3.    The property is then to be disposed of in accordance with Section XI.

4.    All other property permitted on Attachment B must accompany the resident.

D.    The resident's name, number and destination must be affixed to the transport/storage box and the legal material/document storage box with a shipping label glued/taped in a secure manner.

1.    Care must be taken to ensure the transportation/storage box and legal material/document box is securely sealed prior to delivery to the Transportation Unit.

2.    Shipping labels are to be legible and affixed in such a manner that the containers may be reused for other resident's property storage or transfer.

XI.    **Removal of Property from a Correctional Facility**

A.    At any time property is removed from the facility, not accepted, or destroyed at the resident's or facility's request, it must be documented on the Request/Authorization to Remove Personal Property form (Attachment F). Such items shall be held a minimum of 45 days after administrative relief has been exhausted by the resident.

B.    Property may be removed from the facility by:

1.    Mailing the property to an address of the resident's choosing at the resident's expense or, with the approval of the Warden, at the facility's expense.

2.    Donating the property to a charitable organization.

3.    Having the property picked up by an authorized person approved by the Warden.

4.    Removing and taking the property to a sponsor's address on an approved furlough.

5.    If the resident refuses to designate an approved means of removal, the Warden or designee can make the designation.

C.      A resident may authorize the destruction of an item of property.

D.      Personal property left at a facility by a resident is considered abandoned property pursuant to K.S.A. 75-52,135.

      1.      Any personal property not claimed by a resident or authorized representative within 90 days of a resident's release from custody is considered abandoned property.

      2.      Any personal property left at a facility by a resident who has escaped from custody is immediately determined to be abandoned property.

      3.      Any personal property determined to be abandoned, pursuant to K.S.A. 75-52,135 must be reported to the State Treasurer, pursuant to K.S.A. 58-3950.

            a.      The State Treasurer may dispose of the abandoned resident property in accordance with the provisions of K.S.A. 58-3934 et seq., and amendments thereto.

            b.      The State Treasurer requires wedding bands to be sent to them in compliance with K.S.A. 75-52, 135. All other abandoned property may be disposed of in a manner determined by Secretary of Corrections or designee.

## XII.      Implementation

A.      On and after the effective date of this IMPP, residents are allowed to receive only that property which is permitted by the provisions of these procedures.

B.      Residents who on April 15, 1991 were in possession of personal property approved under previous policies, or who prior to November 7, 1995 were in possession of certain general handicraft tools as specified within IMPP 10-133D, must be permitted to retain that property until:

      1.      They are transferred to another facility;

      2.      They are convicted of a disciplinary violation involving a particular item of such property; or,

      3.      Repair or replacement of such property becomes necessary (excluding prosthetic or other devices prescribed by any facility Health Authority, or the general handicraft tools referenced within Procedure X.B., above).

C.      If it becomes necessary, for any reason, to inventory a resident's personal property before transfer to another facility, the Special Property Inventory form (Attachment G), is to be used to document the possession of personal property approved under previous policies.

      1.      Special Property Inventory forms are considered null and void upon transfer to another facility at which time a resident's personal property must fully comply with the provisions of this IMPP.

D.      All residents who are transferred to another facility within the Kansas Department of Corrections after the effective date of this IMPP are permitted to retain only those property items appropriate to the receiving facility and custody level as described in Attachment B.

## XIII.      Work unit leaders (wardens, superintendents, parole directors) shall develop a general order for this IMPP that addresses only the following:

A.      The procedure whereby personal property is removed from the facility;

B.      Allowable property for residents in administrative restrictive housing as a suicide risk, in consideration with Behavioral Health, or a documented special security risk;

C.     Specifications for needle length and composition in accordance with IMPP 10-133D Resident Handicrafts;

D.     **Work Release Facilities only:** Over the counter medications which may be purchased from local merchants; and

E.     **Topeka Correctional Facility only:** Wattage restrictions and/or requirements for allowable blow dryers.

**NOTE:** The policy and procedures set forth herein are intended to establish directives and guidelines for staff, residents and offenders and those entities that are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees, residents or offenders, or an independent duty owed by the Department of Corrections to employees, residents, offenders, or third parties. Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards. Any such references within this document neither imply accredited status by a Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure are not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

## REPORTS

None.

## REFERENCES

K.S.A. 58-3934, 58-3950, 75-5257, 75-52,135
K.A.R. 44-12-1002
IMPP 01-118D, 01-122D, 04-108D, 05-103D, 10-109A, 10-110D, 10-133D, 11-101A, 12-120A, 12-127D, 20-101A

## HISTORY

04-09-2021 Original
07-26-2021 Revision 1
08-09-2021 Revision 2
12-08-2021 Revision 3
04-14-2022 Revision 4
03-14-2023 Revision 5
03-21-2024 Revision 6

## ATTACHMENTS

| Attachments | Title of Attachments | Page Total |
|---|---|---|
| A | Intake Property List | 1 page |
| B | Post Intake Property List (alphabetical) | 9 pages |
| C | Items Transferable to LSSH | 1 page |
| D | Resident Personal Property Inventory | 3 pages |
| E | Resident Property Receipt | 1 page |
| F | Request/Authorization to Remove Personal Property | 1 page |
| G | Special Property Inventory | 1 page |
| H | Admission Property List | 1 page |
| I | Kansas Department of Corrections of Correction Electronic Checklist | 1 page |
| J | Property Allowed in Restrictive Housing | 4 pages |

Exhibit 4

Attachment A, IMPP 12-120A
Effective 04-14-22

**INTAKE PROPERTY**

The following items may be possessed by a resident while on the Intake Incentive Level pursuant to IMPP 11-101A.

| ITEM | SPECIFICATIONS | QUANTITY | VALUE |
|---|---|---|---|
| Bible/Primary Religious Text | Approved by reception facility chaplain. | 1 | |
| Contact Lenses | May be in resident's possession until replaced.  Replace with eyeglasses from State contract unless health care provider determines that contacts are the preferred corrective device. | 1 | |
| Dentures | As prescribed by health authority. | 1 set | |
| Drinking Cup | Plastic; no logo permitted; up to 16 ounces. If insulated, must be clear view/ /double walled. | 1 | CP |
| Eye Glasses | As received, prescription only. | 1 | |
| Headphones (appliance) | One (1) large and one (1) small. | 2 | CP |
| Letters, Personal | | 10 | |
| Padlock | Combination type with key access, must be from Master Padlock series 51. | 1 | CP |
| Photographs | Non-Polaroid, 8 1/2" x 11" or smaller, each separate physical image on multi-image sheets counts as one (1) photograph (ex. 20 images on one sheet counts as 20 photographs). Commercial/published pictures, whether individual or packaged, are prohibited. "Commercial published content" is defined as those depictions which are produced in bulk, considered a commodity and often are replicated/ produced for sale or purchase. | 50 | |
| Prosthetic Device | As received with resident and approved by Health Authority. | As received | |
| Shower Shoes | As received with the resident. | 1 pair | CP |
| Religious medal, scapular, or crucifix | Approved by reception facility Chaplain. | 1 item | 40.00 |
| Wedding Band | Plain, no stone. | 1 | 50.00 |
| Wristwatch | No stones. | 1 | 25.00 |

## POST INTAKE PROPERTY
### (Alphabetical)

| ITEM | SPECIFICATIONS | QUANTITY | VALUE |
|---|---|---|---|
| Address Book | Not to exceed 8" x 9," to be purchased through canteen or special purchase order. | 1 | CP |
| Afro Curler | | 2 & CL | CP |
| Antenna (APPLIANCE) | Small UHF-VHF combination type; must be attached to TV. | 1 | CP |
| Baby Powder | | 2 & CL | CP |
| Batteries | AA size as sold. | 8 | CP |
| Belt | Work release only; buckle may not exceed width of belt by more than ½". | | Each 20.00 |
| Bible/Primary Religious Text | Must be approved by facility Chaplain. | 1 | |
| Bicycle | Work release only; permitted only if most suitable form of transportation. | 1 | 100.00 |
| Bicycle Lock | Work release only. Cable thickness of 10mm or larger. | 1 | 10.00 |
| Billfold | Work release only. | 1 | 10.00 |
| Blankets | Work Release only. | As approved by Warden | CP |
| Blow Dryer (APPLIANCE) | Female and work release residents only.  Hand-held only. Wattage restrictions and/or requirements as set by General Order. | 1 | 20.00 |
| Blue Book, AA Text | | 1 | Current AA Rate |
| Books/Magazines/ Newspapers | From publisher or vendor only, but may be purchased by third parties for a resident's use. | 12 | |
| Brassieres | Work release females only. | 5 | Each 20.00, 100.00 Total |
| Cable | Coax cable for cable TV hook up - Six ft. maximum length. Must be approved by the Warden. | 1 | CP |
| Cakes | | CL | CP |
| Calculator (APPLIANCE) | Display only; solar dual power only; pocket size. | 1 | 25.00 |
| Calendar | Issue by facility or commercially printed calendars received by mail direct from vendor only. Calendars are not to contain metal bindings other than staples. Maximum size is restricted to 11 inches by 17 inches when open. | 1 | CP |
| Candies | | CL | CP |
| Cards | Poker or Pinochle. | 2 decks | CP |
| Checkers | Plastic or wooden; factory manufactured, to include cardboard or paper checker board. | 1 set | CP |
| Chess Set | Plastic or wooden; factory manufactured, to include cardboard or paper chess board. | 1 set | CP |
| Chips | | CL | CP |

Exhibit 4

Page 2 of 9, Attachment B, IMPP 12-120A
Effective 04-14-22

| Item | Description | Qty | Value |
|---|---|---|---|
| Clock, Alarm (APPLIANCE) | | 1 | 15.00 |
| Coat | Work release only.  No fur; no leather. | 1 | 100.00 |
| Cold Cream | | 2 & CL | CP |
| Cologne | Non-alcoholic; non-glass container only. | 1 | 10.00 |
| Comb | Plastic only. | 1 | CP |
| Conditioner | | 2 & CL | CP |
| Contact Lenses | As received, may be in resident's possession until replaced.  Replace with eyeglasses from State contract unless health care provider determines that contacts are the preferred corrective device; may be in resident's possession until replaced. | 1 pair | |
| Cookies | | CL | CP |
| Copy Ticket | | CL | CP |
| Cosmetics | Work release females.  Non-toxic; any combination. | 10 | 30.00 Total |
| | Non-work release females.  Hypo-allergenic. | 10 | CP |
| Coveralls | Work release only. | 2 | 60.00 |
| Crackers | | CL | CP |
| Crochet Hooks | Plastic, flexible. | 1 set | CP |
| Curling Iron (APPLIANCE) | Work release females. Crimp iron or electric rollers. | 1 | 30.00 |
| | Non-work release females. One barrel only. | 1 | CP |
| Dental Floss | | 2 & CL | CP |
| Denture Adhesive | | 2 & CL | CP |
| Denture Container (Cup) | | 1 | CP |
| Denture Creme | | 2 & CL | CP |
| Dentures | As received with resident or prescribed by Health Authority. | 1 set | |
| Deodorant, Crème | | 2 & CL | CP |
| Deodorant, Stick | | 2 & CL | CP |
| Dictionary | In addition to book limitation. | 1 | |
| Dips | | CL | CP |
| Dominoes | Wood or plastic; factory manufactured. | 1 set | CP |
| Drinking Cup | Plastic; no logo permitted; up to 22 ounces. If insulated, must be clear view/double walled. | 2 | CP |
| Drink, Dry | | CL | CP |
| Duffel Bag/Gym Bag | Work release only; 24" max. length. | 1 | 25.00 |
| Earplug (APPLIANCE) | | 2 & CL | CP |
| Earplug Adapter | | 2 & CL | CP |
| Earrings | Females only.  No precious metals or stones. | 2 pair | 15.00 Total |
| Emery Boards | | 2 packs & CL | CP |
| Envelopes | All sizes. No padded envelopes of any kind, including those containing "bubble wrap" as a component. | CL | CP |

Exhibit 4

| | | | |
|---|---|---|---|
| Eye Glasses | As received during or after admission (with frames approved by the warden or designee) or as provided per health authority determination, prescription only. Unless required by Health Authority prescription, are to be non-tint, non-wired, non-mirrored, non-wraparound. Received eyeglasses approved by a Warden are transferable property. | 1 pair | Frames limited to $200, with claims replacement limited to value of eye glasses issued by Health Authority. |
| Eye Glasses, non-prescription / reading | As received during or after admission (with frames approved by the warden or designee), are to be non-tint; non-wired; non-mirrored; or non-wraparound. Received reading glasses approved by a Warden are transferable property. | 1 pair | 20.00 |
| Fabric Softener | Work release females and males. | 2 & CL | 5.00 |
| | Non-work release females. Hypo-allergenic items only. | 2 & CL | CP |
| Fan (APPLIANCE) | Blade size limited to twelve (12) inches diameter fan; electric; plastic blades; UL approved; safety guard. Additionally, on and after 04/01/97, the safety guard on all fans purchased by residents through SPOs, or purchased by a facility canteen for resale to residents, must be constructed of plastic. | 1 | CP |
| Feminine Napkins, Tampons, Pads | Females only. | CL | CP |
| File Folder | Non-metal only. | CL | CP |
| Foot Powder | | 2 & CL | CP |
| Footwear | Work release females and males. Sandals/thongs, shoes/boots (work/dress/casual), shoes (tennis/any color), slippers - any combination. | 5 pair | 80.00 max per one pair 100.00 Total |
| | Non-work release females housed at the TCF AE Compound may possess personal footwear as follows: Tennis Shoes (1 pair only limited to black, white, gray, black/white/gray combination or 2 pair if on a medical boot restriction, with second pair issued by Health Authority); Work Boots (may possess up to 2 pair; however, if 2 pair are possessed, the second pair is in lieu of a pair of state issued. If on a medical boot restriction, no boots may be possessed); and one pair of either Dress Shoes or sandals/thongs or house slippers. No footwear is to be taller than the resident's ankle. | Up to 4 pair per description | Tennis 80.00 max Work Boot CP Others 25.00 per pair |
| | Non-work release females, residents housed at the IJ Compound. Tennis shoes (limited to black, white, gray or black/white/gray combination), shower shoes. Work Boots (limited to purchase/replacement at those facilities whose Wardens opt to offer the boots through the canteen and/or special purchase orders transferable to all other facilities, style/type and manufacture to be set by DSFM or designee, 2nd pair of boots is in lieu of state issue boots). | 1 pair each, tennis shoes & shower shoes. 2 pair boots, 2nd pair in lieu of state issue. | Tennis 80.00 Shower CP Work Boot CP |

| | | | |
|---|---|---|---|
| | Non-work release males. Tennis shoes (limited to black, white, gray or black/white/gray combination or 2 pair if on a medical boot restriction, with second pair issued by Health Authority), shower shoes. Work Boots (limited to purchase/replacement at those facilities whose Wardens opt to offer the boots through the canteen and/or special purchase orders transferable to all other facilities, style/type & manufacture to be set by DSFM or designee, 2nd pair of boots is in lieu of state issue boots If on a medical boot restriction, no boots may be possessed). | 1 pair each, tennis shoes & shower shoes. 2 pair boots, 2nd pair in lieu of state issue. | Tennis 80.00 Shower CP Work Boot CP |
| Gloves | Work release only. | 4 pair | 16.00 Total |
| Greeting Cards | If sold in canteen, or Chaplain provides, then they cannot be purchased from an outside vendor. | 10 & CL | CP |
| Gum | | CL | CP |
| Hairbrush | Wood or Plastic only. | 1 | 5.00 |
| Hair Accessories | Females only. Examples: barrettes, clips, ribbons, elastic bands, etc. | 24 | 15.00 Total |
| | Males only - hair ties. | 24 | CP |
| Hair Dressing/Grease | | 2 & CL | CP |
| Hair Rollers | Work release females. Non-electric and fasteners. | 30 | 10.00 Total |
| | Non-work release females. Foam only; small and medium size only. | 30 | CP |
| Hair Spray | Pump container only. | 2 & CL | CP |
| Hair Straightener | Non-work release males and females. Lye free cream or gel. | 2 | CP |
| | Work release males and females. Lye free cream or gel. | CL | CP |
| Handkerchiefs | Work release only. | 6 | 12.00  Total |
| Handicraft Tools and Materials | As provided in IMPP 11-101, also see IMPP 10-133. | CL | CP |
| Hangers, Clothes | Work release only. Plastic only. | 30 | 10.00 Total |
| Hat/Cap/Visor | Work release only. | 2 | 10.00 Total |
| Hat, Summer | LCMHF only. Style as approved by Warden.  With medical authority approval. | 1 | 5.00 |
| Headphone Extension (APPLIANCE) | Maximum length 12'. | 1 | CP |
| Headphones (APPLIANCE) | One large and one small. | 2 | CP |
| Hot Pot (APPLIANCE) | 6 cup capacity limit; UL approved, non-boiling. | 1 | CP |
| Ice Chest | 6-pack size; hard plastic; no styrofoam. | 1 | 16.50 |
| Ice Cream | | CL | CP |
| Lamp (APPLIANCE) | High intensity reading lamp; desk top. | 1 | CP |
| Laundry Detergent | Medium and minimum females and work release only. Non-toxic; hypo-allergenic. | 2 & CL | CP |
| Laundry Starch | Work release females and males. | 2 & CL | CP |
| | Non-work release females. | CL | CP |

| | | | |
|---|---|---|---|
| Letters, Personal | | 10 | |
| Lotion, Aftershave | Non-alcoholic; clear plastic container. | 2 & CL | CP |
| Lotion, Hand | Non-alcoholic; clear plastic container. | 2 & CL | CP |
| Lotion, Suntan | Non-alcoholic; clear plastic container. | 2 & CL | CP |
| Lunch Box | Work release only. | 1 | 5.00 |
| Mattress Pad | Work release only. | 1 | 20.00 |
| Medications / Over The Counter | Over the counter medications as specified by General Order may be purchased from local merchants by Work Release Facilities. Residents at all other facilities are limited to the following items: Acetaminophen, Aspirin, A&D Ointment, Alka-Seltzer, Alka-Seltzer Cold +, Acne-Peroxide Lotion – Benzyl Peroxide, Ben Gay, Carmex, Cough Drops, Chest Rub, Eucerin or Nivea Cream, Imodium, Motrin, Medicated Shampoo, Pepto-Bismol, Medicated Foot Powder, Metamucil Powder, Natural Tears, Hydrocortisone cream, Ibuprofen, Pepcid AC, Antacid tablets, Anti-fungal cream, Hemorrhoidal cream, Triple antibiotic cream. | CL | CP |
| Mirror | Plastic; pocket size. | 1 | 3.50 |
| Model Cars | Finished product to be mailed out. | 1 | CP |
| Model Car Glue | Non-toxic, non-flammable. | 1 | CP |
| Mouthwash | Non-alcoholic, clear plastic container. | 2 & CL | CP |
| MP3 Player | MPE player and accessories (4 double A rechargeable batteries, charger, and AC wall adapter) | 1 | CP |
| Nail Clippers | Fingernail size. | 1 | CP |
| Needles | Bead craft, needle point, cross stitch and knitting per IMPP 10-133; Length and composition to be determined by General Order. | 1 set per craft | CP |
| Nightwear | Work release females and males. Bathrobes, nightgowns and pajamas. Nightwear must be appropriate to resident's gender and no shorter than 2" above the knee. | 3 | 60.00 Total |
| | Non-work release females. Pajama type top and bottom – may include robe. | 2 sets | 40.00 Total |
| Notebooks | Non-metal only. | 1 | 2.00 |
| Nuts | | CL | CP |
| Outerwear | Work release females and males.  Shirts, blouses, pants, skirts, T-shirts, sweaters, dresses, walking shorts, jackets, or blazers.  Includes work, dress and casual clothes. Type of garment must be appropriate to resident's gender. | 30 items; limit | 25.00 each item |
| Outerwear | Non-work release medium and minimum custody females housed within the perimeter of the TCF AE-Compound may possess a personal clothing outfit. A dress, or a blouse/shirt and skirt combination, or a pants/slacks and blouse/shirt combination is be considered one (1) outfit. | 1 Outfit | 50.00 |
| | Non-work release medium and minimum females only. Blouse/shirt and skirt, dress, or pants/slacks and blouse/shirt. (An outfit equals one dress, or a combination of top and bottom of the other articles.) | 1 outfit | 50.00 Total |

| | | | |
|---|---|---|---|
| Padlock | Combination type with key access; must be from Master Padlock series 51. | 1 (Up to 2 at discretion of Facility Warden) | CP |
| Paint-by-number | | CL | CP |
| Paints | Water based, per IMPP 10-133. | CL | CP |
| Pantyhose | Work release females. | CL | CP |
| | Non-work release medium and minimum females only. | 2 pair | CP |
| Paper, Writing | | CL | CP |
| Paper, Toilet | | CL | CP |
| Pastries | | CL | CP |
| Pen, Ballpoint | Non-retractable tip only. | CL | CP |
| Pencil, Drawing | | CL | CP |
| Pencil, Writing | | CL | CP |
| Perfume | Work release females. Two (2) oz.; non-alcoholic; non-glass container only. | 1 | 10.00 Total |
| | Non-work release females. Non-alcoholic. Non-glass container only. | CL | CP |
| Permanent Products | Work release females. | 2 | CP |
| | Non-work release females. | CL | CP |
| Pillow | Standard size, work release residents only. | 1 | 10.00 |
| Pillowcase | Non-white, twin size, work release residents only. | 2 | 12.00 Total |
| Photo Album | Non-metal; non-glass; 10" x 14". | 2 | 20.00 Total |
| Photo Frames | No larger than 8" x 10"; no glass, metal or plastic. | 1 | 10.00 |
| Photographs | Non-Polaroid, 8 1/2" x 11" or smaller, each separate physical image on multi-image sheets counts as one (1) photograph (ex. 20 images on one sheet counts as 20 photographs). Commercial/published pictures, whether individual or packaged, are prohibited. "Commercial published content" is defined as those depictions which are produced in bulk, considered a commodity, and often are replicated/ produced for sale or purchase. | 50 | |
| Pick, Hair | Plastic only, no handle; no rattail. | 1 | 5.00 |
| Plastic Bowl, with lid re-sealable | | 1 | CP |
| Plastic Spoon | | 1 | CP |
| Pop, Canned or plastic bottled | | 36 & CL | CP |
| Postage Stamps | Any denomination up to and including that which is required to mail a one (1) ounce First Class letter. | 25 | CP |
| Prepared Foods | | CL | CP |
| Prosthetic Devices | As received with resident and approved by health authority. | As received | |
| Purse | Work release females only. | 1 | 20.00 |
| Q-Tips | | 2 packs & CL | CP |

| | | | |
|---|---|---|---|
| Radio – AM/FM /Tape Player /or/ Clock Radio – AM-FM (APPLIANCE) | 20" x 10" x 8"; may be radio, tape player, or radio/tape player (single cassette/tape deck) combination, standard cassette; equipped for headphone, earphone or earplug; UL approved. Only AM/FM Radios or AM/FM Clock Radios may be purchased by residents on SPO or ordered by facility canteens. Existing appliances with tape player capability may be sold by facility canteens until the existing stock is depleted, and existing units held by residents may be retained and transferred but may be neither repaired nor replaced with anything except AM/FM Radios or AM/FM Clock Radios. | 1<br>If device is an AM/FM clock radio, no separate clock is permitted as personal property. | CP |
| Rain suit/poncho | Work release only. | 1 | 15.00 |
| Razor | Disposable only. | CL | CP |
| Razor, Electric (APPLIANCE) | Work release only, otherwise must be determined to be medically necessary by Health Authority. | 1 | 45.00 |
| Religious Beads (e.g., prayer, rosary) | Must be approved by facility Chaplain/Warden and received through Chaplain/Warden. | 2 | 20.00 Total |
| Religious Head Garments | Must be approved by facility Chaplain/Warden and received through Chaplain/Warden. | 2 | 25.00 Total |
| Religious Medal or Medallion with Chain | Must be approved by facility Chaplain/Warden and received through Chaplain/Warden. No precious metals or stones. Longest dimension may not exceed two (2) inches. | 1 | 20.00 |
| Rug, Prayer | Must be approved by facility Chaplain/Warden and received through Chaplain/Warden. | 1 | 25.00 |
| Sardines, Canned | | CL | CP |
| Sausages, Canned | | CL | CP |
| Scissors | Sewing kit accessory, blunt tipped type, cutting edge no longer than two (2) inches, pure plastic construction only. | 1 | CP |
| Sewing Kit | No scissors. | 1 | 5.00 |
| Shampoo | | 2 & CL | CP |
| Shaving Creme | Non-aerosol. | 2 & CL | CP |
| Shaving Cup/Brush | Plastic only. | 1 | CP |
| Shaving Powder | | 2 & CL | CP |
| Shaving Soap | | 2 & CL | CP |
| Sheets, Bed | Non-white, work release residents only | 2 | 20.00 Total |
| Shirts, Under | | 7 | 66.50 Total |
| Shoe Insoles | | CL | 5.00 |
| Shoe Laces | As appropriate to shoe style & color; black or white only for tennis shoes. | 2 pairs & CL | CP |
| Shoe Polish | | 2 & CL | CP |
| Shorts, Athletic | A minimum of 4" inseam, gray only. | 2 | 30.00 Total |
| Shorts, Boxer or Brief | | 7 | 35.00 Total |
| Shower Cap | | 2 | CP |
| Slip, Full or Half | Medium and minimum females only. | 1 | 15.00 |
| Snacks | | CL | CP |

Exhibit 4

| Soap, Bar or Gel | | 4 & CL | CP |
|---|---|---|---|
| Soap Dish | Plastic. | 1 | 2.00 |
| Soap, Liquid Dishwashing | Clear soap in clear plastic container, 12 oz or less, prohibited in restrictive housing. | 1 | CP |
| Socks | Work release females and males. Any color. | 7 pairs | 15.00 Total |
| | Non-work release females. | 4 pairs | 10.00 Total |
| | Non-work release males. White tube. | 7 pairs | 16.00 Total |
| Soup, Packaged | | 30 & CL | CP |
| Sport Glasses Strap | | 1 | CP |
| Spreads | Food item. | CL | CP |
| Sugar Twin | | CL | CP |
| Sunglasses | Non-mirror; non-prescription; non-wrap around; non-wire frame. | 1 | 10.00 |
| Surge Protector (APPLIANCE) | Single outlet or power strip type, no more than six (6) outlets, UL approved. | 1 | CP |
| Sweat Suit (Basic) | Non-work release males and females. Plain gray; pullover hoodless; no logo; unaltered. No designer sweat suits, including those approved under previous policies, i.e. grand fathered prior to the effective date of this IMPP. | 1 | 55.00 |
| Sweat Suit (Designer) | Work release males and females. Designer styles of any fabric or color; may include a designer's/ manufacturer's logo, but no printing or wording other than the designer's/manufacturer's name. | 1 | 50.00 |
| Tablet | | CL | CP |
| Talc, Body | | 2 & CL | CP |
| Tape, Cellophane | | 2 & CL | CP |
| Tapes | Commercially produced recorded tapes, standard size cassette only. All tapes must be engraved with the resident's OMIS number. In lieu of one of the recorded tapes allowed within the limitation, a dry system tape head cleaner may be substituted. After the effective date of the current revision to this policy, no tapes or tape head cleaners may be purchased by residents on SPO. Existing tapes and tape head cleaners held by residents may be retained and transferred but may be neither repaired nor replaced. | 15 | 10.00 Each |
| Television (APPLIANCE) | B & W or color; 13" or 15"; equipped with earphone, headphone or earplug. Any television equipped with a remote control may be either purchased by residents through SPOs, or purchased by a facility canteen for resale to residents. Batteries for the remote control units are available in the canteen. | 1 TV & 1 set of Batteries for Remote control, if so equipped. | CP |
| Television Digital Converter (APPLIANCE) | Provides conversion from the new digital signals transmitted after 01/01/2009 to the analogue signals tunable by the majority of older existing Televisions. | 1 | CP |
| Telephone credit card | Work Release Facilities only. May not contain any magnetic strip, bar code, or "smart card" technology. | 1 | CP |
| Thermos Jug | Work release only. | 1 | 5.00 |
| Thesaurus | In addition to book limitation. | 1 | |
| Ties | Work release only. | 5 | 25.00 Total |
| Tissues | | CL | CP |

Exhibit 4

| | | | |
|---|---|---|---|
| Tooth Polish | | 2 & CL | CP |
| Toothbrush | | 2 & CL | CP |
| Toothbrush Box | | 2 & CL | CP |
| Toothpaste, Tube | | 2 & CL | CP |
| Towel, Bath | Non-white; work release residents only. | 5 | 25.00 Total |
| Towel, Hand | Non-white; work release residents only. | 5 | 15.00 total |
| Towel, Wash Cloth | Non-white; work release residents only. | 5 | 10.00 Total |
| Towel, Wash Cloth | Non-white, 12´x 12" maximum size; non-work release residents, no red, blue, or green. | 2 | CP |
| Tweezers | | 1 | CP |
| Typewriter (APPLIANCE) | Electric or manual; non-memory type only. | 1 | CP |
| Under Pants | Work release females only, briefs only. | 10 | 30.00 Total |
| Underwear (Boxer Shorts) | Males only. Transferable. | 6 pair | CP |
| Underwear, Insulated | | 3 pair | 86.00 Total |
| Umbrella | Work release only. | 1 | 10.00 |
| Vitamins/Nutritional Supplements | Multi-purpose vitamins; type and brand authorized by Health Authority. Nutritional supplements of a type, composition and manufacture as specified by the Deputy Secretary of Facilities Management / designee. | CL | CP |
| Wave Caps | White or Black only. | CL | CP |
| Wedding Band | Plain, no stone. | 1 | 50.00 |
| Wig | As determined to be medically necessary by the Health Authority. | 1 | as prescribed |
| Wristwatch | No stones. | 1 | 50.00 |
| Yarn, Skein | | CL | CP |

Exhibit 4

Attachment C, IMPP 12-120A
Effective 08-09-2021

## THE FOLLOWING ITEMS MAY BE TRANSFERRED WITH
## RESIDENTS TO LARNED STATE SECURITY HOSPITAL

PERSONAL ITEMS RESIDENTS/PATIENTS MAY HAVE: Shaving lotion, hair-dressing, shampoo, deodorant (no stick deodorant).  ALL OF THESE ITEMS MUST BE LIMITED TO REASONABLE AMOUNTS and ALL MUST BE IN PLASTIC CONTAINERS.

> One (1) Electric Razor, one (1) Small Comb, one (1) Toothbrush, Toothpaste (in tube only).

> Two (2) Books, three (3) Magazines, one (1) Pen or Pencil (must be less than four [4] inches long), a reasonable amount of paper or stationery, postage stamps (any denomination up to and including that which is required to mail a one ounce First Class letter, not more than 25 stamps at one time).

> One (1) Battery-powered Radio (must have earphone-jack but no antenna), four (4) Extra Batteries.

> One (1) Small Religious Medal (no chain).

DO NOT SEND ANY FOOD ITEMS, OR ANY TOILET ARTICLES OR GROOMING AIDS THAT HAVE A HIGH ALCOHOL CONTENT.

Exhibit 4

# Kansas Department of Corrections Resident Personal Property Inventory

**PART I**

RESIDENT NAME & NUMBER: _____ DATE: _____

REASON FOR INVENTORY: NEW COMMITMENT___    TRANSFER___    STORAGE___    OTHER (SPECIFY)___

FACILITY WHERE INVENTORY TAKEN:_____

**SECTION I**: INTAKE PROPERTY (May be possessed during 120-day period of court jurisdiction & transferred to any KDOC facility, unless there is documentation that possession of such property would pose a danger to the resident. The number in parentheses is the maximum amount allowed.  Mark "None" if resident does not possess the item. Describe Condition as Good (G); Fair (F); or Poor (P).

| ITEM | | AMOUNT/DESCRIPTION | CONDITION | DECLARED VALUE | RESIDENT INITIAL |
|---|---|---|---|---|---|
| (1) | Bible/Primary Religious Text | _____ | _____ | _____ | _____ |
| (1) Pair | Contact Lenses | _____ | _____ | _____ | _____ |
| (1) | Dentures | _____ | _____ | _____ | _____ |
| (1) | Drinking Cup | _____ | _____ | _____ | _____ |
| (1) | Extension Cord | _____ | _____ | _____ | _____ |
| (1) | Glasses, Eye Prescription | _____ | _____ | _____ | _____ |
| (10) | Letters, Personal | _____ | _____ | _____ | _____ |
| (1) | Padlock | _____ | _____ | _____ | _____ |
| (50) | Photographs | _____ | _____ | _____ | _____ |
| | Prosthetic Devices | _____ | _____ | _____ | _____ |
| (1) Pair | Shower Shoes | _____ | _____ | _____ | _____ |
| (1) | Wedding Band | _____ | _____ | _____ | _____ |
| (1) | Wristwatch | _____ | _____ | _____ | _____ |

**SECTION II: APPLIANCES**

| ITEM | DESCRIPTION: MODEL/SERIAL # | QUANTITY/MAX VALUE ALLOWED | CONDITION | DECLARED VALUE |
|---|---|---|---|---|
| Antenna | _____ | (1) Canteen Price | _____ | _____ |
| Blow Dryer | _____ | (1) Canteen Price | _____ | _____ |
| Calculator | _____ | (1) $10.00 | _____ | _____ |
| Clock, Alarm | _____ | (1) Canteen Price | _____ | _____ |
| Curling Iron | _____ | (1) Canteen Price | _____ | _____ |
| Ear Plug | _____ | (1) Canteen Price | _____ | _____ |
| Extension Cord | _____ | (1) Canteen Price | _____ | _____ |
| Fan | _____ | (1) Canteen Price | _____ | _____ |
| Headphone Extension | _____ | (1) Canteen Price | _____ | _____ |
| Headphones | _____ | (1) Canteen Price | _____ | _____ |
| Hot Pot | _____ | (1) Canteen Price | _____ | _____ |
| Lamp | _____ | (1) Canteen Price | _____ | _____ |
| MP3 Player, 4 Rechargeable AA batteries, Charger & AC Wall Adapter | | (1) Canteen Price | _____ | _____ |
| Radio/Tape Player/Clock Radio | _____ | (1) Canteen Price | _____ | _____ |
| Razor, Electric | _____ | (1) Canteen Price | _____ | _____ |
| Tape Player | _____ | (1) Canteen Price | _____ | _____ |
| Tapes | _____ | (1) Canteen Price | _____ | _____ |
| Television | _____ | (1) Canteen Price | _____ | _____ |
| Typewriter | _____ | (1) Canteen Price | _____ | _____ |

I certify the above is a correct inventory of my property.

_____    _____    _____        _____    _____
Signature of Resident        Number        Date            Officer Signature            Date

I certify that all property shown on this inventory was returned to me this date.

_____    _____    _____        _____    _____
Signature of Resident        Number        Date            Officer Signature            Date

Was the resident present when property was inventoried?   Yes_____    No_____.  If resident was not present, explain why _____

Officer Signature _____

Exhibit 4

## Kansas Department of Corrections
## Resident Personal Property Inventory

**PART II**

RESIDENT NAME & NUMBER:_____     DATE:_____

REASON FOR INVENTORY:  NEW COMMITMENT_____     TRANSFER_____     STORAGE_____     OTHER (SPECIFY)_____

FACILITY WHERE INVENTORY TAKEN: _____

**SECTION III**: OTHER REGISTERED PROPERTY

| ITEM | DESCRIPTION: MODEL/SERIAL # | CONDITION | DECLARED VALUE |
|------|------------------------------|-----------|----------------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(use page 3 if necessary)

**SECTION IV**: CONSUMABLE PROPERTY (Property which is not registered when received, e.g. canteen items, but which must be recorded when inventory is taken.)

| ITEM | DESCRIPTION | AMOUNT | ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|------|-------------|--------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I certify the above is a correct inventory of my property.

_____     _____     _____     _____     _____
Signature of Resident                                            Number           Date          Officer Signature              Date

I certify that all property shown on this inventory was returned to me this date.

_____     _____     _____     _____     _____
Signature of Resident                                            Number           Date          Officer Signature              Date

Was the resident present when property was inventoried?  Yes_____     No_____.

If resident was not present, explain why     _____

_____

_____
Officer Signature

Exhibit 4

**SECTION III**: OTHER REGISTERED PROPERTY (Page 2)

RESIDENT NAME & NUMBER:_____    DATE:_____

| ITEM | DESCRIPTION: MODEL/SERIAL # | CONDITION | DECLARED VALUE |
|------|------------------------------|-----------|----------------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

I certify the above is a correct inventory of my property.

_____

Signature of Resident                Number           Date           Officer Signature           Date

I certify that all property shown on this inventory was returned to me this date.

_____

Signature of Resident                Number           Date           Officer Signature           Date

Was the resident present when property was inventoried?  Yes_____   No_____.

If resident was not present, explain why _____

_____

_____

_____

_____

Officer Signature

Exhibit 4

Attachment E, IMPP 12-120A
Effective 08-09-2021

## Kansas Department of Corrections
## Resident Property Receipt

This form is to be used to document the receipt of any personal property a resident receives. A separate form is to be used for each occasion property is received. Property shown on this form is transferred to a Property Inventory and Registration form at the time the next inventory is taken.

RESIDENT NAME & NUMBER:_____  DATE:_____

| ITEM | BRAND, MODEL, SERIAL NUMBER | *VALUE | RESIDENT INITIALS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

*If value of item is verified by sales receipt, indicate that value and place a "V" in the value column. If value cannot be verified, indicate the value as declared by the resident and place an "I" in the value column and have the resident initial his/her declaration of value.

I hereby acknowledge receipt of the above-described property on this date.


_____          _____
Resident Signature                    Date                    Staff Witness                    Date

Exhibit 4

Attachment F, IMPP 12-120A
Effective 08-09-2021

**Kansas Department of Corrections**
**Request/Authorization to Remove Personal Property**

Facility: _____    Date: _____

Resident Name: _____    Number: _____

I hereby request that the below described personal property be removed from the facility by the means specified.

_____        _____
Resident Signature            Date          Staff Signature                  Date

| ITEM | DESCRIPTION |
|------|-------------|
|      |             |
|      |             |
|      |             |
|      |             |
|      |             |

**Method of Removal (Check One)**                    Receiving Party

☐    Picked up by visitor or other
authorized person.                    _____
                                      Name

☐    Donated to charitable
organization.                         _____
                                      Address

☐    Destroyed. Of no value
to resident.                          _____
                                      City                    State        Zip

☐    Delivered to the local address
shown by facility staff.              _____
                                      Relationship

☐    Shipped or mailed to person/address
indicated.                            _____
                                      Signature of Person Picking Up Items

Removed via furlough.

- If items are to be picked up or shipped, the resident must indicate the name and address of the receiving party.

- If donation to charitable organization is indicated, staff member must indicate the name and address of the organization at the time of disposition.

- If items are to be shipped, the resident must be provided with and complete the actual shipping label used.

The above described property was removed from the facility as specified on this date.

_____        _____
Staff Signature                            Date

Exhibit 4

Attachment G, IMPP 12-120A
Effective 03-14-23

## SPECIAL PROPERTY INVENTORY FORM

RESIDENT NAME & NUMBER:_____ DATE:_____

The following Items were permitted under the provisions of a property policy prior to April 15, 1991.

The resident is permitted to retain these items until the time of transfer to another facility. Replacement is not permitted. If the resident becomes the subject of a disciplinary action involving these items, such items are to be removed from the facility. The value of these items is fixed according to prior applicable versions of IMPP 12-120A, as of April 15, 1991 concerning discretionary property values.

| ITEM | BRAND, MODEL, SERIAL NUMBER | VALUE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Signature of Resident     Number     Date           Officer Signature                          Date

Was the resident present when property was inventoried?  Yes_____     No_____.

If resident was not present, explain why _____

_____
Officers Signature

Exhibit 4

Attachment H, IMPP 12-120A
Effective 04-14-22

## ADMISSION PROPERTY

The following items may be retained by resident at the time they are transported by a Kansas county Sheriff to KDOC custody at a Reception and Diagnostic Unit (RDU). All other items are to be returned with officers transporting the resident to the KDOC.

| ITEM | SPECIFICATIONS | QUANTITY | VALUE |
|------|----------------|----------|-------|
| Bible/Primary Religious Text | Approved by reception facility Chaplain. | 1 | |
| Contact Lenses | As received, may be in resident's possession until replaced. Replace with eyeglasses from State contract unless health care provider determines that contacts are the preferred corrective device. | 1 | |
| Dentures | As received with or prescribed by health authority. | 1 set | |
| Glasses, Eye Prescription | As received. | 1 | |
| Identification Documents- Documents Are to be retained by KDOC until release | Driver's license, social security card, birth certificate or any other form of identification in a resident's possession. | As received | |
| Letters, Personal | | 10 | |
| Photographs | Non-Polaroid, 8 1/2" x 11" or smaller, each separate physical image on multi-image sheets counts as one (1) photograph (ex. 20 images on one sheet counts as 20 photographs). Commercial/published pictures, whether individual or packaged, are prohibited. "Commercial published content" is defined as those depictions which are produced in bulk, considered a commodity and often are replicated/ produced for sale or purchase. | 50 | |
| Prosthetic Device | As received with resident and approved by health authority. | As received | |
| Wedding Band | Plain, no stone. | 1 | 50.00 |
| Wristwatch | No stones. | 1 | 25.00 |

Exhibit 4

Attachment I, IMPP 12-120A
Effective 08-09-2021

## KANSAS DEPARTMENT OF CORRECTIONS ELECTRONIC CHECKLIST

FROM FACILITY:_____    TO FACILITY:_____

EMPLOYEE INITIALS:_____

RESIDENT NAME:_____    NUMBER_____    DATE_____

|  |  | Packout | | Return | |
|---|---|---|---|---|---|
| Television | Volume Works | Yes __ | No __ | Yes __ | No __ |
|  | On/Off Switch Works | Yes __ | No __ | Yes __ | No __ |
|  | Reception Works | Yes __ | No __ | Yes __ | No __ |
|  | Visible Cracks or Broken Parts | Yes __ | No __ | Yes __ | No __ |

Comments: Model / Ser. No._____
_____
_____

| Fan: | On/Off Switch Works | Yes __ | No __ | Yes __ | No __ |
|---|---|---|---|---|---|
|  | Speed Control Works | Yes __ | No __ | Yes __ | No __ |
|  | Visible Cracks or Broken Parts | Yes __ | No __ | Yes __ | No __ |
|  | Fan Oscillates (if applicable) | Yes __ | No __ | Yes __ | No __ |

Comments: Model_____
_____
_____

| Typewriter: | On/Off Switch Works | Yes __ | No __ | Yes __ | No __ |
|---|---|---|---|---|---|
|  | Keys Work | Yes __ | No __ | Yes __ | No __ |
|  | Visible Cracks or Broken Parts | Yes __ | No __ | Yes __ | No __ |
|  | Carriage Locks in Place (if applicable) | Yes __ | No __ | Yes __ | No __ |

Comments: Model / Ser. No._____
_____
_____

| Radio/Tape Player | On/Off Switch Works | Yes __ | No __ | Yes __ | No __ |
|---|---|---|---|---|---|
|  | Volume Works | Yes __ | No __ | Yes __ | No __ |
|  | Reception Works | Yes __ | No __ | Yes __ | No __ |
|  | FFW, REW, Switches Work | Yes __ | No __ | Yes __ | No __ |
|  | Visible Cracks or Broken Parts | Yes __ | No __ | Yes __ | No __ |

Comments: Model / Ser. No._____
_____
_____

| MP3  Player , Batteries | On/Off Switch Works | Yes __ | No __ | Yes __ | No __ |
|---|---|---|---|---|---|
| & Charger | Volume Works | Yes __ | No __ | Yes __ | No __ |
|  | Battery Charger Works | Yes __ | No __ | Yes __ | No __ |
|  | Visible Cracks or Broken Parts | Yes __ | No __ | Yes __ | No __ |

Comments: Model / Ser. No.._____
_____
_____

Officer Signature:  _____    Date: _____

Resident Signature: _____    Date: _____

Was resident present when the checklist was completed:                Yes __    No __

If resident was not present, explain why?

Return Officer Signature: _____    Date:_____

Resident Signature on Property Return_____    Date:_____

Exhibit 4

Page 1 of 4, Attachment J, IMPP 12-120A
Effective 03-21-24

## PROPERTY ALLOWED IN RESTRICTIVE HOUSING
### (Alphabetical)

| ITEM | SPECIFICATIONS | QUANTITY | VALUE |
|---|---|---|---|
| Address Book | Not to exceed 8" x 9," to be purchased through canteen or special purchase order. | 1 | CP |
| Bible/Primary Religious Text | Must be approved by facility Chaplain. | 1 | |
| Blue Book, AA Text | | 1 | Current AA Rate |
| Books/Magazines/ Newspapers | From publisher or vendor only but may be purchased by third parties for a resident's use. | 6 | |
| Calendar | Issued by facility. | 1 | CP |
| Cards | Poker, Pinochle, or UNO | 2 decks | CP |
| Checkers | Plastic or wooden; factory manufactured, to include cardboard or paper checker board. | 1 set | CP |
| Chess Set | Plastic or wooden; factory manufactured, to include cardboard or paper chess board. | 1 set | CP |
| Clock, Alarm (APPLIANCE) | | 1 | 15.00 |
| Comb | Plastic only. | 1 | CP |
| Conditioner | | 2 | CP |
| Copy Ticket | | CL | CP |
| Dental Floss | | 2 | CP |
| Denture Adhesive | | 2 | CP |
| Denture Container (Cup) | | 1 | CP |
| Denture Crème | | 2 | CP |
| Dentures | As received with resident or prescribed by Health Authority. | 1 set | |
| Deodorant, Stick | | 2 | CP |
| Dictionary | In addition to book limitation. | 1 | |
| Dominoes | Wood or plastic; factory manufactured. | 1 set | CP |
| Drinking Cup | Plastic; no logo permitted; up to 22 ounces. If insulated, must be clear view/double walled. | 2 | CP |
| Earplug (APPLIANCE) | | 1 | CP |
| Earplug Adapter | | 1 | CP |
| Envelopes | All sizes. No padded envelopes of any kind, including those containing "bubble wrap" as a component. | 2 boxes | CP |
| Eyeglasses | As received during or after admission (with frames approved by the warden or designee) or as provided per health authority determination, prescription only. Unless required by Health Authority prescription, are to be non-tint, non-wired, non-mirrored, non-wrap-around. Received eyeglasses approved by a Warden are transferable property. | 1 pair | Frames limited to $200, with claims replacement limited to value of eyeglasses issued by Health Authority. |

| Eyeglasses, non-prescription / reading | As received during or after admission (with frames approved by the warden or designee), are to be non-tint; non-wired; non-mirrored; or non-wraparound. Received reading glasses approved by a Warden are transferable property. | 1 pair | 20.00 |
|---|---|---|---|
| Fan (APPLIANCE) | Blade size limited to twelve (12) inches diameter fan; electric; plastic blades; UL approved; safety guard. Additionally, on and after 04/01/97, the safety guard on all fans purchased by residents through SPOs, or purchased by a facility canteen for resale to residents, must be constructed of plastic. | 1 | CP |
| Feminine Napkins, Tampons, Pads | Females only. | 2 boxes | CP |
| File Folder | Non-metal only. | 2 | CP |
| Food Items | Only as authorized to be sold on the canteen list for long-term restriction in A and B cell house at EDCF only.  Commissary package programs are not authorized. Other short-term restrictive housing residents are not authorized to purchase or receive food items through canteen. Commissary package programs are not authorized. | | |
| Foot Powder | | 2 | CP |
| Greeting Cards | As sold in canteen or Chaplain provides. | 10 | CP |
| Hairbrush | Wood or Plastic only. | 1 | 5.00 |
| Hair Care Products | | 2 | CP |
| Headphone Extension (APPLIANCE) | Maximum length 12'. | 1 | CP |
| Headphones (APPLIANCE) | One any size | 1 | CP |
| Ice Chest | 6-pack size; hard plastic; no styrofoam. | 1 | 16.50 |
| Lamp (APPLIANCE) | High intensity reading lamp; desktop. | 1 | CP |
| Letters, Personal | | 10 | |
| Lotion, Hand | Non-alcoholic; clear plastic container. | 2 | CP |
| Medications / Over The Counter | Residents at all other facilities are limited to the following items:  Acetaminophen, Aspirin, A&D Ointment, Alka-Seltzer, Alka-Seltzer Cold +, Acne-Peroxide Lotion – Benzyl Peroxide, Ben Gay, Carmex, Cough Drops, Chest Rub, Eucerin or Nivea Cream, Imodium, Motrin, Medicated Shampoo, Pepto-Bismol, Medicated Foot Powder, Metamucil Powder, Natural Tears, Hydrocortisone cream, Ibuprofen, Pepcid AC, Antacid tablets, Anti-fungal cream, Hemorrhoidal cream, Triple antibiotic cream. | 1 each | CP |
| MP3 Player | MPE player and accessories (4 double A rechargeable batteries, charger, and AC wall adapter) | 1 | CP |
| Notebooks | Non-metal only. | 2 | 2.00 |
| Paper, Writing | | 2 pkg. | CP |
| Pen, Ballpoint | Non-retractable tip only. | 2 | CP |
| Photo Album | Non-metal; non-glass; 10" x 14". | 2 | 20.00 Total |

| | | | |
|---|---|---|---|
| Photographs | Non-Polaroid, 8 1/2" x 11" or smaller, each separate physical image on multi-image sheets counts as one (1) photograph (ex. 20 images on one sheet counts as 20 photographs). Commercial/published pictures, whether individual or packaged, are prohibited. "Commercial published content" is defined as those depictions which are produced in bulk, considered a commodity and often are replicated/ produced for sale or purchase. | 50 | |
| Pick, Hair | Plastic only, no handle; no rattail. | 1 | 5.00 |
| Postage Stamps | Any denomination up to and including that which is required to mail a one (1) ounce First Class letter. | 25 | CP |
| Q-Tips | | 2 packs | CP |
| Radio – AM/FM /Tape Player /or/ Clock Radio – AM-FM (APPLIANCE) | 20" x 10" x 8"; may be radio, tape player, or radio/tape player (single cassette/tape deck) combination, standard cassette; equipped for headphone, earphone or earplug; UL approved. Only AM/FM Radios or AM/FM Clock Radios may be purchased by residents on SPO or ordered by facility canteens. Existing appliances with tape player capability may be sold by facility canteens until the existing stock is depleted, and existing units held by residents may be retained and transferred, but may be neither repaired nor replaced with anything except AM/FM Radios or AM/FM Clock Radios. | 1<br>If device is an AM/FM clock radio, no separate clock is permitted as personal property. | CP |
| Religious Beads (e.g., prayer, rosary) | Must be approved by facility Chaplain/Warden and received through Chaplain/Warden. | 2 | 20.00 Total |
| Religious Head Garments | Must be approved by facility Chaplain/Warden and received through Chaplain/Warden. | 2 | 25.00 Total |
| Religious Medal or Medallion with Chain | Must be approved by facility Chaplain/Warden and received through Chaplain/Warden. No precious metals or stones. Longest dimension may not exceed 2 inches. | 1 | 20.00 |
| Rug, Prayer | Must be approved by facility Chaplain/Warden and received through Chaplain/Warden. | 1 | 25.00 |
| Shampoo | | 2 | CP |
| Shaving Crème or powder | Non-aerosol. | 2 | CP |
| Shaving Cup/Brush | Plastic only. | 1 | CP |
| Shirts, Under | State-issued only | 7 | NA |
| Shoe Insoles | | 1 set | 5.00 |
| Shoe, Shower | | 1 pair | CP |
| Shorts, Athletic | A minimum of 4" inseam, gray only. | 2 | 30.00 Total |
| Soap, Bar or Gel | | 2 | CP |
| Soap Dish | Plastic. | 1 | 2.00 |
| Socks | State-issued only. | 5 | NA |

Exhibit 4

| | | | |
|---|---|---|---|
| Sunglasses | Non-mirror; non-prescription; non-wrap around; non-wire frame. | 1 | 10.00 |
| Surge Protector (APPLIANCE) | Single outlet or power strip type, no more than 6 outlets, UL approved. | 1 | CP |
| Sweat Suit (Basic) | Non-work release males and females. Plain gray; pullover hoodless; no logo; unaltered. No designer sweat suits, including those approved under previous policies, i.e. grand fathered prior to the effective date of this IMPP. | 1 | 55.00 |
| Television (APPLIANCE) | Only authorized for residents housed as long-term restrictive housing pursuant to IMPP 20-104A.<br><br>B & W or color; 13" or 15"; equipped with earphone, headphone or earplug. Any television equipped with a remote control may be either purchased by residents through SPOs, or purchased by a facility canteen for resale to residents. Batteries for the remote control units are available in the canteen. | 1 TV & 1 set of Batteries for Remote control, if so equipped. | CP |
| Tissues | | 2 | CP |
| Toothbrush | State-issued safety brush | 1 | NA |
| Toothpaste | | 2 | CP |
| Underwear/Boxers | State-issue only | 5 | NA |
| Vitamins | | 1 bottle | CP |