Case 5:25-cv-03024-HLT-ADM    Document 28-5    Filed 12/15/25    Page 1 of 4

Exhibit 5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JOHN F. FRANCIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No: 25-3024-JWL |
| | ) | |
| SAM CLINE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF JOHN HENKE

Pursuant to 28 U.S.C. §1746, John Henke, states under oath as follows:

1. My name is John Henke, and I am currently employed as a Unit Team Supervisor by the Kansas Department of Corrections (KDOC) at the El Dorado Correctional Facility (EDCF).

2. I have been employed by KDOC since September 25, 2017, and have served as a Unit Team Supervisor from April 28, 2024, to present.

3. I previously served in the role of a Unit Team Manager in a Restrictive Housing Unit (RHU) from August 20, 2023, to April 27, 2024.

4. As a Unit Team Manager at EDCF, I was responsible for managing the day-to-day operations of my assigned cellhouse, which included overseeing resident housing and

moves, management of the Corrections Counselors and Unit Team Supervisors, and conducting segregation reviews.

5. Residents transferred into an RHU are often not transferred with their personal property. The personal property is packed up by staff and inventoried before being returned to the resident.

6. Residents who are not transferred into an RHU with their personal property, are regularly provided with soap, toothpaste, and toothbrush.

7. Any RHU resident, whether recently transferred or without funds to purchase hygiene products, may request those from Unit Team, as needed.

8. In October of 2023, resident, John Francis, was moved into my assigned cellhouse.

9. Mr. Francis refused a cellmate, and so, initially, he had to be placed in an observation cell, designated for a single occupant.

10. I do not recall Mr. Francis requesting hygiene products from me during that time, nor do I have any knowledge of him requesting such products from other members of his Unit Team.  It would have been routine for hygiene items such as soap and toothpaste, to be provided to Mr. Francis, upon his request.

11. Mr. Francis filed a grievance, alleging that his temporary placement in single occupancy cells during October of 2023, and the removal of his personal property, was staff retaliation for his refusal to take a cellmate.

12. As I explained in my response to Mr. Francis' grievance, attached hereto as *Exhibit A*, when a cellhouse is at capacity and a resident refuses a cellmate, we are unable to lose the use of that extra bed by single celling a resident.  A resident may need to be temporarily housed in a single occupancy cell, until an extra bed becomes available.

Exhibit 5

13. I am familiar with Mr. Francis through my work for the KDOC and EDCF. I do not

personally know Mr. Francis.  All communication I have had with Mr. Francis was

within the scope of the duties of my position of employment with the State of Kansas and

not in any personal or non-business capacity.

Pursuant to 28 U.S.C. § 1746, the above statements are true and based upon my personal

knowledge to which I am competent to testify at trial.  I declare, certify, verify, and state under

penalty of perjury under the laws of the United States that the foregoing is true and correct.


FURTHER AFFIANT SAYETH NOT.

John Henke, Unit Team Supervisor
El Dorado Correctional Facility
Kansas Department of Corrections


Subscribed and sworn before me this 15th day of December, 2025.

Notary Public

My appointment expires: 10/23/29

NOTARY PUBLIC - State of Kansas
MICHAEL W. ADDINGTON
My Appt Expires 10/23/29

Exhibit A

El Dorado
Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042



**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary                                            Laura Kelly, Governor
Tommy Williams, Warden

December 4, 2023

To: Francis, John #79594

Re: Grievance

Issue: Resident Frances #79594 claims that after refusing to take a cell mate, that he was punished by being placed on one of our signal main limited contact cells.

Fact: On 10/6/2023 was assigned to move form ACH into B1-230. However, when we brought him over to move into that cell, he refused to cell with the resident that was already in that cell. As a result, we had to move him into cell B1-266 which is a limited contact cell. Resident has continued to refuse to take a cell mate which creates a situation where we can't use that other bed.

Response: Due to your refusal to take a cell mate we had to move you into the only signal man cell that was available. Be advised it is the expectation of every resident in RHU to take a cell mate should a bed be needed. If a resident is refusing to take a cell mate it makes no since to house them in a normal cell which basically takes that other bed off line. This was not an act of punishment but a means by which we were able to appropriately house all resident assigned to BCH.

UTM J. Henke
Unit Team Manager of BCH

VTM Hh