Exhibit 6



# INTERNAL MANAGEMENT POLICY & PROCEDURE

**Applicability:** _ ADULT Operations Only    _ JUVENILE Operations Only   X DEPARTMENT-WIDE

---

**IMPP #:  12-127D**                                                                                      **PAGE #:  1 of 6**

**SECURITY AND CONTROL: Issue of Resident Hygiene Items, Writing Supplies, Postage, Copying Services, and Resident Requests for Printed Materials**

**Original Date Issued: 03-28-22    Replaces IMPP Issued:  08-11-25    CURRENT EFFECTIVE DATE: 08-27-25**

**Approved By:** _____ **, Secretary       Next Scheduled Review:** 05/2027

---

## POLICY

Residents shall be provided access to such items necessary for maintaining proper personal hygiene. Personal hygiene items shall be available for purchase by residents from each facility's canteen process. Indigent residents shall be issued basic personal hygiene items as specified by this IMPP.

Writing supplies and postage shall be available for purchase by residents from the canteen process.  Indigent residents shall be issued writing supplies and postage as specified by this IMPP. Copying services shall be available for purchase by residents. Indigent residents shall be provided with copying services as specified by this IMPP. Insolvent residents shall be provided credit for writing supplies, postage, and copying services when needed for access to courts or official mail as specified by this IMPP.

## DEFINITIONS

Basic Indigent Hygiene Supplies (BIHS): Personal hygiene items, issued at no cost to indigent residents, consisting of a soft toothbrush (1), toothpaste (2), disposable razor (2) (general population residents only), comb or pick (1), and soap (2).

Indigent: A resident whose resident bank account during the previous month has a cumulative spendable amount of less than $34.00. The cumulative spendable amount shall be determined by adding all deposits made during the month to the beginning account balance and subtracting fines, fees, restitution, garnishments, forced savings, and payments or encumbrances for court filing fees applied during the month. Amounts voluntarily withdrawn from the resident's account shall not be subtracted from the sum of the beginning balance and deposits.

Insolvent: A resident who lacks sufficient funds at the time of a requested purchase with which to make the purchase, in whole or in part, unless the resident has voluntarily withdrawn funds from the resident's account during the previous sixty (60) days for the purchase of non-essential items.

Non-Essential Items: Any and all items except for those items that would be included in basic indigent hygiene supplies, non-prescription medications and replacements for lost or destroyed "intake property" as set forth in IMPP 12-120A, Attachment A.

Paper Reading Materials: Any and all paper items purchased or acquired by a resident, but does not include Legal, Official, or Privileged Mail, which is governed by IMPP 12-139D.

## PROCEDURES

I.      **Issue of Personal Hygiene Items**

A.   Personal hygiene items shall be available for purchase by residents who are not indigent. Indigent residents shall be issued Basic Indigent Hygiene Supplies.

B.   Toilet paper shall either be issued by the reception unit staff or the officer in charge of the assigned living unit.

C.   All KDOC facilities shall maintain sufficient supplies of hygiene items for distribution to indigent residents and sale through the canteen process. BIHS items shall be made available for sale at cost to any resident; other hygiene items sold shall be subject to the usual mark-up.

   1.   All residents shall adhere to all personal hygiene requirements contained within IMPP 12-129D and the Regulations of the Secretary irrespective of whether they are indigent.

## II.   Writing Supplies, Postage and Copying Services

A.   Writing supplies consisting of stationery, envelopes, pencils, and pens shall be available for purchase in the canteen. Indigent residents shall receive a pencil, sufficient writing paper, envelopes, and postage for not more than four (4) first-class, one-ounce, domestic letters per month.

B.   All postage for legal and official mail shall be paid by the residents.

   1.   Credit for the postage required for the mailing of legal and official mail shall be given to insolvent residents. Such credit shall be deducted from the resident's funds when available.

   2.   In order to prevent abuse, the Warden has the authority to deny credit to residents and may promulgate general orders setting forth appropriate procedures related to such abuse prevention.

      a.   A denial of credit due to abuse shall be determined on an individual basis. Credit shall always be extended when necessary to provide a resident with required access to the courts.

      b.   Each Warden and Superintendent may employ thresholds for various levels of review in determining whether or not credit is to be approved dependant upon the amount of credit previously extended to, or currently sought by, a given resident. However, the requested credit may only be denied to prevent abuse.

C.   Copy machines shall be available to residents. A fee of up to 25 cents per page may be assessed and shall be paid for by the resident with all proceeds deposited into the facility's general fees fund. All other copies of either a resident's or library materials not subject to copyright protections, and all printouts of electronic legal research database search results shall be paid for by the residents at ten [10] cents per page to be deposited into the facility's resident benefit fund, or if the copier is funded by state funds, to the facility's general fee fund.

   1.   Credit for reasonable amounts of copying required for the resident to have access to the courts for criminal or non-frivolous civil litigation relating to the resident's conviction or conditions confinement shall be given to insolvent residents. Such credit shall be deducted from the resident's funds when available. In the event copying services are provided on credit, the total amount of such copying expenses shall not exceed $50.00, unless the Warden finds that special circumstances exist.

   2.   In order to prevent abuse, the Warden has the authority to deny credit to residents and may promulgate general orders setting forth appropriate procedures related to such abuse prevention.

      a.   A denial of credit due to abuse shall be determined on an individual basis. Credit shall always be extended when necessary to provide a resident with access to the courts for criminal or non-frivolous civil litigation relating to the resident's

conviction or conditions of confinement; provided, however, that such credit shall not exceed $50.00, unless the warden finds that special circumstances exist.

b.    Each Warden and Superintendent may employ thresholds for various levels of review in determining whether or not credit is to be approved dependant upon the amount of credit previously extended to, or currently sought by, a given resident. However, the requested credit may only be denied to prevent abuse.

3.    Residents may forward their legal materials to family, friends, lawyers, etc. in the community to have them copied. No copying services will be provided to a resident on credit until that resident establishes that he/she has tried but is not able to have the legal materials copied by family, friends, lawyers, etc. in the community. If the resident utilizes this option for obtaining copying services, the resident shall not be limited by the "one ounce" rule set forth at K.A.R. 44-12-601.

4.    In the event copying services are provided on credit, the materials to be copied may be sent out of the facility for the copying to be done by an outside provider if the Warden determines that such procedure will result in more economical copying services.

III.    **Resident Orders for Printed Material**

A.    With the exception of faith-based materials approved by the facility administration and provided by the Chaplain, this policy provides the exclusive method by which residents may acquire books, periodicals, or any other paper reading materials. Such reading materials may not be directly purchased for a resident, or sent to a resident, by any person.

B.    To order printed material, the resident shall complete the Printed Material Purchase Request (Attachment A).

1.    This form shall be readily available to the residents in their living units and the library.

2.    Once the resident has completed the form, they shall place the form in the outgoing mailbox, where it will be collected by the Mailroom Clerk.

a.    If the material is for religious, vocational, or educational correspondence courses, the resident must secure signatures from appropriate staff approving the materials prior to submitting to the facility mailrooms.

3.    Residents shall **not yet** complete or submit an Account Withdrawal Request (Attachment A, IMPP 04-103A).

C.    The Mailroom Clerk shall complete the following steps:

1.    Gather the Printed Material Purchase Requests from the outgoing mailboxes.

2.    Enter the information from the Printed Material Purchase Request into the designated Printed Material Requests SharePoint site.

a.    The SharePoint site shall be used to track actions taken regarding the Printed Material Purchase Request Form.

3.    Check if the publication is indicated as censored on the Publication Review & Censorship SharePoint site. If the publication is censored, the clerk shall indicate such on the Response to Printed Material Purchase Request and return the form to the resident via unit team.

4.   If the publication is not censored, check the availability and cost of the publication on all applicable approved vendors.

   a.   The approved vendors shall be listed on the Approved Vendor SharePoint site.

   b.   Newspapers may be ordered directly from the publisher, so long as the publisher accepts ACH or check, and the newspaper is received with an invoice, receipt, or packing slip, by the publisher/vendor verifying the purchase.

   c.   Staff or residents may request the Department consider additional approved vendors, provided the proposed vendors accept ACH payments or checks and do not engage in third-party sales. Additional vendors must be approved by the Deputy Secretary of Facility Management, or his/her designee, and added to the Approved Vendor SharePoint site prior to use.

   d.   If the item is not offered for sale through an approved vendor, the clerk shall notify the resident using the Response to Printed Material Purchase Request (Attachment B).

5.   Add local sales tax and shipping to the cost of the requested item.

6.   Use the Response to Printed Material Purchase Request (Attachment B) to inform the resident of the cost, including tax and shipping, of the requested item.

   a.   If the vendor's overview or description of the item indicates this item is likely to be censored under applicable KARs, the clerk shall notate such on the response.

7.   In the Printed Material Purchase Request SharePoint site, document the vendor selected, the cost of the item with tax and shipping, and date the resident was notified.

8.   Send the Response to Printed Material Purchase Request to the resident via unit team.

D.   The resident shall now take the following steps to complete an Account Withdrawal Request:

1.   The resident shall review the Response to Printed Material Purchase Request.

2.   The resident shall follow the direction in the response and complete an Account Withdrawal Request (AWR) for the amount noted, the vendor name and address as shown on the Response to Printed Materials Purchase Request, and clearly noting the title of the printed material on the "Purpose/Inmate Benefit Fund Group" line of the AWR. If the mailroom attached an order form or invoice to the Response to Printed Material Purchase Request (Attachment B), the resident shall attach the order form or invoice to the AWR.

   a.   If no order form or invoice is available, the resident shall include Attachment B with the AWR indicating what is to be ordered.

   b.   Account Withdrawal Requests for printed materials must be done on the paper AWR form until such time an electronic process can be developed.

c.   The resident shall submit the AWR and Printed Material Purchase Request form following all applicable local procedures related to submitting an AWR.

E.   The Centralized Inmate Banking or work release banking section designee shall complete the following:

1.    Receive the AWR and Printed Material Purchase Request Form and process the AWR following normal procedures.

2.    Place the order for the requested printed materials.

F.    Once the order arrives at the Facility Mailroom, the following shall occur:

1.    The Mailroom Clerk shall review the received item for signs of contraband within or upon the item, including alteration of the item to such an extent the item becomes contraband, and to determine if the item should be censored per KAR 44-5-111, 44-12-313, and/or 44-12-601.

    a.    The item must also be accompanied by a receipt, invoice, or packing slip verifying it was sent by the publisher/vendor, and include who the item is intended for, even if the publication was sent free of charge.

2.    If the item is reviewed for censorship, the clerk shall follow the procedures for that review.

3.    If the item appears to involve contraband, the clerk shall notify EAI.

4.    EAI shall inspect the item and make a final determination if the item is contraband, within one week. The item shall be treated as evidence and disposed of in accordance with procedures for the disposal of evidence.

5.    If the item is cleared, the clerk shall record receipt of the item in the Printed Materials Requests SharePoint site and forward the item to Property.

6.    Property shall ensure the item is added to the resident's inventory sheet prior to releasing the item to the resident.

## IV.    Facility General Orders

A.    To implement this policy, facility general orders shall be developed and shall address the assignment of specific responsibilities to staff and address the following procedures:

1.    The distribution of toilet paper to residents;

2.    The procedures for claim and verification of a resident's indigent status;

3.    The procedures for the notification to the canteen vendor of indigent residents;

4.    The procedures for the distribution of basic indigent hygiene supplies, writing supplies and postage;

5.    The procedures for the application and deduction of credit for legal and official mail and,

6.    The procedures for the application and deduction of credit for copying services.

**NOTE:** The policy and procedures set forth herein are intended to establish directives and guidelines for staff, residents, and offenders and those entities that are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees, residents or offenders, or an independent duty owed by the Department of Corrections to employees, residents, offenders, or third parties. Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards. Any such references within this document neither imply accredited status by a Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures

contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas This policy and procedure is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

## REPORTS REQUIRED

None.

## REFERENCES

KAR  44-5-111, 44-12-313, 44-12-601
IMPP  04-103A, 12-120A, 12-129D

## HISTORY

03-28-22 Original
08-28-24 Revision 1
07-15-25 Revision 2
08-11-25 Revision 3
08-27-25 Revision 4

## ATTACHMENTS

| Attachment | Title of Attachment | Page Total |
|------------|---------------------|------------|
| A | Printed Material Purchase Request | 1 page |
| B | Response to Printed Material Purchase Request | 1 page |

Exhibit 6

Page 1 of 1, Attachment A, IMPP 12-127D
Effective 07-27-25

**PRINTED MATERIAL PURCHASE REQUEST**

| Resident Name: | Number: | Location: | Date: |
|---|---|---|---|

☐ General Publication ☐ Religious Publication ☐ Newspaper/Magazine

☐ Book(s) ☐ Pamphlet ☐ Religious/Education
Correspondence Course
(requires additional approvals)

Preferred: ☐ New ☐ Used

| Title: | Publisher: |
|---|---|
| Author: | Subject/Description: |
| Volume: | Location: |

| Additional Information: (e.g. monthly/weekly publication) |
|---|

_____    _____
Resident Signature:                                                           Date

_____    _____
Signature & Department of Academic,                          Date
Vocational, or Pastoral Care Representative

_____    _____
Facility Administration's Signature of Approval              Date

Exhibit 6

Page 1 of 1, Attachment B, IMPP 12-127D
Effective 07-27-25

**RESPONSE TO PRINTED MATERIAL PURCHASE REQUEST**

| Resident Name: | Number: | Location: | Date: |
|---|---|---|---|
|  |  |  |  |

You submitted a request for the following printed material:

| Title/Description: | Condition: ☐ New   ☐Used |
|---|---|

| Vendor: | Address of Vendor: |
|---|---|
| SKU: |  |
| Resident's Shipping Address: |  |

☐ This was found, and the cost with tax and shipping will be $_____.

Please submit a completed Account Withdrawal Request (AWR) for the noted amount within the next 5 business days if you wish for us to process the purchase. The AWR should be made payable to the vendor and indicate the vendor's address. Make sure you write the title of the printed material on the "Purpose/Inmate Benefit Fund Group" line of the AWR. If there is an order form or invoice attached to this response, attach the order form or invoice to the AWR. If no order form/invoice is included, please include this form with the AWR.
If you have any questions, please contact the Mailroom Supervisor. **Note: Resident assumes all risk of purchase.** Upon arrival at the facility, the item will be inspected for contraband and reviewed for censorship. If the item is disallowed for either reason, the resident is not entitled to a refund or reimbursement and may be responsible for the cost to send out the item.

☐ The printed material you requested was previously censored under the provisions of KAR 44-12-313 and/or 44-12-601. You cannot purchase this material.

☐ Warning: The printed material you requested is likely to be censored under the provisions of KAR 44-12-313 and/or 44-12-601. Should you choose to order the material, it may be submitted for censorship, and if it is censored, depending upon the vendor's return policy, you might not be eligible to return the item for a refund, will not be eligible for reimbursement by the facility, and may be responsible for the cost to send out the item.

☐ Your request was received; however, we were unable to process your request with the information you provided. Please submit a new Printed Material Purchase Request providing more information so we can search for the item.

☐ The item you requested was not offered through an approved vendor. Therefore, your request is disapproved.

Staff Signature: _____   Date: _____