Exhibit 7

# KANSAS DEPARTMENT OF CORRECTIONS

| | El Dorado Correctional Facility GENERAL ORDERS | SECTION NUMBER 12-102 | PAGE NUMBER 1 of 4 |
|---|---|---|---|
| | | SANITATION AND HYGIENE: Resident Hygiene/Writing Supplies, Legal Postage Credit, and Copying Services | |

| Approved By: | Original Date Issued: | 02-21-1993 |
|---|---|---|
| *J. L. Williams* Warden | Current Amendment Effective: | 02-03-2024 |
| | Replaces Amendment Issued: | 11-01-2007 |

## POLICY

Residents shall be provided access to such items necessary for maintaining proper personal hygiene in accordance with IMPPs 12-127D and 12-129D.

## DEFINITIONS

None.

## PROCEDURES

I.      **Resident Personal Hygiene**

     A.      Unit Team Managers shall establish and publish schedules for their living units that permit the residents to shower at least three times per week. In addition to the schedules, the Unit Team Managers shall address time limits, frequency of showers, and permitted items for residents to carry to and from the showers.

     B.      The Chief of Security or higher authority shall approve requests for the use of force when medical, security, or safety reasons dictate a need for showering a non-compliant resident.

II.     **Barbering Services**

     A.      General population residents shall have access to the barbershop in accordance with posted schedules.

     B.      Each general population unit and restrictive housing unit shall maintain a logbook listing of resident barbershop requests.

        When directed, staff shall send the general population residents on the list to the barbershop on a pass.

     C.      Approved barbering equipment shall be maintained in each restrictive housing unit (RHU).

        1.      General population resident barbers shall be provided through the shift supervisor to provide barbering services in RHU.

        2.      RHU residents shall be properly restrained and under staff escort when receiving barbering services.

     D.      Resident barbers shall have successfully completed a barbering vocational program or have

documented evidence of accredited barber training.

E.    Barbering equipment shall be inventoried prior to and at the conclusion of each barbering session. Missing items shall be reported immediately to the shift supervisor.

F.    The supervising staff member shall confirm all barbering equipment is cleaned and sanitized before return to the storage area.

## III.    Hygiene/Writing Supplies

A.    Residents received into the EDCF Central Unit shall be issued basic indigent hygiene supplies (BIHS) in accordance with IMPP 12-127D.

B.    Residents received into the EDCF Reception and Diagnostic Unit (RDU) shall receive BIHS and writing paper, a pencil, and four (4) specially stamped envelopes.

  1.    The above supplies shall be reissued every 30 days to residents in RDU.

C.    Disposable razors shall be made available to restrictive housing residents during scheduled shower times. Residents shall return the razors, intact, before being allowed to exit the shower.

D.    Toilet paper shall be available to residents through living unit staff.

  1.    Toilet paper shall be issued on a one for one basis with the resident required to return an empty cardboard role holder before being issued another full role.

  2.    In areas with common restrooms, staff shall ensure that toilet paper holders are appropriately stocked.

## IV.    Determination of Indigence

A.    On the first business day of each calendar month, the accounting department shall provide the warehouse and the Unit Team Managers with a listing by living unit of those residents meeting the criteria for indigent status.

  1.    The warehouse shall deliver indigent packages to each living unit for cellhouse staff to distribute to the residents on the list in conjunction with the delivery of monthly cellhouse supplies.

  2.    The Unit Team Managers shall pick-up, from the accounting department, four (4) first class postage stamps for each resident on the indigent list and deliver the stamps to the residents in their units.

B.    Residents on the indigent list shall sign a statement acknowledging their receipt of the indigent packages and the four (4) postage stamps. Unit Team Managers shall maintain the lists for dispute resolution.

## V.    Legal Postage Credit

A.    Outgoing legal or official mail sent with postage provided on credit in accordance with IMPP 12-127D shall be subject to inspection and a cursory reading in the presence of the resident for the purpose of ascertaining that the mail is indeed legal or official mail, and the resident shall then be permitted to seal the envelope containing the mail.

B.    Residents requesting legal or official postage credit shall complete both an EDCF Request for Legal Postage Credit form (attachment A) and an Account Withdrawal Request and forward the requests to their unit team.

C.    Upon receipt of the Request for Legal Postage Credit form and the Account Withdrawal Request, the unit team shall:

1.    Review the completed forms to ensure all required information is included and inspect the mail as outlined in section IV. A.; and

2.    Once unit team has reviewed the postage credit form and completed the unit team information section, they shall make a recommendation, sign the forms if appropriate, and forward them to the mailroom.

D.    Upon receipt of the postage credit request form, mail room staff shall review the request to determine that all necessary information has been provided and is accurate.

1.    If the cost of the requested postage, coupled with any outstanding balances due for previously provided postage credit totals $50.00 or less, the requested postage shall be provided, and the resident notified of the cost and the date the item was mailed.

2.    If the total cost of the requested postage, coupled with any outstanding balances for prior postage credit exceeds $50.00, the request shall be signed and forwarded to the warden's designee for review.

E.    Upon receipt of the postage credit request form, the warden's designee shall review the request and provide a written recommendation to the warden to either approve or disapprove the request.

1.    If approved, the warden's designee shall sign the postage credit form and return it to the mail room processing.

2.    If recommended for disapproval, the postage credit request form shall be forwarded to the warden for final disposition.

F.    The warden shall review the designee's recommendation and approve or disapprove extending additional postage credit.

G.    All forms shall be returned to the mail room for processing or if denied, for return to the requesting resident.

H.    Considerations for denying legal postage credit shall include but not be limited to the following factors:

1.    Whether the resident is insolvent as defined in IMPP 12-127D;

2.    Whether the intended recipient has requested or requires the documents;

3.    The amount of postage credit previously extended; and

4.    Whether the resident has abused this privilege in the past.

**VI.    Copying Services**

A.    EDCF copy tickets shall be available for purchase through the canteen.

B.    General population residents shall submit their copy requests on a Form 9 to the facility librarian with either an EDCF copy ticket or a completed Account Withdrawal Request.

C.    Restrictive housing residents shall submit their copy requests on a Form 9 to their unit team with either an EDCF copy ticket or a completed Account Withdrawal Request.

**Note:** The general orders set forth herein are intended to establish directives and guidelines for staff, offenders and those entities who are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees, offenders or an independent duty owed by the Department of Corrections to either employees, offenders or third parties. This General Order is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

Exhibit 7

**REPORTS**

None.

**REFERENCES**

IMPP            12-127D, 12-129D

**ATTACHMENTS**

| Attachment | Title of Attachment | Page Total |
|------------|--------------------|-----------|
| A | EDCF Request for Legal Postage Credit | 1 page |

Exhibit 7

Attachment A, EDCF 12-102
Effective 02-03-2024

**EDCF REQUEST FOR LEGAL POSTAGE CREDIT**

Printed name: _____ KDOC number: _____

- I am requesting legal postage credit to access the court for criminal or non-frivolous civil litigation relating to my conviction or conditions of confinement.  I am requesting this credit as outlined in IMPP 12-127D as it applies to insolvent inmates.  Providing false or incomplete information shall result in a denial of credit.  The Warden has the authority to deny credit to prevent abuse and establish thresholds of review.

- As specified in KAR 44-12-601, any outgoing legal mail sent with postage provided on credit shall be subject to inspection and a cursory reading in my presence before being permitted to seal the envelope.

- I further understand that any outstanding postage credit due amounts shall be repaid as monies become available in my inmate account and I am required to submit an Account Withdrawal Request with this form.

I am requesting this mailed to: Name: _____
Address: _____
City, State, Zip Code: _____

Signature: _____Date: _____

Unit Team Responsibilities:

- Determine if the resident is insolvent as defined in IMPP 12-127D.
- Verify through inspection and cursory reading that the mail qualifies for legal postage credit.
- That an Account Withdrawal Request is completed correctly and attached.

Recommendation (circle one):            Approve                Disapprove

Unit Team signature: _____Date: _____

Mail Room Staff Responsibilities:

Determine current amount of outstanding postage credit.  Balance _____.

_____Check if the balance is $50.00 or less and process the request.
_____Check if the balance is $50.00 or more and forward the request to the warden's designee.

Mail Room staff signature: _____Date: _____

Warden's Designee Responsibilities:

_____Check to approve to exceed the $50.00 threshold and return to mail room for processing.
_____Check to recommend denial of postage credit based on following and forward to the Warden.
_____

Warden's designee signature: _____Date: _____

Final Action by the Warden (circle one):        Approve the Credit            Disapprove the Credit

Warden's signature: _____Date: _____