# EXHIBIT 9
# MEDICAL RECORDS
# SEALED