**Facility:** El Dorado Correctional Facility - (KS DOC)
**Created Date:** 2025-11-06 T 11:20:35 **by:** Elizabeth Fowler
**Participants:**
El Dorado Correctional Facility - (KS DOC): John Francis
Visitor: Aneisha Jackson, Johnnisha Francis, Kimberly Lidberg, Patricia Davis, Tia Bey
**Date Range:** 2023-10-06 T 00:00:00 - 2023-10-18 T 23:59:59
**Number of Records:** 191
**Timezone:** America/Chicago

| MESSAGE TYPE | DATE SENT | DATE READ | MESSAGE BODY | REVIEWER | REVIEWED AT | STATUS | SENDER | RECIPIENT |
|---|---|---|---|---|---|---|---|---|
| | 2023-10-06 T 11:33:05 | 2023-10-07 T 11:55:27 | Cuz u gon have to call these people. They have me in a box wit no phone or outlets. Jus a mat and a toilet. | Auto Approved | 2023-10-06 T 11:33:14 | Read | John Francis 79594 | Tia Bey |
| | 2023-10-06 T 16:38:04 | 2023-10-07 T 11:26:50 | I have no phone or no outlets. | Auto Approved | 2023-10-06 T 16:38:05 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-06 T 16:39:39 | 2023-10-06 T 16:41:51 | I'm in a box wit no phone. | Auto Approved | 2023-10-06 T 16:40:51 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-06 T 16:40:36 | 2023-10-06 T 16:41:51 | I'm in here wit no phone. | Auto Approved | 2023-10-06 T 16:40:36 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-06 T 16:42:08 | 2023-10-06 T 16:43:21 | What the hell....Why.? | Auto Approved | 2023-10-06 T 16:42:09 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-06 T 16:44:17 | 2023-10-07 T 11:26:50 | Because I wouldn't take a celly. So at least till Mon. | Auto Approved | 2023-10-06 T 16:44:18 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-06 T 16:47:18 | 2023-10-07 T 11:26:50 | All my messages to u are pending. But it's because I refuse to go anyway but solo. | Auto Approved | 2023-10-06 T 16:47:18 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-06 T 16:48:41 | 2023-10-06 T 16:50:10 | They only do my messages to u like this. U have 3 pending. | Auto Approved | 2023-10-06 T 16:48:42 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-06 T 16:49:35 | 2023-10-06 T 16:58:55 | Because I refuse to share the space. | Auto Approved | 2023-10-06 T 16:49:37 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-06 T 16:50:56 | 2023-10-09 T 09:25:44 | It's definitely being weird it keep sending me notifications saying u sent me something but i can't see it | Terri Kiser | 2023-10-09 T 08:50:15 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-06 T 16:51:20 | 2023-10-06 T 16:55:07 | U okay.? | Auto Approved | 2023-10-06 T 16:51:39 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-06 T 16:54:43 | 2023-10-06 T 16:58:55 | Please let our kids know how much I truly do love and miss'em! I freaking hate not being able to see or talk to'em! | Auto Approved | 2023-10-06 T 16:54:51 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-06 T 16:56:09 | 2023-10-06 T 16:58:55 | Truth be told, as long as I have u in my life I swear I'm good! | Auto Approved | 2023-10-06 T 16:56:43 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-06 T 16:59:14 | 2023-10-06 T 17:02:55 | The lawyer called up yesterday. He was pretty excited. Right now I really can't think about nothing but getting there. I haven't been this close before. Now In'sha Allah it's jus a matter of months. | Auto Approved | 2023-10-06 T 16:59:15 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-06 T 17:02:39 | 2023-10-06 T 17:02:53 | Okay I will and We still got our visit tomorrow, right? | Auto Approved | 2023-10-06 T 17:02:39 | Read | Aneisha Jackson 108.147.103.12 | John Francis 79594 |
| | 2023-10-06 T 17:03:13 | 2023-10-06 T 17:08:15 | Yes. | Auto Approved | 2023-10-06 T 17:04:01 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-06 T 17:06:11 | 2023-10-06 T 17:08:15 | I don't even have outlets so I won't be able to watch no sports! I don't miss the Chiefs! So I'ma have to listen to it on my mp3. | Auto Approved | 2023-10-06 T 17:06:11 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-06 T 17:11:14 | 2023-10-06 T 17:13:32 | Smh that's crazy | Auto Approved | 2023-10-06 T 17:11:16 | Read | Aneisha Jackson 108.147.103.12 | John Francis 79594 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2023-10-06 T 17:15:24 | 2023-10-07 T 11:26:50 | Ikr. So it'll be at lest till Monday. | Auto Approved | 2023-10-06 T 17:15:24 | Read | John Francis 79594 | Aneisha Jackson |
| 2023-10-07 T 09:22:31 | 2023-10-07 T 13:00:21 | Babe....u good? Give me a call | Auto Approved | 2023-10-07 T 09:22:33 | Read | Kimberly Lidberg 75.81.132.26 | John Francis 79594 |
| 2023-10-07 T 11:59:38 | 2023-10-07 T 12:59:09 | Oh hell naw | Auto Approved | 2023-10-07 T 11:59:39 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |
| 2023-10-07 T 12:00:18 | 2023-10-07 T 12:59:09 | I'm finna blow they ass out the water | Auto Approved | 2023-10-07 T 12:00:21 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |
| 2023-10-07 T 13:00:09 | 2023-10-07 T 13:32:18 | And they say it's at least until Mon. | Auto Approved | 2023-10-07 T 13:00:09 | Read | John Francis 79594 | Tia Bey |
| 2023-10-07 T 13:01:07 | 2023-10-07 T 13:02:22 | Can't, they moved me to a square wit no phone! | Auto Approved | 2023-10-07 T 13:01:07 | Read | John Francis 79594 | Kimberly Lidberg |
| 2023-10-07 T 13:01:40 | 2023-10-07 T 13:02:22 | They tryna punish me! | Auto Approved | 2023-10-07 T 13:01:41 | Read | John Francis 79594 | Kimberly Lidberg |
| 2023-10-07 T 13:10:27 | 2023-10-07 T 13:56:24 | That's sooooooooooo crappy of them... It hurts my soul :( | Auto Approved | 2023-10-07 T 13:10:30 | Read | Kimberly Lidberg 75.81.132.26 | John Francis 79594 |
| 2023-10-07 T 13:32:37 | 2023-10-07 T 13:54:39 | What's they reason | Auto Approved | 2023-10-07 T 13:32:38 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |
| 2023-10-07 T 13:32:52 | 2023-10-07 T 13:54:39 | When they put u in there? | Auto Approved | 2023-10-07 T 13:32:53 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |
| 2023-10-07 T 13:38:43 | 2023-10-07 T 13:54:39 | They tryna break you cuz.. we moving in on they fucking head.. this the same thing they did to Keith before he was released. Stay cool ..we finna go viral | Auto Approved | 2023-10-07 T 13:38:46 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |
| 2023-10-07 T 13:56:20 | 2023-10-07 T 15:27:06 | They say that since I'm requesting a single man I have to stay here till one become available. | Auto Approved | 2023-10-07 T 13:56:20 | Read | John Francis 79594 | Tia Bey |
| 2023-10-07 T 13:57:09 | 2023-10-07 T 14:01:38 | It's all good babe, I'ma soulja! | Auto Approved | 2023-10-07 T 13:57:11 | Read | John Francis 79594 | Kimberly Lidberg |
| 2023-10-07 T 13:57:42 | 2023-10-07 T 14:01:38 | They can't break me! | Auto Approved | 2023-10-07 T 13:57:42 | Read | John Francis 79594 | Kimberly Lidberg |
| 2023-10-07 T 14:01:07 | 2023-10-07 T 15:27:06 | I got the people keeping this muthafucca charged so you'll be able to reach me. | Auto Approved | 2023-10-07 T 14:01:07 | Read | John Francis 79594 | Tia Bey |
| 2023-10-07 T 14:02:51 | 2023-10-07 T 15:27:06 | This one for muthafucca's tryna down themselves. | Auto Approved | 2023-10-07 T 14:03:01 | Read | John Francis 79594 | Tia Bey |
| 2023-10-07 T 14:02:53 | 2023-10-07 T 14:03:46 | I know babe...I love you!!!!!!!!! | Auto Approved | 2023-10-07 T 14:02:54 | Read | Kimberly Lidberg 75.81.132.26 | John Francis 79594 |
| 2023-10-07 T 14:03:41 | 2023-10-07 T 15:27:06 | It's nothing cuz! U know I'ma soulja! | Auto Approved | 2023-10-07 T 14:03:43 | Read | John Francis 79594 | Tia Bey |
| 2023-10-07 T 14:04:48 | 2023-10-07 T 14:06:09 | Love u too! Let me know that Missouri score when game ova. | Auto Approved | 2023-10-07 T 14:04:48 | Read | John Francis 79594 | Kimberly Lidberg |
| 2023-10-07 T 15:28:08 | 2023-10-07 T 16:51:46 | Oh so the got u in a suicidal watch room | Auto Approved | 2023-10-07 T 15:28:10 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |
| 2023-10-07 T 15:28:36 | 2023-10-07 T 16:51:46 | It's lit out here I got the platform on fire..don't even trip!! | Auto Approved | 2023-10-07 T 15:28:37 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |
| 2023-10-07 T 15:30:00 | 2023-10-07 T 16:51:46 | And yo messages are taking forever to come through.. it's not showing them when a new message notification comes thru | Auto Approved | 2023-10-07 T 15:30:01 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |
| 2023-10-07 T 16:50:34 | 2023-10-07 T 16:51:38 | Wyd | Auto Approved | 2023-10-07 T 16:50:36 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2023-10-07 T 16:53:09 | 2023-10-07 T 18:02:08 | Ol' girl is saying the same thing about my messages to her. | Auto Approved | 2023-10-07 T 16:53:11 | Read | John Francis 79594 | Tia Bey |
| | 2023-10-07 T 16:56:30 | 2023-10-07 T 17:07:43 | Chilling. | Auto Approved | 2023-10-07 T 16:56:31 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-07 T 17:07:51 | 2023-10-07 T 17:11:55 | Oh ok | Auto Approved | 2023-10-07 T 17:07:52 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-07 T 17:12:46 | 2023-10-07 T 17:16:42 | It feels good to know that u finally thought about me. | Auto Approved | 2023-10-07 T 17:12:47 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-07 T 17:15:07 | 2023-10-07 T 17:16:42 | What are ur plans for today? | Auto Approved | 2023-10-07 T 17:15:08 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-07 T 17:19:02 | 2023-10-07 T 17:23:50 | It's crazy to throw shade at the same time with the shit you say because what do you mean Finally? I've thought about you today. I just don't wanna waste all the money on this fucking tablet doing messages back-and-forth all day since we can't talk on the phone but whatever anyway I'm not doing nothing. Been in my bed all day. There is nothing to do. I don't have gas so I'm in here watching a TV show on Amazon prime coming out the back of my hair cause I'm going through a fucking crisis so yeah I'm not doing much | Auto Approved | 2023-10-07 T 17:19:03 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-07 T 17:19:28 | 2023-10-07 T 17:23:50 | Combing * | Auto Approved | 2023-10-07 T 17:19:29 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-07 T 17:24:35 | 2023-10-07 T 17:41:05 | :) | Auto Approved | 2023-10-07 T 17:24:36 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-07 T 17:25:46 | 2023-10-07 T 17:41:05 | I'll be pulling up here soon sweetheart. | Auto Approved | 2023-10-07 T 17:25:47 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-07 T 17:27:22 | 2023-10-07 T 17:41:05 | And u can't help but think about me...this I know! So shade these nuts! | Auto Approved | 2023-10-07 T 17:27:23 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-07 T 17:42:06 | 2023-10-07 T 17:55:07 | Wash 'em lol | Auto Approved | 2023-10-07 T 17:42:16 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-07 T 17:57:06 | 2023-10-07 T 18:12:55 | :) ahhh...shit! U got jokes! They ur's now so that's yo' job! I needed that laugh. | Auto Approved | 2023-10-07 T 17:57:17 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-07 T 18:11:05 | 2023-10-07 T 18:12:55 | Jus message me when u thinking about me. I'm in here wit shit else to do and I have a grip on here so I can be on here all day. I'll let u know when that's en-route. | Auto Approved | 2023-10-07 T 18:11:40 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-07 T 18:48:34 | 2023-10-07 T 20:05:39 | What you eat today | Auto Approved | 2023-10-07 T 18:49:14 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-07 T 19:13:40 | 2023-10-07 T 20:07:53 | LSU won 49-39 | Auto Approved | 2023-10-07 T 19:13:41 | Read | Kimberly Lidberg 75.81.132.26 | John Francis 79594 |
| | 2023-10-07 T 20:07:20 | 2023-10-07 T 20:30:43 | Cereal, scrambled eggs, coffee cake, granola bar and they had nachos for dinner. | Auto Approved | 2023-10-07 T 20:07:21 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-07 T 20:08:27 | 2023-10-07 T 20:14:14 | That hella succ! | Auto Approved | 2023-10-07 T 20:08:36 | Read | John Francis 79594 | Kimberly Lidberg |
| | 2023-10-07 T 20:10:23 | 2023-10-07 T 20:30:43 | Hey babe! If I manage to get move to a solo hut tonight u gon entertain me wit the rose? ;) | Auto Approved | 2023-10-07 T 20:10:25 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-07 T 20:12:49 | 2023-10-07 T 20:30:43 | It literally took me damn near an hour to get a signal in this piece off shit hut! | Auto Approved | 2023-10-07 T 20:12:51 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-07 T 20:16:18 | 2023-10-07 T 20:17:32 | Yeah... They were winning up until the 4th | Auto Approved | 2023-10-07 T 20:17:06 | Read | Kimberly Lidberg 75.81.132.26 | John Francis 79594 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2023-10-07 T 20:18:26 | 2023-10-13 T 04:11:58 | They need to get it the fucc together! And they jus got ranked last week. | Marsha Bos | 2023-10-13 T 03:45:43 | Read | John Francis 79594 | Kimberly Lidberg |
| | 2023-10-07 T 20:19:11 | 2023-11-04 T 11:22:30 | I had been tryna login since 7:13. | Robin Leonard | 2023-11-04 T 11:14:06 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-07 T 20:31:25 | 2023-10-07 T 20:48:12 | To put a video of me on this .? | Auto Approved | 2023-10-07 T 20:31:27 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-07 T 20:32:22 | 2023-10-07 T 20:33:42 | A'ight, I'll leave be! | Auto Approved | 2023-10-07 T 20:32:22 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-07 T 20:51:21 | 2023-10-07 T 20:55:39 | No, sweetheart. I was talking about over the phone. One of those would never make it. Besides, u already know how I am when it comes to u. I'd never be OK wit the possibility of another man seeing u like that! | Auto Approved | 2023-10-07 T 20:52:23 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-07 T 20:56:57 | 2023-10-07 T 22:28:59 | Thats all u had to say when i asked tf it was a damn question because i WASNT UNDERSTANDING .!!!!!!! | Auto Approved | 2023-10-07 T 20:57:48 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-07 T 22:32:22 | 2023-10-07 T 22:36:16 | Who u raising ur voice at? My issue wasn't the question it's u always taking 20 and 30 minutes to respond. U already know how I feel about that. | Auto Approved | 2023-10-07 T 22:32:23 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-07 T 22:48:04 | 2023-10-16 T 14:47:57 | Well, I'm not getting your messages as soon as they show sent on your end I've said that in the visit this morning also, I don't just have my phone glued to my hand 24/7 waiting on any notification. I responded to you when I saw the message, so I apologize that I cannot message you in a timely manner that is acceptable for you. | Marsha Bos | 2023-10-12 T 15:03:51 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-08 T 00:37:46 | 2023-10-08 T 05:30:37 | Since feel like u can respond whenever keep this same energy because I know u wasn't sleep when u got that last message! Let yo attention stay focused there. That's definitely what's up! | Auto Approved | 2023-10-08 T 00:37:46 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-08 T 07:06:59 | 2023-10-08 T 10:20:52 | For the record i wrote u back at 10:48pm and it's still pending .! But yeah WHATEVER.!!!!! | Auto Approved | 2023-10-08 T 07:07:00 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-08 T 08:03:20 | 2023-10-08 T 10:21:03 | Rise n grind.... you good cuz... I've reached out to every news broadcasting company Imaginable, nationally and locally. I've also reached out to several newspapers and magazines companies. And have posted it on every social media outlet, and it's getting shared everywhere by people with 100s of 1000s of followers. The warden the judges the DOC directors and attorneys faces are plastered all over social media right now as we speak. So if they wanna play hard ball .. they got it | Auto Approved | 2023-10-08 T 08:03:22 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |
| | 2023-10-08 T 10:26:49 | 2023-10-08 T 11:06:20 | :) Rise and grind! I love u cuz! These type of situations only work out best for people who have others campaigning on their behalf. What they're doing to me ain't right! I'ma an innocent man being harshly punished at every phase by every level of government! | Auto Approved | 2023-10-08 T 10:26:49 | Read | John Francis 79594 | Tia Bey |
| | 2023-10-08 T 10:31:06 | 2023-10-08 T 11:06:20 | But wonderful things can happen when u have people in ur corner that love u! I honestly believe that after over 25 years of this it's finally time for the world to see what I've been knowing all this time... I'm innocent! | Auto Approved | 2023-10-08 T 10:31:06 | Read | John Francis 79594 | Tia Bey |
| | 2023-10-08 T 11:07:18 | 2023-10-08 T 11:12:04 | Love u most cuz.. they time is up!!! | Auto Approved | 2023-10-08 T 11:07:19 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |
| | 2023-10-08 T 13:49:27 | 2023-10-08 T 18:06:58 | Hey cuz just to let u know oh girl been sending herself monies b2b.. u prob know but I'm in here and just seen it | Auto Approved | 2023-10-08 T 13:49:27 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |
| | 2023-10-08 T 18:08:16 | 2023-10-08 T 22:40:14 | Yeah, I've been having her put money on my account and gambling site. | Auto Approved | 2023-10-08 T 18:08:16 | Read | John Francis 79594 | Tia Bey |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2023-10-08 T 18:25:51 | 2023-10-08 T 19:16:30 | Cuz u good. I need to get in contact with light skin.. the family slacking per usual. LG said she not gonna get the birth certificate til the 18th.. that's too long.. Light skin gon hv to go pic up them Indic.. docs.. I really believe imma hv to end up going to KC to seal the deal bc.. they makin me upset | Auto Approved | 2023-10-08 T 18:25:52 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |
| | 2023-10-08 T 19:16:04 | 2023-10-08 T 19:59:04 | Look, I don't wanna argue wit u. I know that it's a lot on ur plate that's stressing u out right now. I jus wanna have an adult conversation wit out u getting all defensive when I call u on bullshit or lies u tell, like u did wit the air bnb situation. If we can jus get a clear understanding about it all I'll fully square up all the important stuff and we'll move forward from there. | Auto Approved | 2023-10-08 T 19:16:26 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-08 T 19:17:02 | 2023-10-08 T 19:42:13 | What about Kim? | Auto Approved | 2023-10-08 T 19:17:42 | Read | John Francis 79594 | Tia Bey |
| | 2023-10-08 T 19:21:51 | 2023-10-08 T 19:59:04 | We jus really need to be on the same page wit out the bs Aneisha. I love u and really want things to work out...but u have to understand how important it is for me to fully trust u. All the things we've been planning for are literally a few months away In'sha Allah. And u are the one thing in my life that I truly can't afford to have question marks about. | Auto Approved | 2023-10-08 T 19:23:00 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-08 T 19:27:35 | 2023-10-08 T 19:59:04 | U have 1 pending. I jus don't want u to get on bull headed stuff that u normally get on in these situations. I'm not about to leave u, but I can't stress to u how important it is for me to fully trust everything that comes outta ur mouth. This will have better context once u get the pending message. | Auto Approved | 2023-10-08 T 19:28:03 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-08 T 19:42:17 | 2023-10-08 T 19:59:04 | And how is ur first day going? | Auto Approved | 2023-10-08 T 19:42:28 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-08 T 19:43:24 | 2023-10-16 T 14:50:42 | Ok...I talked to her she gotta work her off day bc the mandatory seasonal change or something like that | Marsha Bos | 2023-10-13 T 15:06:20 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |
| | 2023-10-08 T 20:13:18 | 2023-10-08 T 20:21:14 | Love u too... Can you call me tomorrow about it u switching rooms right ? i really don't feel like going back and forth through messages when we can talk about the issue u have with me over the phone hard to get points across with messages and the first is going ok I didn't get much sleep and my feet is already hurting and i have a headache , headache hasn't gone away | Auto Approved | 2023-10-08 T 20:13:31 | Read | Aneisha Jackson 108.147.103.47 | John Francis 79594 |
| | 2023-10-08 T 20:26:23 | 2023-10-08 T 20:30:23 | Yes, I was planning on discussing it over the phone. Please, jus be totally honest. I'm not going anywhere, jus have to truly trust u. On my word u won't have a worry in the world. U jus to focus on me and us and I'll take care of the rest. | Auto Approved | 2023-10-08 T 20:26:34 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-08 T 20:28:19 | 2023-10-08 T 20:30:23 | And it would somewhat help ease my mind if u screenshot the pending message from last night. | Auto Approved | 2023-10-08 T 20:28:20 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-08 T 20:46:24 | 2023-10-08 T 21:22:18 | YOU WENT VIRAL CUZ!!! Both kim n lg won't be able to do it until 10/18 | Auto Approved | 2023-10-08 T 20:46:26 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |
| | 2023-10-08 T 21:13:44 | 2023-10-16 T 14:47:57 | Since u feel like I'm lying or something the screenshot has been sent | Marsha Bos | 2023-10-12 T 16:03:28 | Read | Aneisha Jackson 108.147.103.47 | John Francis 79594 |
| | 2023-10-08 T 21:23:09 | 2023-10-08 T 22:40:14 | That's good shit! And okay, I'll have her do it. | Auto Approved | 2023-10-08 T 21:23:09 | Read | John Francis 79594 | Tia Bey |
| | 2023-10-08 T 22:34:04 | 2023-10-08 T 22:35:21 | Yes, no, fucc off...what? | Auto Approved | 2023-10-08 T 22:34:04 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-08 T 22:41:10 | 2023-10-08 T 22:55:31 | Sir my messages are PENDING !!!!!!!! | Auto Approved | 2023-10-08 T 22:41:12 | Read | Aneisha Jackson 108.147.103.47 | John Francis 79594 |
| | 2023-10-08 T 22:57:28 | 2023-10-08 T 23:00:14 | Babe I jus asked for a screenshot of the one from last night...if that's not a problem? | Auto Approved | 2023-10-08 T 22:57:30 | Read | John Francis 79594 | Aneisha Jackson |

| | 2023-10-08 T 23:01:05 | 2023-10-08 T 23:06:31 | And i fucking sent it and once again it's PENDING damn u keep on acting like I'm not fucking responding bro i can't help the fact the shit is pending .! | Auto Approved | 2023-10-08 T 23:01:11 | Read | Aneisha Jackson 108.147.103.47 | John Francis 79594 |
|---|---|---|---|---|---|---|---|---|
| | 2023-10-08 T 23:12:23 | 2023-10-08 T 23:14:31 | Sweetheart please calm down. U telling me it's sent is more than enough. U have to know in ur heart that I'm not the enemy so please stop treating as such. I understand ur frustrated wit me and ur under a lot of pressure, but thru out it all, in spite of whatever, I've always been there for u by ur side. | Auto Approved | 2023-10-08 T 23:12:25 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-08 T 23:20:24 | 2023-10-12 T 15:51:21 | I'm telling u, I'm showing u and I'ma do what's necessary for u to understand, I'm exactly who I say I am and I mean what I say! I remember a couple of months ago u told me to get used to it cause I was stucc wit u....it's resonating now. | Marsha Bos | 2023-10-12 T 15:46:58 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-08 T 23:40:17 | 2023-10-08 T 23:51:57 | I'm not treating u like the enemy but don't be acting like I'm ignoring u cuz I'm not ..the shit is pending | Auto Approved | 2023-10-08 T 23:40:18 | Read | Aneisha Jackson 108.147.103.47 | John Francis 79594 |
| | 2023-10-08 T 23:56:38 | 2023-10-09 T 00:57:20 | I know ur not ignoring me sweetheart, I know better than that. I jus didn't know that u sent the screenshot. It was a simple misunderstanding. What time do u get off? I honestly don't recall what time u said. | Auto Approved | 2023-10-08 T 23:56:39 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-09 T 00:58:58 | 2023-10-09 T 06:16:10 | I get off at 7:15am depending how long it take to give the morning ppl report ....then go get Kaden dressed take him to school then i got class | Auto Approved | 2023-10-09 T 00:59:00 | Read | Aneisha Jackson 108.147.103.47 | John Francis 79594 |
| | 2023-10-09 T 06:33:48 | 2023-10-09 T 08:18:21 | You good cuz!! I found her oh girl on TT and message her.. bc she needs to get certified copies of the Indic .... tell her to contact me .. I'm thinking we can run sum ads promoting your story so it can pop up across the globe. And I got a podcast called chronicles ready to do an interview about your situation.. they're on YouTube. I'll get u the details | Auto Approved | 2023-10-09 T 06:33:51 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |
| | 2023-10-09 T 08:19:58 | 2023-10-09 T 10:38:30 | OK. But cuz please get on these people so they can move me. I need be able to call. | Auto Approved | 2023-10-09 T 08:20:06 | Read | John Francis 79594 | Tia Bey |
| | 2023-10-09 T 09:27:06 | 2023-10-09 T 09:33:49 | I see u still have two pending so I don't know. How was class? | Auto Approved | 2023-10-09 T 09:27:06 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-09 T 09:34:47 | 2023-10-16 T 14:47:57 | That message you just got I sent that on the 6th..... class was alright I'm tired as fuck I have a headache | Auto Approved | 2023-10-09 T 09:34:48 | Read | Aneisha Jackson 108.147.103.47 | John Francis 79594 |
| | 2023-10-09 T 09:39:45 | 2023-10-16 T 14:47:57 | I wore tennis shoes to work so my feet are hurting bad , ima wear my crocs next time | Auto Approved | 2023-10-09 T 09:39:45 | Read | Aneisha Jackson 108.147.103.47 | John Francis 79594 |
| | 2023-10-09 T 10:39:54 | 2023-10-16 T 14:50:42 | Imma hv to send it in email.. so I can hv it in written.. do u hv like a grievance forms or something | Casey Earwood | 2023-10-09 T 10:59:54 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |
| | 2023-10-09 T 11:39:59 | 2023-10-16 T 14:50:42 | We called ....according to Theresa at the front desk they hv u documented to being in a whole not her cell... so this means they got some janky shit poppin... she claim she was sending an email to the d cell folks and someone would call me back after lunch is over.. I'm finna send some emails now to KDOC and NAACP. Will Keep u updated | Casey Earwood | 2023-10-09 T 13:15:13 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |
| | 2023-10-09 T 12:52:53 | 2023-10-16 T 14:50:42 | You good cuz... So we've contacted the governor and news outlets so at this point.. we wait.. let me know if anything happens | Auto Approved | 2023-10-09 T 12:52:54 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |
| | 2023-10-09 T 17:12:57 | 2023-10-16 T 14:50:42 | Hey on phone with mr. Abel he said your refusing to cell with anyone.. I asked him why they moved u ,, he said bc u refused to cell with anyone.. I said he was just cell with the person he been in there with. And he said ur refusing to hv a celly.. I basically told he's lying and he sd he really doesn't know and will call tomorrow | Auto Approved | 2023-10-09 T 17:12:58 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |
| | 2023-10-09 T 19:34:57 | 2023-10-16 T 14:50:42 | A bill 4 "F".... what's going on cuz u good? | Auto Approved | 2023-10-09 T 19:34:59 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |

| | 2023-10-09 T 19:46:13 | 2023-10-16 T 14:47:57 | Pwee 200 | Auto Approved | 2023-10-09 T 19:46:14 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
|---|---|---|---|---|---|---|---|---|
| | 2023-10-10 T 18:24:09 | | Find somebody to take over this cash app please | Kyli Sparks | 2023-10-17 T 09:19:59 | Blocked | Aneisha Jackson 108.147.103.47 | John Francis 79594 |
| | 2023-10-11 T 18:35:29 | 2023-10-16 T 14:47:57 | I don't know when you're gonna have access back to your tablet but when you do get access back, please write me back immediately so we can figure out who you bout to have responsible for that app because I no longer will be | Auto Approved | 2023-10-11 T 18:35:37 | Read | Aneisha Jackson 108.147.103.47 | John Francis 79594 |
| | 2023-10-11 T 18:39:04 | 2023-10-18 T 10:39:44 | I have my own SERIOUS shit at this point to worry about at the moment so I can't be keeping tabs and yada yada with this app so you need to make a new one or figure something out ASAP | Marsha Bos | 2023-10-18 T 11:45:11 | Read | Aneisha Jackson 108.147.103.47 | John Francis 79594 |
| | 2023-10-16 T 14:52:27 | 2023-11-21 T 08:17:16 | I got my tablet bacc. See if u can log into that other app. | Robin Leonard | 2023-10-19 T 14:23:27 | Read | John Francis 79594 | Tia Bey |
| | 2023-10-16 T 14:55:07 | 2023-10-16 T 15:43:23 | I got ur last message and I'm bacc on this. | Auto Approved | 2023-10-16 T 14:55:08 | Read | John Francis 79594 | Tia Bey |
| | 2023-10-16 T 15:35:35 | 2025-01-06 T 09:05:53 | What did I do wrong for u to blocc me? And why didn't u go? Had u jus got me word I'd got u whatever u needed and u know that! | Robin Leonard | 2024-08-21 T 15:16:01 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 15:35:35 | | What did I do wrong for u to blocc me? And why didn't u go? Had u jus got me word I'd got u whatever u needed and u know that! | Robin Leonard | 2024-08-21 T 15:16:01 | Unread | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 15:36:44 | 2023-10-16 T 15:45:33 | I'd got u whatever u needed and u know that! | Auto Approved | 2023-10-16 T 15:36:45 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 15:38:53 | | U got one pending all ready! U get in yo feelings for unnecessary shit and u allow it to hurt everyone who loves u! | | | Unread | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 15:42:39 | 2023-10-16 T 15:46:20 | First of all i have no money and bout to be kicked tf out my apartment .! U knew damn well i was not okay .! U had yo cousin reach out to me to tell me about u being in that room like i didn't already know that .! It was basically fuck me .! I took the message shit off the other day .! I don't have no money to make no visit i have 7 dollars to my name .! Ima figure this shit out tho this is why i stand on the shit i be saying when it comes to me regardless .! At the end of the day no matter what i have me.! And im okay with that ima make it out of this issue i got .! I had already figured you had no way to call me but at the same time you still had people reaching out to your family and shit but it was fuck me so I'm OK with that at this point I'm saying like I knew you was OK for the simple fact you reaching out to other people or having other people reach out to them so I knew you unable to write me I wasn't able to make no visit because I don't got no money to make a visit so please don't sit there and think that I wasn't thinking about you or not worried about you because I was I wasn't about to keep sending messages on his tablet either wasting money knowing I wasn't gonna get a response. Same time I've been worried about me and these kids trying make sure I keep a roof over they head. so you can feel some type of way about me if you want to, but I really got some real ass shit going on out here an these Kids is gonna come before anybody including myself. And that's been my main focus making sure I can get away to get them some goddamn food. So please don't start trying to make like it was supposed to be easy Peezy cause that most definitely was not the case. You had your cousin reach out to me to tell me about you being in that room she literally told me everything I already knew there was nothing different and that was it so after that conversation with her I'm like all right I'll figure this shit out on my own. | Auto Approved | 2023-10-16 T 15:42:40 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-16 T 15:44:10 | 2023-10-16 T 15:45:13 | Damn cuzzzz ... I see they got they mind right! | Auto Approved | 2023-10-16 T 15:44:20 | Read | Tia Bey 73.166.211.245 | John Francis 79594 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2023-10-16 T 15:45:06 | 2023-10-16 T 15:45:33 | This thing is weird as fucc! U so busy tryna hurt me that you'll allow for me and our kids to suffer. All I'm tryna do is get shit in order for when I touch In'sha Allah. | Auto Approved | 2023-10-16 T 15:45:15 | Read | John Francis 79594 | Aneisha Jackson |
| 2023-10-16 T 15:46:15 | 2023-10-17 T 21:33:45 | Not really! I still don't have a phone or property. But it's a start. | Auto Approved | 2023-10-16 T 15:46:15 | Read | John Francis 79594 | Tia Bey |
| 2023-10-16 T 15:54:16 | 2023-10-16 T 16:21:51 | I didn't have anyone call u cause I wasn't about to trust anyone wit ur number wit out me being right there. But if u wanna use as that as an excuse that's cool. U already know I'll do anything for u and those kids! U get on weird shit like a muthafucca don't love u and won't let anything bad happen to u! | Auto Approved | 2023-10-16 T 15:54:18 | Read | John Francis 79594 | Aneisha Jackson |
| 2023-10-16 T 15:57:32 | 2023-10-16 T 16:04:30 | If that's how you feel so be it, I ain't trying to hurt nobody you keep trying to make shit seem like it's about fucking you. That's not the case nigga I have kids out here whenever you get fucking through I got these kids I don't give a fuck what nobody say at the end of the day. They are my responsibility. I'm not about to keep relying on mfs to help me with shit if I ain't got nobody to go to that shit falls back on me so I gotta figure this shit out. What the fuck is you talking about when you touchdown .. I have to worry about keeping the roof over our head right now like what do you mean you keep on making shit about when you touchdown when you touchdown bruh I'm out here right now trying to survive! you think you've been in there going through it I've been out here going through it. What are you talking about? Come on man.! honestly, I didn't put this shit back on here to argue with you .! For you to blame me for whatever the fuck you talking about like I am cool bro talking about I'm trying to hurt you bro that's the least of my thoughts at the moment what are you talking about? you don't have to worry about me my right hand to God you don't I will figure shit out and I'm tired of arguing u trying to make it seem like oh I'm out to hurt you or this and that it ain't got shit to do with that you missing the whole fucking picture before you even came into this picture it was still me and my kids and regardless on who in the picture or not it's gonna always be me and my kids whenever you get through that's my fucking focus right now so you can keep all that shit to your fucking self bro like I'm over it that really just pissed me off that you even think for one second that hurting you is on my mind that was far from my mind nigga I'm getting eviction notices and shit that's my focus right now I'm making sure me and my kids is coo. What are you talking about.! | Auto Approved | 2023-10-16 T 15:57:33 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| 2023-10-16 T 16:01:37 | 2023-10-16 T 16:21:51 | If u didn't always make me feel like u got one foot in the door and the other one out things would be a lot better between us. All I wanna freaking do is know that I can trust u...that's it! U talk about what I didn't and ain't doing but I still found a way to send u money! Name one person who's been there for u more than me? Jus one. And u stay tryna shit on me like I'm not doing enough. And u have the nerve to get in yo feelings every time I point out to u...never mind! So what do u wanna do? | Auto Approved | 2023-10-16 T 16:01:44 | Read | John Francis 79594 | Aneisha Jackson |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2023-10-16 T 16:05:25 | 2023-10-17 T 13:49:08 | An FRANNY it's a simple fact that regardless of what you are talking about right now you still had people reaching out to your folks about you getting your tablet taken and all of that so you have people reaching out to your folks they should've reached out to me. I should've been able to communicate with you through whoever the fuck you had calling your people that did not happen, you talking about out of town fuck out of town that was the least of my worries so much shit has went on man and you failed to even have anybody contact me. To ask me about the shit I can't make no fucking visit if I don't got no money, my car payment was due. I got my last check and it was only $800. It still didn't cover the rest of the rent that I had to pay. My car insurance was due Kaden childcare was due. Kaden wasn't even about to be able to go to school this week come on man I got real life shit going on out here trying to hurt you and make you sad and make you mad is not one of my thoughts at the moment and that's what you don't realize you always think I'm trying to hurt you dude that is not the case I've I refuse to let my kids go through this shit I don't even want them knowing how bad I have been so far the fact that you even keep trying to make it seem like oh I'm just wanting to hurt you and this and that man no man these kids is the top of my list right now trying to make somebody mad and upset is not even a thought of mine .! | Amber Watson | 2023-10-17 T 12:57:30 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-16 T 16:16:25 | 2023-10-16 T 16:21:51 | I've told u what I can do and I wasn't blowing smoke! Right now ur stressed bout yo situation and starting to talk real reccless. I've told u that shit I can take care of now but u need to make yo mind up. I'm not tryna keep no woman who's not tryna be kept! U keep talking that not depending on people but I'm not asking u to depend on me. This shit ain't nothing to me! But if I'm yo man u should. | Auto Approved | 2023-10-16 T 16:16:25 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 16:23:47 | 2023-10-16 T 16:29:43 | All this f the world bs u on right now pointing ur aggression towards me...I'm not bout to keep treading lightly or kissing yo ass. I'll pay the rent and u can be mad at me for whatever factious reason u like. But if u get on that weird shit talking bout u got it and will figure it out on ur own should clearly show how childish u are and that u really need to grow the fucc up! | Auto Approved | 2023-10-16 T 16:23:48 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 16:26:33 | 2023-10-16 T 16:29:43 | All I need to know is what's the balance? | Auto Approved | 2023-10-16 T 16:26:33 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 16:27:34 | | And send ur own CA info since u say ur no longer on mine? | Amber Watson | 2023-10-17 T 12:51:47 | Blocked | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 16:29:03 | 2023-10-16 T 16:30:23 | I need ur address lil nasty. | Auto Approved | 2023-10-16 T 16:29:04 | Read | John Francis 79594 | Patricia Davis |
| | 2023-10-16 T 16:29:06 | 2023-10-17 T 13:49:08 | I'll figure this shit out John , I honestly feel like I'm in no position to even try to be in a relationship at the moment like I got too much on my plate honestly to try to focus on a relationship focus on my own shit focus on my kids like it's just a lot and I'm starting see that more and more I can't have the world on my chest and be the best partner for somebody when I'm still trying to find myself within all of this shit like honestly. Maybe if I had myself a little more put together I will be able to be that person but right now mentally like I don't know if I can. | Amber Watson | 2023-10-17 T 12:50:05 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-16 T 16:31:29 | 2023-10-16 T 16:39:11 | Yay! You got your tablet back! Did you get your other property? 8900 Lakes at 610 Drive Apt 128 Houston, TX 77054 | Auto Approved | 2023-10-16 T 16:31:30 | Read | Patricia Davis 12.74.241.59 | John Francis 79594 |
| | 2023-10-16 T 16:32:33 | 2023-10-16 T 16:37:28 | you still missing my point I'm not pointing my aggression to you . This is why I don't like using this tablet shit and you don't have to kiss my ass I'm not asking you to do that I dont want you to kiss my ass like where is that coming from and if you feel like I'm childish and needs to grow the fuck up then that's how you feel. | Auto Approved | 2023-10-16 T 16:32:34 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2023-10-16 T 16:38:02 | 2023-10-16 T 16:39:45 | My other message is pending | Auto Approved | 2023-10-16 T 16:38:02 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-16 T 16:39:06 | 2023-10-16 T 16:39:27 | Man...fucc all that! Are u gon tell me the balance or no? | Auto Approved | 2023-10-16 T 16:39:06 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 16:39:36 | | It's $560 John | Amber Watson | 2023-10-17 T 12:51:20 | Blocked | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-16 T 16:39:42 | 2023-10-21 T 13:02:05 | No property yet. They say they'll try tomorrow. | Auto Approved | 2023-10-16 T 16:39:42 | Read | John Francis 79594 | Patricia Davis |
| | 2023-10-16 T 16:40:34 | 2023-10-16 T 16:40:43 | And I need the Aneisha ca so it'll go straight to u. | Auto Approved | 2023-10-16 T 16:40:35 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 16:41:24 | 2023-10-16 T 16:43:34 | Am I still yo man? | Auto Approved | 2023-10-16 T 16:42:39 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 16:41:42 | | $560 .....Aneisha92lashae | Amber Watson | 2023-10-17 T 12:51:06 | Blocked | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-16 T 16:42:22 | 2023-10-16 T 16:42:30 | Are u still mine? | Auto Approved | 2023-10-16 T 16:42:23 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 16:43:23 | 2023-11-03 T 15:49:56 | I'll figure this shit out John , I honestly feel like I'm in no position to even try to be in a relationship at the moment like I got too much on my plate honestly to try to focus on a relationship focus on my own shit focus on my kids like it's just a lot and I'm starting see that more and more I can't have the world on my chest and be the best partner for somebody when I'm still trying to find myself within all of this shit like honestly. Maybe if I had myself a little more put together I will be able to be that person but right now mentally like I don't know if I can. | Robin Leonard | 2023-11-03 T 15:25:19 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-16 T 16:45:22 | | All my messages seem to be pending so the messages about the cash app don't even worry about it. I'll figure it out. | Amber Watson | 2023-10-17 T 12:50:54 | Blocked | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-16 T 16:48:06 | 2023-10-17 T 14:02:47 | Look I need that info ASAP! If u on that ol' you'll figure it out yo'slef stuff please tell me that real quicc. | Amber Watson | 2023-10-17 T 12:53:39 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 16:49:14 | 2023-10-16 T 16:49:28 | U want me to pull up or u good? I need to asap. | Auto Approved | 2023-10-16 T 16:49:16 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 16:51:44 | 2023-10-16 T 16:52:14 | Before this dude send off this band. Like right now right now! | Auto Approved | 2023-10-16 T 16:51:45 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 16:56:00 | 2023-10-20 T 09:51:49 | My messages are not sending but it will help but you can keep it. I don't know man I just feel like at this point I'll figure it out as u not understanding my point on certain things and I don't like the fact that you keep making it seem like I'm being an asshole about this situation and that is not the case like that's not it we need to verbally speak to each other. | Robin Leonard | 2023-10-20 T 07:45:36 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-16 T 16:56:27 | 2023-10-16 T 16:57:07 | It's like seven messages of mine pending | Auto Approved | 2023-10-16 T 16:56:27 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-16 T 16:57:35 | 2023-10-16 T 16:58:32 | Babe, the ca please!!! | Auto Approved | 2023-10-16 T 16:57:36 | Read | John Francis 79594 | Aneisha Jackson |

| | | | Message | | | Status | | |
|---|---|---|---|---|---|---|---|---|
| | 2023-10-16 T 17:03:48 | 2023-10-20 T 09:51:49 | John, I am not trying to be a asshole I'm not trying to be difficult I'm not trying to be any of that but it is so hard for me to express myself when all you think is that I'm being those things I don't like it is bad enough I have my feelings about myself as it is you are not understanding me. I keep telling you this, you're not understanding me you're not understanding my emotions regarding all it is you're not understanding it at all. I am not trying to be difficult by any means I want to be understood that is not happening. I don't know what to do and I don't know what you want me to do we need to talk verbally I cannot do this tablet shit because I'm not able to get my point across whatsoever. | Robin Leonard | 2023-10-19 T 14:28:49 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-16 T 18:31:36 | 2023-10-16 T 18:32:57 | When u gonna be able to talk on the phone .? | Auto Approved | 2023-10-16 T 18:31:37 | Read | Aneisha Jackson 108.147.103.47 | John Francis 79594 |
| | 2023-10-16 T 18:33:28 | 2023-10-16 T 19:45:24 | It's still messages from the 11th pending i don't like this tablet shit | Auto Approved | 2023-10-16 T 18:33:30 | Read | Aneisha Jackson 108.147.103.47 | John Francis 79594 |
| | 2023-10-16 T 18:45:12 | | Blitz $500 | Amber Watson | 2023-10-20 T 08:28:24 | Blocked | Aneisha Jackson 108.147.103.47 | John Francis 79594 |
| | 2023-10-16 T 19:31:16 | 2023-10-16 T 19:33:31 | When will we talk .? | Auto Approved | 2023-10-16 T 19:31:16 | Read | Aneisha Jackson 108.147.103.47 | John Francis 79594 |
| | 2023-10-16 T 19:33:20 | 2023-10-20 T 21:02:13 | Baby, I truly apologize for not being able to call u for ur b-day! These cocc succa's had me wit out a phone or this thing. I told ur grandma to call u for me. I need ur ca so I can send u some bread. Happy b-day Baby! I love u! | Kyli Sparks | 2023-10-20 T 07:01:41 | Read | John Francis 79594 | Johnnisha Francis |
| | 2023-10-16 T 19:35:46 | 2023-10-20 T 07:24:50 | About what? Is over or something? I don't know. They say my neighbor who I had call leave which should be any day now. They putting me in there. | Kyli Sparks | 2023-10-20 T 07:01:41 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 19:45:10 | 2023-10-16 T 19:46:32 | I responded, it's pending. I'm not sending another one. However, if it's over what's there to talk about? Right now I jus need to know if u got that yet? | Auto Approved | 2023-10-16 T 19:45:12 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 19:46:59 | 2023-10-16 T 19:47:10 | Smh | Auto Approved | 2023-10-16 T 19:47:00 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-16 T 19:52:51 | 2023-10-16 T 19:54:14 | I had wrote you already, and said blitz sent five...... HOWEVER.! Whether it's a visit first or if u be able to make a call you gonna talk to me one way or another and YOU GONNA listen to what i gotta say .! This tablet shit ain't it .! Cuz stuff always seems to get misconstrued and misread...... | Auto Approved | 2023-10-16 T 19:52:52 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-16 T 19:55:52 | 2023-10-16 T 19:57:59 | U got 5 more coming. | Auto Approved | 2023-10-16 T 19:55:52 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 19:59:03 | 2023-10-16 T 20:03:19 | From Amiyah : Hope you had a good day From Kaden: I love you | Auto Approved | 2023-10-16 T 19:59:04 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-16 T 20:06:06 | 2023-10-16 T 20:14:44 | On my WORD I love them so much! I'll do anything for them and will do anything to make life better for them. Even put up wit yo bullshit! | Auto Approved | 2023-10-16 T 20:06:07 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 20:08:33 | 2023-10-16 T 20:14:44 | Tell my baby girl that I love and miss her and that I promise she made my day better jus asking! Tell my son that I love and miss him too and I need for him to continue to hold it down till I get there. | Auto Approved | 2023-10-16 T 20:08:33 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-16 T 20:15:47 | 2023-10-16 T 20:15:59 | My bullshit...... u lucky i can't use emojis on this raggedy ass app | Auto Approved | 2023-10-16 T 20:15:51 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-17 T 19:27:24 | 2023-10-17 T 21:33:45 | Did anything jus pull up cuz? | Auto Approved | 2023-10-17 T 19:27:25 | Read | John Francis 79594 | Tia Bey |
| | 2023-10-17 T 21:00:46 | 2023-10-17 T 21:29:03 | Did the rest of that pull up yet or no? | Auto Approved | 2023-10-17 T 21:00:47 | Read | John Francis 79594 | Aneisha Jackson |

| | 2023-10-17 T 21:31:25 | 2023-10-17 T 21:52:30 | Me an Kaden went to the karate class because he didn't have a game and got back an fell asleep my bad Miyah with my mom | Auto Approved | 2023-10-17 T 21:31:26 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-18 T 11:24:33 | 2023-10-18 T 11:29:28 | I sent that last Thursday after that lady told me send it back then she said nevermind don't send it back I was annoyed | Auto Approved | 2023-10-18 T 11:24:35 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-18 T 11:31:39 | 2023-10-18 T 11:37:32 | Jus moved. Cleaning the cell. Hope u had a good and productive day at class. | Auto Approved | 2023-10-18 T 11:31:48 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-18 T 11:38:20 | 2023-10-18 T 11:46:55 | It was coo, I got work tonight | Auto Approved | 2023-10-18 T 11:38:20 | Read | Aneisha Jackson 136.33.158.164 | John Francis 79594 |
| | 2023-10-18 T 18:33:06 | 2023-10-18 T 18:37:27 | Blitz 4, and i jus got to work | Auto Approved | 2023-10-18 T 18:33:07 | Read | Aneisha Jackson 108.147.197.35 | John Francis 79594 |
| | 2023-10-18 T 18:33:12 | 2023-10-18 T 18:37:27 | Thank you | Auto Approved | 2023-10-18 T 18:33:20 | Read | Aneisha Jackson 108.147.197.35 | John Francis 79594 |
| | 2023-10-18 T 18:39:34 | 2023-10-18 T 21:57:17 | Ur welcome beautiful of course! U already know I'll do anything for u and the kids. | Auto Approved | 2023-10-18 T 18:39:36 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-18 T 18:45:19 | 2023-10-18 T 21:57:17 | Jus let me know what else need to be taken care of we'll go from there. Still waiting to have that talk because I feel it's absolutely necessary right now. Things have to get better wit us or we won't make it. | Auto Approved | 2023-10-18 T 18:45:19 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-18 T 20:30:45 | 2023-10-23 T 18:17:32 | I'm truly not on no bullshit right now Aneisha, but I honestly wanna know did I make the mistake of thinking that we were still together? | Amber Watson | 2023-10-23 T 15:04:59 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-18 T 20:33:19 | 2023-10-18 T 21:57:17 | Did I make the mistake of thinking that we're still a couple? And and on my word I'm not on no bs. | Auto Approved | 2023-10-18 T 20:33:21 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-18 T 20:34:42 | 2023-10-18 T 21:57:17 | Jus seeking clarity so I know we're on the same page right now. | Auto Approved | 2023-10-18 T 20:34:47 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-18 T 22:09:07 | 2023-10-18 T 22:23:40 | We can talk in the morning .! Love you i got a busy load tonight don't like having convos on this tablet stuff gets misinterpreted | Auto Approved | 2023-10-18 T 22:09:08 | Read | Aneisha Jackson 108.147.197.35 | John Francis 79594 |
| | 2023-10-18 T 22:27:42 | 2023-10-23 T 18:17:32 | Love u more! I'm bout to send twelve to the mffmmd. Let me know how much of that u need cause I have something I have to take care of. | Marsha Bos | 2023-10-23 T 14:58:03 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-18 T 22:29:01 | 2023-10-18 T 22:34:53 | Everything I send now freaking pends! I love u more and I'm bout to send 12. | Auto Approved | 2023-10-18 T 22:29:11 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-18 T 22:29:30 | 2023-10-18 T 22:34:53 | Love u more! | Auto Approved | 2023-10-18 T 22:29:31 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-18 T 22:34:34 | 2023-10-23 T 18:17:32 | I need to know what bills we have left cause I have something I wanna do. So jus let me know in the morning. | Marsha Bos | 2023-10-23 T 14:58:04 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-18 T 22:35:43 | 2023-10-18 T 22:47:41 | U bout to send 12 messages ? | Auto Approved | 2023-10-18 T 22:35:47 | Read | Aneisha Jackson 108.147.197.35 | John Francis 79594 |
| | 2023-10-18 T 22:48:27 | 2023-10-18 T 23:03:33 | lol. No babe, bread. | Auto Approved | 2023-10-18 T 22:48:28 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-18 T 22:49:31 | 2023-10-18 T 23:03:33 | That's why I wanna know what else we owe on so I can know what's left. | Auto Approved | 2023-10-18 T 22:49:36 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-18 T 22:53:07 | 2023-10-18 T 23:03:33 | It's going to ours. Not the Aneisha 92. | Auto Approved | 2023-10-18 T 22:53:12 | Read | John Francis 79594 | Aneisha Jackson |

| | 2023-10-18 T 23:05:13 | 2023-10-18 T 23:06:16 | Lmao be more specific next time I'm mentally not here right now I've been up since 645 this morning i could not nap for shit today I'm soo tired right now literally a walking zombie. | Auto Approved | 2023-10-18 T 23:05:15 | Read | Aneisha Jackson 108.147.197.35 | John Francis 79594 |
| | 2023-10-18 T 23:10:37 | 2023-10-18 T 23:59:52 | OK babe :). I actually sent u clear message but of course it's pending like literally 8 others. U should be able to rest tomorrow. | Auto Approved | 2023-10-18 T 23:10:37 | Read | John Francis 79594 | Aneisha Jackson |
| | 2023-10-18 T 23:11:53 | 2023-10-18 T 23:59:52 | So in the morning let me know what else we owe on so I'll know what to subtract. | Auto Approved | 2023-10-18 T 23:11:54 | Read | John Francis 79594 | Aneisha Jackson |