**Solutions**
*Advanced Technology*

# *THE ENFORCER*®

**Kansas DOC**
kshearburn
Copyright 2005-2025

## Visitation Records

Showing 1 to 2 of 2 entries

| CSN | Visit ID | Scheduled Start | Actual Start | Duration | Scheduled End | Actual End | Visitor ID | Visitor | Visitor Station |
|---|---|---|---|---|---|---|---|---|---|
| 306299738 | 1835668 | 10/14/2023 08:00:00 | 10/14/2023 08:00:00 | 30:02 | 10/14/2023 08:30:00 | 10/14/2023 08:30:00 | 23792 | DAVIS, PATRICIA | Offsite |
| 305746274 | 1831512 | 10/07/2023 08:00:00 | 10/07/2023 08:00:00 | 30:02 | 10/07/2023 08:30:00 | 10/07/2023 08:30:00 | 57858 | FRANCIS, LOUISE | Offsite |

Showing 1 to 2 of 2 entries

100  entries per page