# Grievance-Response on Appeal

**FACILITY:**       **El Dorado Correctional Facility**

**INMATE:**        **0079594 Francis, John F.**

**GRIEVANCE NO.:** **CA00023010**

**DATE:**          **January 23, 2024**

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

## ACTION TAKEN

None further.

_____
**Darcie Holthaus**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:    Warden Williams
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: MR. John F. Francis          Facility: EDCF

Inmate Number: #79594          Grievance Serial No.: CA23010

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:    Kansas Department of Corrections          Date Mailed: 12·29·23
            714 SW Jackson
            Suite 300
            Topeka, KS  66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) UTM Henke is totally disregarding the fact that unit team Abel made it explicitly clear that if I didnt move into the cell with whomever he chose he would have "All" of my property taken from me. which is exactly what he did. No legal materials, hygiene or any property period! If this didnt constitute punishment what does? My constitutional rights were violated! This practice must be stopped! Thank You!

Signature of Inmate

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____          Date Sent to Inmate: _____

RECEIVED

Finding of Fact:

JAN 22 2024

Conclusions Made:                                        DOC Facility Management Area

Action Taken:

_____
Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**

Type of Response (Item 6b:  Code       01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

Date:       DEC 2 6 2023

To:     Francis, John #79594 B2-133

Subject:  Grievance dated 11/30/23, CA23010

Findings of Facts:  Your grievance was received and a review into your allegations has been completed.

Conclusion Made:  After a review of the applicable documentation, it was determined the response provided by UTM J. Henke is appropriate regarding your issues.

Action Taken:  Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

*J. Williams*

Tommy Williams, Warden
*El Dorado Correctional Facility*

Cc:  file
     Offender
     UTM J. Henke

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name MR. John F. Francis                    Number #79594

Facility EDCF                Housing Unit B·2·133        Work Detail _____

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMEN-TATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

" Please see attached pages ! "
                                                    x

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 11·30·23

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

See attach for response

UTM _____ 12-4-23
Unit Team Signature              Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

___J. Francis_____                    __12·19·23__
Inmate Signature                                    Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received DEC 22 2023    Date of Final Answer DEC 26 2023    Date Returned to Inmate _____

_____    _____
Inmate's Signature              Date    Unit Team Signature              Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**                   RECEIVED

Grievance Serial Number                    CA23010

Type of Complaint (Item 4: Code 01-75)        54        DEC 2 ? 2023

Cause of Complaint (Item 5: Code 01-30)        03        WARDEN'S OFFICE

Type of Response (Item 6a: Code 01,02,08 or 09)    08        UT

## Cont. from page 1

On October 9, 2023 I was placed on MRA by unit team Abel because I refused to be placed in the cell with another inmate due to fear for my safety. There were absolutely no inquiries made into what those safety concerns were. Unit team Abel made it absolutely clear that he could care less about my safety. He told me that I would either move into the cell with whoever he chose or he would take All of my property until I did.

For two (2) weeks I was placed in either suicide/ MRA cell without absolutely "ANY" property - with exception to the clothes I currently had on. I was without legal/writing materials or even basic hygiene essentials. I was unable to wash my hands or brush my teeth. Also, being that I'm currently engaged in legal situations - pertaining to both my freedom as well as my placement in segregation - that have time restraints and deadlines closely associated with them, I couldn't/cant afford to be two weeks without my legal materials.

Unit team Abel went so far as to cut off my

Cont. from page 2

tablet. Being in a cell with no phone and without writing materials - and then no tablet - I couldn't contact my family, lawyer or courts. To add insult to injury, I was in the process of filing a DR appeal that was due eleven (11) days after he ordered all of my property to be taken. I eventually filed the appeal but due to it being filed out of time it was dismissed. It was a DR in which I had a good chance of success on appeal.

By placing me on MRA and relieving me of all of my property without justification or following any sort of protocol or procedures, unit team Abel recklessly and with total disregard violated my constitutionally protected rights to equal protection, ~~xxxxxxxxxxx~~ to be free from cruel and unusual punishment and access to the courts.

A form 9 regarding this issue was submitted on 10-9-23. (Please see copy attached). More than sufficient ~~xxxxxxx~~ time for a response has elapsed with no response so this grievance follows.

John Francis
11·30·23

INMATE REQUEST TO STAFF MEMBER

To: _____          Date: _____

(Name and Title of Officer or Department)

_____

Unit Team Member Signature                    **To be retained by Inmate**

Form 9                                          Francis
For Cellhouse Transfer                          _____
Work Assignment_____        Last Name Only
Interview Requests

KANSAS DEPARTMENT OF CORRECTIONS                79594
                                                _____
                                                Number

INMATE REQUEST TO STAFF MEMBER

To: unit team Manager _____ Date: 10·9·23 _____

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

I have been placed in a suicide cell on MRA because I fear for my safety. Thus I am being punished for fearing for my safety. Not including Death row inmates, there are numerous inmates that have been single cell since arriving here at EDCF. I request to be placed in a single cell, without being punished because I fear for my safety. The failure to do so is a direct violation of my right to equal protection. This serves as my informal resolution. Thank you!

Work Assignment: _____ Living Unit Assignment: B·1· 266

Comment: _____ Unit Team Members Signature: _____

Disposition: _____

_____

_____

_____

To: _____          Date: _____

(Name & Number)

Disposition: _____

_____

_____

_____

Employee's Signature                           **To be returned to inmate.**

P-0009b

El Dorado
Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042



**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

December 4, 2023

To: Francis, John #79594

Re: Grievance

Issue: Resident Frances #79594 claims that after refusing to take a cell mate, that he was punished by being placed on one of our signal main limited contact cells.

Fact: On 10/6/2023 was assigned to move form ACH into B1-230. However, when we brought him over to move into that cell, he refused to cell with the resident that was already in that cell. As a result, we had to move him into cell B1-266 which is a limited contact cell. Resident has continued to refuse to take a cell mate which creates a situation where we can't use that other bed.

Response: Due to your refusal to take a cell mate we had to move you into the only signal man cell that was available. Be advised it is the expectation of every resident in RHU to take a cell mate should a bed be needed. If a resident is refusing to take a cell mate it makes no since to house them in a normal cell which basically takes that other bed off line. This was not an act of punishment but a means by which we were able to appropriately house all resident assigned to BCH.

UTM J. Henke
Unit Team Manager of BCH

UTM Henke