**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

JOHN F. FRANCIS,                              )
                                             )
            **Plaintiff,**                 )
                                             )
    v.                                       )
                                             )      **Case No: 25-3024-JWL**
                                             )
SAM CLINE, et al.,                            )
                                             )
            **Defendants.**                )

**AFFIDAVIT OF DARCIE HOLTHAUS**

Pursuant to 28 U.S.C. §1746, Darcie Holthaus, states under oath as follows:

1. My name is Darcie Holthaus. I am a Corrections Manager for the Kansas Department of Corrections (KDOC).

2. I have been employed in the above capacity since April 8, 2021. I have been employed with the KDOC since March 02, 2020.

3. As a part of my duties, I act as the designee for the Secretary of Corrections for the purpose of reviewing resident grievance appeals from the correctional facilities statewide. I also review emergency grievances filed by residents to determine if an emergency exists.

4. I am familiar with the retention of grievance records by KDOC. These records include the resident grievances along with staff replies. These records are made in the ordinary

course, during the intake of grievances from residents in custody. It is a regular business activity of KDOC to make and keep such records. I am relying on my personal recollection and the information contained within the grievance(s) and replies, in accordance with standard operations of my position.

5.  John Francis is a resident presently housed at the El Dorado Correctional Facility (EDCF) according to the Kansas Adult Supervised Population Electronic Repository (KASPER) and has been housed at EDCF since October 17, 2022.

6.  Upon review of Mr. Francis' KDOC records since October 17, 2022, I found only one valid grievance, which he appealed to the Secretary of Corrections. A true and correct copy is attached hereto as *Exhibit A*.

7.  This grievance was originally filed with Mr. Francis' Unit Team on November 30, 2023, in which he claims that his refusal to accept a cellmate resulted in retaliation against him by his Unit Team.  Specifically, Mr. Francis alleged that beginning on October 9, 2023, and for two weeks, thereafter, he was placed in a "suicide cell" or "more restricted area (MRA) cell," without his personal property, including basic hygiene essentials, legal materials, tablet, and access to a phone in his cell.

8.  Mr. Francis' Unit Team provided a written response to his grievance on December 4, 2023, explaining that Mr. Francis' refusal to accept a cellmate required his temporary placement in the only single cell available at that time, which was a limited contact cell.

9.  The EDCF Warden then reviewed Mr. Francis' grievance and unit team response, and issued an additional written response on December 26, 2023, supporting the action taken by the Unit Team.

10. Mr. Francis filed his grievance appeal with the Secretary of Corrections on December 29, 2023 pursuant to K.A.R. 44-15-102(3)(B).

11. Upon review of Mr. Francis' appeal to the Secretary of Corrections, I determined that the responses provided by the Unit Team Manager and the Warden were appropriate and that no further action was needed.  This response was issued on January 23, 2024.

12. Mr. Francis did not allege any related medical issue(s) or failure to provide medical treatment in his grievance.  Had he made complaints regarding medical issues or treatment, those would have been forwarded to the KDOC Medical Health Authority for further investigation and/or necessary action.

13. Any claim by Mr. Francis that he has not received appropriate medical care or treatment related to his cell placement in October of 2023, has not been exhausted through the administrative process.

14. I do not personally know resident Francis, nor do I have any involvement with his supervision, care, or treatment at the EDCF. The correspondence I have had with resident Francis was within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity.

Page 4 of 4

Pursuant to 28 U.S.C. § 1746, the above statements are true and based upon my personal knowledge to which I am competent to testify at trial.  I declare, certify, verify, and state under penalty of perjury under the laws of the United States that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.



Darcie Holthaus, Corrections Manager
Kansas Department of Corrections

Subscribed and sworn before me this 5th day of December, 2025.

Notary Public

My appointment expires:

Heather J Cummings
NOTARY PUBLIC STATE OF KANSAS
My appt exp. 4.29.2026

Page 4 of 4

# Grievance-Response on Appeal

FACILITY:          **El Dorado Correctional Facility**

INMATE:            **0079594 Francis, John F.**

GRIEVANCE NO.:  CA00023010

DATE:                 **January 23, 2024**

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

## ACTION TAKEN

None further.

_____
**Darcie Holthaus**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:    Warden Williams
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: __MR. John F. Francis__    Facility: __EDCF__

Inmate Number: __#79594__    Grievance Serial No.: __CA23010__

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:    Kansas Department of Corrections    Date Mailed: __12·29·23__
714 SW Jackson
Suite 300
Topeka, KS 66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) UTM Henke is totally disregarding the fact that unit team Abel made it explicitly clear that if I didnt move into the cell with whomever he chose he would have "All" of my property taken from me. which is exactly what he did. No legal materials, hygiene or any property period! If this didnt constitute punishment what does? My constitutional rights were violated! This practice must be stopped! Thank You!

Signature of Inmate

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____    Date Sent to Inmate: _____

RECEIVED

Finding of Fact:

JAN 22 2024

Conclusions Made:                                        DOC Facility Management Area

Action Taken:

_____
Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code    01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

Date:        DEC 2 6 2023

To:      Francis, John #79594 B2-133

Subject:  Grievance dated 11/30/23, CA23010

Findings of Facts:  Your grievance was received and a review into your allegations has been completed.

Conclusion Made:  After a review of the applicable documentation, it was determined the response provided by UTM J. Henke is appropriate regarding your issues.

Action Taken:  Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

Tommy Williams, Warden
El Dorado Correctional Facility

Cc: file
    Offender
    UTM J. Henke

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name MR. John F. Francis          Number #79594

Facility EDCF          Housing Unit B·2·133          Work Detail _____

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

" Please see attached pages ! "
                                                        x

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 11 · 30 · 23

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

See attach for response

                                        UTM _____ 12-4-23
                                        Unit Team Signature          Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____          12 · 19 · 23
Inmate Signature                                Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received   DEC 22 2023   Date of Final Answer  DEC 26 2023   Date Returned to Inmate _____

_____          _____          _____          _____
Inmate's Signature          Date          Unit Team Signature          Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**                    RECEIVED

Grievance Serial Number          CA23010

Type of Complaint (Item 4: Code 01-75)          54          DEC 2 ? 2023

Cause of Complaint (Item 5: Code 01-30)          03          WARDEN'S OFFICE

Type of Response (Item 6a: Code 01,02,08 or 09)          08          UT

## Cont. from page 1

On October 9, 2023 I was placed on MRA by unit team Abel because I refused to be placed in the cell with another inmate due to fear for my safety. There were absolutely no inquiries made into what those safety concerns were. unit team Abel made it absolutely clear that he could care less about my safety. He told me that I would either move into the cell with whoever he chose or he would take All of my property until I did.

For two (2) weeks I was placed in either suicide/ MRA cell without absolutely "ANY" property - with exception to the clothes I currently had on. I was without legal / writing materials or even basic hygiene essentials. I was unable to wash my hands or brush my teeth. Also, being that I'm currently engaged in legal situations - pertaining to both my freedom as well as my placement in segregation - that have time restraints and deadlines closely associated with them, I couldn't/cant afford to be two weeks without my legal materials.

unit team Abel went so far as to cut off my

cont. from page 2

tablet. Being in a cell with no phone and without writing materials - and then no tablet - I couldn't contact my family, lawyer or courts. To add insult to injury, I was in the process of filing a DR appeal that was due eleven (11) days after he ordered all of my property to be taken. I eventually filed the appeal but due to it being filed out of time it was dismissed. It was a DR in which I had a good chance of success on appeal.

By placing me on MRA and relieving me of all of my property without justification or following any sort of protocol or procedures, unit team Abel recklessly and with total disregard violated my constitutionally protected rights to equal protection, ~~xxxxxxxxx~~ to be free from cruel and unusual punishment and access to the courts.

A form 9 regarding this issue was submitted on 10-9-23. (Please see copy attached). More than ~~xxxxxxxx~~ sufficient time for a response has elapsed with no response so this grievance follows.

John Francis
11·30·23

INMATE REQUEST TO STAFF MEMBER

To: _____      Date: _____
    (Name and Title of Officer or Department)

_____                    To be retained by Inmate
    Unit Team Member Signature

Form 9                                              Francis
For Cellhouse Transfer                              _____
Work Assignment_____                Last Name Only
Interview Requests

KANSAS DEPARTMENT OF CORRECTIONS                    79594
                                                    _____
                                                         Number

INMATE REQUEST TO STAFF MEMBER

To: unit team Manager _____  Date:  10·9·23 _____
    (Name and Title of Officer or Department)
    State completely but briefly the problem on which you desire assistance. (Be specific.)

I have been placed in a suicide cell on MRA because I fear for my
safety. Thus, I am being punished for fearing for my safety. Not
including Death row inmates, there are numerous inmates that have been
single cell since arriving here at EDCF. I request to be placed in a
single cell, without being punished because I fear for my safety. The
failure to do so is a direct violation of my right to equal protection.
This serves as my informal resolution. Thank you.   B·1·266
Work Assignment: _____  Living Unit Assignment: _____

Comment: _____  Unit Team Members Signature: _____

Disposition: _____

_____

_____

_____

To: _____      Date: _____
    (Name & Number)

Disposition: _____

_____

_____

_____

_____
    Employee's Signature                           To be returned to inmate.

P-0009b

El Dorado
Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042


**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary                                                    Laura Kelly, Governor
Tommy Williams, Warden

December 4, 2023

To: Francis, John #79594

Re: Grievance

Issue: Resident Frances #79594 claims that after refusing to take a cell mate, that he was punished by being placed on one of our signal main limited contact cells.

Fact: On 10/6/2023 was assigned to move form ACH into B1-230. However, when we brought him over to move into that cell, he refused to cell with the resident that was already in that cell. As a result, we had to move him into cell B1-266 which is a limited contact cell. Resident has continued to refuse to take a cell mate which creates a situation where we can't use that other bed.

Response: Due to your refusal to take a cell mate we had to move you into the only signal man cell that was available. Be advised it is the expectation of every resident in RHU to take a cell mate should a bed be needed. If a resident is refusing to take a cell mate it makes no since to house them in a normal cell which basically takes that other bed off line. This was not an act of punishment but a means by which we were able to appropriately house all resident assigned to BCH.

UTM J. Henke
Unit Team Manager of BCH

*[signature]*