IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN F. FRANCIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 25-CV-3024-HLT-ADM |
| | ) |
| SAM CLINE, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

**WAIVER OF SERVICE OF SUMMONS EXECUTED**

**KDOC Defendants**

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the Kansas Department of Corrections ("KDOC") agrees on behalf of the defendants listed below (the "KDOC Defendants") to waive service of process and complaint in this matter:

 Gregory Abel
Printed name of party who waives service             Printed name of party who waives service

 Mark A. Henke
Printed name of party who waives service             Printed name of party who waives service


Printed name of party who waives service             Printed name of party who waives service


Printed name of party who waives service             Printed name of party who waives service


Printed name of party who waives service             Printed name of party who waives service


Printed name of party who waives service             Printed name of party who waives service


Printed name of party who waives service             Printed name of party who waives service

2

## Non-KDOC Defendants

The defendants listed below are not believed to be current or former KDOC employees and will not be represented by the Kansas Attorney General ("AG"):

| | |
|---|---|
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |

## Concluding Remarks

Pursuant to the Court's order on 12/18/2025 (Doc. 30), the KDOC Defendants have sixty days after the filing of this waiver to file an answer or other responsive pleading.

_____          */s/ Davida L. Ogletree*
Date                                                                  Signature of Assistant Attorney General

2