## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JOHN F. FRANCIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 25-CV-3024-HLT-ADM** |
| ) | |
| **SAM CLINE,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## <u>CLERK'S FOURTEEN-DAY EXTENSION</u>

Pursuant to Local Rule 77.2, Defendants' Gregory Abel and John-Mark Henke, should be and hereby are granted fourteen (14) additional days in which to answer or otherwise plead to the Complaint filed herein.  This is the first request for an extension by these Defendants.  Defendants' answer or other responsive pleading is originally due March 23, 2026.  The time to answer has not expired.  Defendants' answer or other responsive pleading is now due on or before April 6, 2026.

Dated this 3rd day of March, 2026.

Clerk of the United States District Court
for the District of Kansas


By: <u>s/ M Lockett – Deputy Clerk    </u>
        Deputy Clerk

PREPARED BY:

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/Davida L. Ogletree*
Davida L. Ogletree KS Sup Ct. No. 31004
Assistant Attorney General
Scott G. Nading, KS Sup Ct. No. 29665
Assistant Attorney General
Civil Division-Defensive Litigation Unit
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 296-2215
Fax: (785) 291-3767
Email: Davida.Ogletree@ag.ks.gov
Email: Scott.Nading@ag.ks.gov
*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, which will send notice of electronic filing to the following:

Elizabeth E. Fowler
Natasha M. Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
Elizabeth.Fowler@ks.gov
Natasha.Carter@ks.gov
*Attorneys for Kansas Department of Corrections, Interested Party*

I also certify that a copy was sent to Plaintiff *pro se* by ordinary mail addressed to:

John F. Francis #2000048709
El Dorado Correctional Facility
1737 US-54
P.O. Box 311
El Dorado, KS 67042

*/s/ Davida L. Ogletree*
Davida L. Ogletree
Assistant Attorney General