**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **JOHN F. FRANCIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 25-CV-3024-HLT-ADM** |
| ) | |
| **SAM CLINE,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants John-Mark Henke and Gregory Abel ("Defendants") respectfully move this Court, through undersigned counsel, for an order allowing an extension of 14 days from the previous deadline in which to file an answer or other responsive pleading. In support of the requested extension, Defendants state the following:

1.     Currently, Defendants' deadline to file an answer or other responsive pleading is April 6, 2026. (Doc. 34.)

2.     Defendants have previously received a clerk's extension of 14 days as to this deadline.

3.     Due to the unexpected necessity of this motion and the time sensitive nature of the motion, Defendants have not conferred with Plaintiff in this matter.

4.     Good cause exists for the requested motion.

5.     While counsel for Defendants were working on preparing a response, their lead counsel, Davida L. Ogletree, became unexpectedly ill and has been out of office and unable to attend to legal matters since March 30, 2026.

6.    This motion is made in good faith and is not presented for the purpose of delay. The extension is requested due to an unexpected illness, the press of other business, and the undersigned counsel's previously scheduled obligations.

For these reasons, Defendants request this Court enter an order granting an extension of time of 14 days, allowing until April 20, 2026, to file an answer or other responsive pleading, and any further relief this Court deems just and proper.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL

*/s/ Scott G. Nading*
Scott G. Nading, KS No. 29665
Assistant Attorney General
Civil Division-Defensive Litigation Unit
120 S.W. 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 296-2215
Fax: (785) 296-3767
Email: Scott.Nading@ag.ks.gov
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, which will send notice of electronic filing to the following:

> Elizabeth E. Fowler
> Natasha M. Carter
> Kansas Department of Corrections
> 714 SW Jackson, Suite 300
> Topeka, KS 66603
> Elizabeth.Fowler@ks.gov
> Natasha.Carter@ks.gov
> *Attorneys for Kansas Department of Corrections, Interested Party*

I also certify that a copy was sent to Plaintiff *pro se* by ordinary mail addressed to:

> John F. Francis #2000048709
> El Dorado Correctional Facility
> 1737 US-54
> P.O. Box 311
> El Dorado, KS 67042

> */s/Scott G. Nading*
> Scott G. Nading
> Assistant Attorney General